# UNITED STATES BANKRUPTCY OURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re Valley Health System., Debtor

                    Case No. 6:07-bk-18293

                    Chapter 9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30), (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims, or (3) two series of special revenue bonds in the aggregate principal amount of approximately $85 million in respect of which the net revenues of the Debtor are pledged. U.S Bank serves as trustee and may be contacted though:
Mr. Keith R. Marshall, Corporate Trust Department, U.S. Bank N.A., 633 W. Fifth Avenue, 24th floor Los Angeles, CA 90071; Telephone: 213-615-6034; Fax: 213-615-6196; and
US Bank, 60 Livingston Avenue, Mail Code EP-MN-WE3T, St. Paul, Minnesota, Attn: Mike Vraa, Trust Officer; Telephone: 651-495-3775.

467377v.2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Hemet Community Medical Group<br>41885 E. Florida Ave<br>Hemet, CA 92544 | Hemet Community Medical Group<br>Attn: Mike Foutz<br>41885 E. Florida Ave<br>Hemet, CA 92544<br>Ph: 951-791-1111 | Trade Debt | X | X | X | X | $2,700,000 |
| Sodexho Marriott Services<br>2670 N. Main St. 250<br>Santa Ana, CA 92705 | Sodexho Marriott Services<br>Attn: Calvin Johnson<br>2670 N. Main St. 250<br>Santa Ana, CA 92705<br>Ph: 714-481-0320 | Trade Debt | | | | | $725,000 |
| Blue Shield of California<br>301 CentreLake Dr<br>Suite 400<br>Ontario, CA 91761 | Blue Shield of California<br>Jan Carerra<br>301 CentreLake Dr<br>Suite 400<br>Ontario, CA 91761<br>Ph: 909 974-5205 | Trade Debt | | | | | $574,915 |
| First Financial Corp. Services<br>711 Kimberly Ave.<br>Suite 160<br>Placentia, CA 92870 | First Financial Corp. Services<br>Attn: Richard Stebbin<br>711 Kimberly Ave.<br>Suite 160<br>Placentia, CA 92870<br>Ph: 714-888-6222 | Trade Debt | | | | | $225,000 |
| Cardinal Health, Inc.<br>27680 Avenue Mentry<br>Valencia, CA 91355 | Cardinal Health, Inc.<br>Attn: Roberta<br>27680 Avenue Mentry<br>Valencia, CA 91355<br>Ph: 800-456-5560 | Trade Debt | | | | | $225,200 |
| Comforce Technical Services, Inc.<br>P.O. Box 0893<br>Pasadena, CA 91110 | Comforce Technical Services, Inc.<br>Attn: Michele Bernal<br>P.O. Box 0893<br>Pasadena, CA 91110<br>480-897-2479 | Trade Debt | | | | | $125,000 |

