CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone:  (310) 228-5600
Telecopy:  (310) 228-5788

Attorneys for Debtor
Valley Health System

<u>Debtor's Mailing Address</u>
1117 East Devonshire Avenue
Hemet, CA 92543
Federal Tax ID #XX-XXX 1558

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District<br><br>      Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**DECLARATION OF SERVICE OF H. ALEXANDER FISCH RE NOTICE OF EMERGENCY MOTION AND DEBTOR'S EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 102 AND 105(a) AND BANKRUPTCY RULES 2002(m) AND 9007 LIMITING NOTICE AND PERMITTING DEBTOR TO SERVE INSURED DEPOSITORY INSTITUTIONS**<br><br><u>Hearing</u><br><br>DATE: December 18, 2007<br>TIME: 2:00 p.m.<br>Place: 3420 Twelfth Street, Suite 365<br>    Riverside, CA  92501-3819 |

467566v1

## DECLARATION OF SERVICE

I am over the age of 18 years and not a party to the within action. I am a member of the bar of this court, and I directed that the within service be made. My business address is Stutman Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

On December 14, 2007, I caused the following pleadings (the "Pleadings") to be served:

**NOTICE OF EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 102 AND 105(a) AND BANKRUPTCY RULES 2002(m) AND 9007 LIMITING NOTICE AND PERMITTING DEBTOR TO SERVE INSURED DEPOSITORY INSTITUTIONS BY FIRST CLASS MAIL**

**DEBTOR'S EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 102 AND 105(a) AND BANKRUPTCY RULES 2002(m) AND 9007 LIMITING NOTICE AND PERMITTING DEBTOR TO SERVE INSURED DEPOSITORY INSTITUTIONS; MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties in this action by causing to be delivered true copies thereof, addressed as follows:

SEE EXHIBIT "A"

* By air courier service, enclosed in sealed envelopes for next business-day delivery by Federal Express and United States Post Office Overnight Mail for packages with Post Office addresses; and
** By certified mail.

Also on December 14, 2007, I caused the Pleadings to be served, by fax transmission, on all of the interested parties named in Exhibit "B" hereto, at their respective fax numbers as indicated in Exhibit "B." On December 17, 2007, I caused the Pleadings to be served, by fax transmission, on all of the interested parties named in Exhibit "C" hereto, at their respective fax numbers as indicated in Exhibit "C."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2007, at Los Angeles, California.

/s/ H. Alexander Fisch
H. Alexander Fisch, Declarant

467566v1

# EXHIBIT A

467566v1

# VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 12/14/07
Doc. No. 467408

Valley Health System  *
1117 East Devonshire Avenue
Hemet, CA  92543

Internal Revenue Service  *
Insolvency Group 1
290 North "D" Street
San Bernardino, CA  92401

Securities Exchange Comm'n
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA  90036

Employment Development  *
Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board  *
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Trustee for Bondholders *
Keith R. Marshall
Corporate Trust Dept./US Bank
633 W. Fifth Ave., 24th Floor
Los Angeles, CA  90071

Trustee for Bondholders  *
US Bank
Attn:  Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN  55107-2292

United States Trustee  *
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

20 Largest Creditors:  *
Hemet Community Medical Group
Attn:  Mike Foutz
41885 E. Florida Avenue
Hemet, CA  92544

20 Largest Creditors:  *
Sodexho Marriott Services
Attn:  Calvin Johnson
2670 N. Main Street, #250
Santa Ana, CA  92705

20 Largest Creditors:  *
Blue Shield of California
Attn:  Jan Carerra
301 CentreLake Dr., #400
Ontario, CA  91761

20 Largest Creditors:  *
First Financial Corp. Services
Attn:  Richard Stebbin
711 Kimberly Avenue, #160
Placentia, CA  92870

20 Largest Creditors:  *
Cardinal Health, Inc.
Attn:  Roberta
27680 Avenue Mentry
Valencia, CA  91355

20 Largest Creditors:  *
Comforce Technical Servs, Inc.
Attn:  Michele Bernal
P.O. Box 0893
Pasadena, CA  91110

20 Largest Creditors:  *
Beta Healthcare Group
Attn:  Kerry Stone
15373 Innovation Drive, #120
San Diego, CA  92128

20 Largest Creditors:  *
Blood Bank of San Bernardo
Riverside Counties
Attn:  Melanie/Diana
384 Orange Show Road
San Bernardino, CA  92408