---

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

467377v.2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Beta Healthcare Group<br>15373 Innovation Drive<br>Suite 120<br>San Diego, CA 92128 | Beta Healthcare Group<br>Attn: Kerry Stone<br>15373 Innovation Drive<br>Suite 120<br>San Diego, CA 92128<br>Ph: 858-675-7400 | Trade Debt | | | | | $115,000 |
| Blood Bank of San Bernardo Riverside Counties<br>384 Orange Show Rd.<br>San Bernardino, CA 92408 | Blood Bank of San Bernardo Riverside Counties<br>Melanie/Diana<br>384 Orange Show Rd.<br>San Bernardino, CA 92408<br>Ph: 909-885-6503 | Trade Debt | | | | | $102,829 |
| Medical Dictation, Inc.<br>P.O. Box 740209<br>Atlanta GA 30374-0209 | Medical Dictation, Inc.<br>Jeff McKee<br>One Glenlake Pkwy<br>Atlanta GA 30328-0209<br>Ph: 404 364-8000 # 240 | Trade Debt | | | | | $86,856 |
| Depuy Orthopaedics, Inc.<br>File # 74115<br>P.O. Box 60000<br>San Francisco, CA 94160 | Depuy Orthopaedics, Inc.<br>Attn: Barbara<br>File # 74115<br>P.O. Box 60000<br>San Francisco, CA 94160<br>Ph: 219-267-8143 | Trade Debt | | | | | $75,938 |
| Tristar Risk Management<br>100 Oceangate, Suite 700<br>Long Beach, CA 90802 | Tristar Risk Management<br>Attn: Tom Veale<br>100 Oceangate, Suite 700<br>Long Beach, CA 90802<br>Ph: 562-495-6600 | Trade Debt | | | | | $75,000 |
| Alcon Laboratories<br>P.O. Box 951125<br>Dallas, TX 75395-1125 | Alcon Laboratories<br>Attn: Kurt<br>P.O. Box 951125<br>Dallas, TX 75395-1125<br>Ph: 800-862-5266 | Trade Debt | | | | | $62,821 |
| Aesculap<br>3773 Corporate Parkway<br>Center Valley, PA 18034 | Aesculap<br>Attn: Judy Wesson<br>3773 Corporate Parkway<br>Center Valley, PA 18034<br>Ph: 415-876-7000 | Trade Debt | | | | | $62,668 |

467377v.2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Freedom Imaging<br>1401 E. Ball Road<br>Anaheim, CA 92805 | Freedom Imaging<br>Attn: Curt James<br>1401 E. Ball Road<br>Anaheim, CA 92805<br>Ph: 800-660 8121 | Trade Debt | | | | | $50,707 |
| Health Care Systems<br>5755 Carmichael Parkway<br>Montgomery, AL 36117 | Health Care Systems<br>Attn: Julie Tomberlin<br>5755 Carmichael Parkway<br>Montgomery, AL 36117<br>Attn: Julie Tomberlin<br>Ph: 334-279-9711 | Trade Debt | | | | | $44,395 |
| Mallinckrodt, Inc. 2% Dis<br>PO Box 100668<br>Pasadena, CA 91189-0668 | Mallinckrodt, Inc. 2% Dis<br>Attn:Brian Deneau<br>PO Box 100668<br>Pasadena, CA 91189-0668<br>Ph: 800-664-8786 Ext. 44390 | Trade Debt | | | | | $43,516 |
| Air Liquide America Corp.<br>12800 W Little York<br>Houston, TX 77041 | Air Liquide America Corp.<br>Attn: Denise Morgan<br>12800 W Little York<br>Houston, TX 77041<br>Ph: 880-424-9300 | Trade Debt | | | | | $39,301 |
| A/C Orthopedic Alliance LLC<br>PO Box 41047<br>Baton Rouge, LA 70835 | A/C Orthopedic Alliance LLC<br>Attn: Rosanna<br>PO Box 41047<br>Baton Rouge, LA 7083<br>Ph: 951-304-9001 | Trade Debt | | | | | $38,020 |
| American Medical Systems<br>10700 Bren Rd. West<br>Minnetonka, MN 55343 | American Medical Systems<br>Attn: Pete Short<br>10700 Bren Rd West<br>Minnetonka, MN 55343<br>Ph: 800-328-3881 | Trade Debt | | | | | $37,649 |
| Alliance Imaging, Inc.<br>1900 S State College Blvd<br>Ste 600<br>Anaheim, CA 92806 | Alliance Imaging, Inc.<br>Attn: Cristopher Joyce<br>1900 S State College Blvd<br>Ste 600<br>Anaheim, CA 92806 | Trade Debt | | | | | $33,480 |

467377v.2

## DECLARATION UNDER PENALTY OF PERJURY

      The undersigned, an authorized officer of the debtor in this case, declares under penalty of perjury that he has read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.


DATED:  December 13, 2007        /s/ Thomas Wilson
                                                  Chairman of the Board of Directors of
                                                  Valley Health System

467377v.2