20 Largest Creditors:  *
Medical Dictation, Inc.
Attn:  Jeff McKee
One Glenlake Pkwy.
Atlanta, GA  30328-0209

20 Largest Creditors:  *
Medical Dictation, Inc.
P.O. Box 740209
Atlanta, GA  30374-0209

20 Largest Creditors:  *
Depuy Orthopaedics, Inc.
Attn:  Barbara
File #74115
P.O. Box 60000
San Francisco, CA  94160

20 Largest Creditors:  *
Tristar Risk Management
Attn:  Tom Veale
100 Oceangate, #700
Long Beach, CA  90802

20 Largest Creditors:  *
Alcon Laboratories
Attn:  Kurt
P.O. Box 951125
Dallas, TX  75395-1125

20 Largest Creditors:  *
Aesculap
Attn:  Judy Wesson
3773 Corporate Parkway
Center Valley, PA  18034

20 Largest Creditors:  *
Freedom Imaging
Attn:  Curt James
1401 E. Ball Road
Anaheim, CA  92805

20 Largest Creditors:  *
Health Care Systems
Attn:  Julie Tomberlin
5755 Carmichael Parkway
Montgomery, AL  36117

467566v1

20 Largest Creditors: *
Mallinckrodt, Inc. 2% Dis
Attn: Brian Deneau
P.O. Box 100668
Pasadena, CA 91189-0668

20 Largest Creditors: *
American Medical Systems
Attn: Pete Short
10700 Bred Rd. West
Minnetonka, MN 55343

Atty/Owens & Minor *
Benjamin S. Seigel, Esq.
BuchalterNemer
1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90017-2457

Atty/U.S. Bank, Nat'l Ass'n as *
Trustee
McDermott Will & Emery LLP
Attn: Nathan F. Coco
227 W. Monroe St., #5400
Chicago, IL 60606

Special Notice *
Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Noticed Depository Instit. **
Local Agency Invest. Fund
Attn: Office of St. Treasurer, John Chaing
P.O. Box 942809
Sacramento, CA 94209

20 Largest Creditors: *
Air Linquide America Corp.
Attn: Denise Morgan
12800 W. Little York
Houston, TX 77041

20 Largest Creditors: *
Alliance Imaging, Inc.
Attn: Cristopher Joyce
1900 S. State College Blvd., #600
Anaheim, CA 92806

Atty/U.S. Bank, Nat'l Ass'n *
as Trustee
McDermott Will & Emery LLP
Attn: Q. Scott Kaye
2049 Century Park East, 38th Fl.
Los Angeles, CA 90067

Atty/U.S. Bank, Nat'l Ass'n as Trustee *
McDermott Will & Emery LLP
Attn: Miles W. Hughes
227 W. Monroe St., #5400
Chicago, IL 60606

Noticed Depository Instit. **
Wells Fargo
Attn: Pam Baird, Rel. Manager
Howard Atkins, CFO
363 Inland Empire Bl., #855
Ontario, CA 91764

20 Largest Creditors: *
A/C Orthopedic Alliance LLC
Attn: Rosanna
P.O. Box 41047
Baton Rouge, LA 70835

Atty/Hemet Community *
Medical Group
Joseph M. Galosic
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610-2808

Atty/U.S. Bank, Nat'l Ass'n as T'tee
McDermott Will & Emery LLP *
Attn: William P. Smith
227 W. Monroe St., #5400
Chicago, IL 60606

Atty/U.S. Bank, Nat'l Ass'n as T'tee
McDermott Will & Emery LLP *
Attn: Jason J. DeJonker
227 W. Monroe St., #5400
Chicago, IL 60606

Noticed Depository Instit. **
US Bank
Attn: Brad Scarbrough, Acct. Off.
633 W. Fifth Street
Los Angeles, CA 90071

467566v1

# EXHIBIT B

467566v1

# STUTMAN, TREISTER & GLATT
# PROFESSIONAL CORPORATION

1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**FAX TRANSMISSION**

TELEPHONE: (310) 228-5600
TELECOPIER: (310) 228-5788

| FROM: | Kendra A. Johnson | Number of Pages: (including this page) | 22 |
|---|---|---|---|
| DATE: | December 14, 2007 | | |

| COMPANY: | ATTN: | PHONE: | FAX NUMBER: |
|---|---|---|---|
| A/C Orthopedic Alliance LLC | Rosanna | (951) 304-9001 | (951) 304-9101 |
| Aesculap | Judy Wesson | (415) 876-7000 | (610) 791-6880 |
| Alcon Laboratories | Kurt | (800) 862-5266 | (817) 551-9905 |
| Alliance Imaging, Inc. | Christopher Joyce | (714) 688-7100 | (714) 688-3711 |
| American Medical Systems | Accounts Receivable/ Pete Short | (800) 328-3881 | (952) 930-6418 |
| Bank of Hemet | Kevin Farrenkoff | (951) 652-2871 | (951) 778-0253 |
| Beta Healthcare Group | Kerry Stone | (858) 675-7400 | (925) 838-6088 |
| Blood Bank of San Bernardo Riverside Counties | Melanie/Diana | (909) 885-6503 | (909) 381-2036 |
| Blue Shield of California | Jan Carerra | (909) 974-5205 | (909) 974-5220 |
| Comforce Technical Services, Inc. | Michele Bernal | (480) 897-2479 | (480)345-2471 |
| First Financial Corp. Services | Richard Stebbin | (714) 888-6222 | (714) 646-1601 |
| Freedom Imaging | Curt James | (800) 660-8121 | (714) 535-2824 |
| Health Care Systems | Julie Tomberlin | (334) 279-9711 | (334) 279-0711 |
| Hemet Community Medical Group | Mike Foutz | (951) 791-1111 | (951) 791-1120 |
| Local Agency Investment Fund | John Chaing Office of the State Treasurer | (916) 653-3001 | (916) 654-9931 |
| McDermott Will & Emery LLP | Q. Scott Kaye | (310) 277-4110 | (310) 277-4730 |

467507v2

| COMPANY: | ATTN: | PHONE: | FAX NUMBER: |
|---|---|---|---|
| **McDermott Will & Emery LLP** | William P. Smith<br>Nathan F. Coco<br>Miles W. Hughes<br>Jason J. DeJonker | (312) 372-2000 | (312) 984-7700 |
| **Tristar Risk Management** | Tom Veale | (562) 495-6600 | (562) 432-8619 |
| **U.S. Bank, N.A.** | Keith Marshall |  | (213) 615-6196 |
| **U.S. Bank, N.A.** | Brad Scarborough | (213) 615-6047 | (213) 615-6197 |
| **Wells Fargo** | Pam Baird<br>Howard Atkins | (909) 481-6514 | (909) 941-0900 |

**ATTENTION: FAX OPERATOR**           If Any Problems Call: (310) 228-5600 Ext. 409

NOTE: THE INFORMATION CONTAINED IN THIS FAX MESSAGE MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**FOR ST&G REFERENCE ONLY:**

| | | | |
|---|---|---|---|
| **CASE NAME:** | Valley Health | TOTAL PAGES: | 22 |
| **CASE NUMBER:** | 5965.000 | ACCOUNTING: | |
| **VERIFIED WITH:** | | DATE/TIME: | |

467507v2

# EXHIBIT C

# STUTMAN, TREISTER & GLATT
# PROFESSIONAL CORPORATION

1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**FAX TRANSMISSION**

TELEPHONE: (310) 228-5600
TELECOPIER: (310) 228-5788

| FROM: | Kendra A. Johnson | Number of Pages: (including this page) | 22 |
|---|---|---|---|
| DATE: | December 17, 2007 | | |

| COMPANY: | ATTN: | PHONE: | FAX NUMBER: |
|---|---|---|---|
| Air Liquide America Corp. | Josh McMorrow | (713) 624-8000 | (713) 624-8791 |
| Cardinal Health, Inc. | Kyle | (866) 739-4762 | (614) 652-8142 |
| Depuy Orthopaedics, Inc. | Barbara | (574) 267-8143 | (574) 269-5675 |
| Mallinckrodt, Inc. 2% Dis | Sue Ketchum | (800) 664-8786, Ext. 44390 | (314) 654-9096 |
| Medical Dictation, Inc. | Jeff McKee | (404) 364-8000 #240 | (678) 808-0601 |
| Sodexho Marriott Services | Audrey Harrison | (716) 650-6826 Ext. 23653 | (714) 524-4532 |

**ATTENTION: FAX OPERATOR**    If Any Problems Call: (310) 228-5600 Ext. 409

NOTE: THE INFORMATION CONTAINED IN THIS FAX MESSAGE MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**FOR ST&G REFERENCE ONLY:**

| CASE NAME: | Valley Health | TOTAL PAGES: | 22 |
|---|---|---|---|
| CASE NUMBER: | 5965.000 | ACCOUNTING: | |
| VERIFIED WITH: | | DATE/TIME: | |

467543v1