Laura C. McLennan [State Bar No. 126878]
Julie Pollock Birdt [State Bar No. 185529]
MOORE WINTER McLENNAN, LLP
701 North Brand Boulevard, Suite 200
Glendale, California 91203-4232
Telephone: (818) 240-2600
Facsimile: (818) 240-1253



FILED
JAN - 7 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Attorneys for Defendant,
HEMET VALLEY MEDICAL CENTER, a facility
of Valley Health System, a California Hospital District

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| LAWRENCE M. MIZE, individually, and LARRY J. MIZE, as Guardian Ad Litem for LAWRENCE M. MIZE, <br><br> Plaintiff, <br><br> v. <br><br> HEMET VALLEY MEDICAL CENTER; VALLEY HEALTH SYSTEMS, a California local Healthcare District; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. 478137 <br> [Assigned to Judge Joan F. Burgess] <br> Dept: "6" <br><br> **NOTICE OF PENDING CHAPTER 9 CASE AND NOTICE OF AUTOMATIC STAY** <br><br> *No Filing Fee Required – Public Entity Government Code §6103* <br><br> Action Filed: August 28, 2007 <br> Trial Date: None <br><br> **BANKRUPTCY COURT CASE NO. RS 07-18293 PC** |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Voluntary Chapter 9 petition was filed by Valley Health System, a California Hospital District, dba HEMET VALLEY MEDICAL CENTER, on December 14, 2007 (the "Petition Date").

Pursuant to 11 U.S.C. Sections 362 and 922 of the Bankruptcy Code, certain acts and proceedings against the debtors and their property are stayed. Pursuant to §362 and 922, creditors are restrained and enjoined, as of the Petition Date, from conducting various acts, including but not limited to, the following:

///

---

127424.1  NOTICE OF PENDING CHAPTER 9 CASE AND NOTICE OF AUTOMATIC STAY

1

- Doing **any act** to collect their claims, including telephoning or otherwise communicating with the Debtors, for the purpose of collecting such claims.
- **Filing a lawsuit or continuing any existing lawsuit against the Debtor.**
- **Enforcing** any judgment against the Debtor.
- Doing **any act** to enforce a lien against the Debtor's property.
- Doing **any act** to **obtain possession of property of the bankruptcy estate or of property from the bankruptcy estate or to exercise control over property of the bankruptcy estate.**

Creditor may apply to the Bankruptcy Court for relief from the restraining order under the provisions set forth in 11 U.S.C. Sections 362 and 922.

The Chapter 9 proceedings of the Debtor is pending in the United States Bankruptcy Court for the Central District of California, Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501, and is assigned Case No. RS 07-18293.

Nothing construed herein shall be construed as an admission of liability on the part of the Debtors. Rather, based upon the automatic stay provisions of 11 U.S.C. Sections 362 and 922, and in an abundance of caution, the Debtor is filing this Notice of Automatic Stay.

DATED: January 4, 2008          MOORE WINTER McLENNAN, LLP


By: _____
LAURA C. McLENNAN
JULIE POLLOCK BIRDT
Attorneys for Defendant,
HEMET VALLEY MEDICAL CENTER, a facility of Valley Health System, a California Hospital District

# PROOF OF SERVICE

I, ALICE BEFU, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 701 North Brand Boulevard, Suite 200, Glendale, California 91203-4232.

On January 4, 2008, I served the foregoing document described as **NOTICE OF PENDING CHAPTER 9 CASE AND NOTICE OF AUTOMATIC STAY**, on the interested parties in this action by placing ☐ the original; ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Morton J. Grabel | Attorney for Plaintiff |
| Law Offices of Morton J. Grabel | Tel: 951-587-0580 |
| 41690 Enterprise Circle North | Fax: 951-587-0581 |
| Suite 102 | |
| Temecula, CA 92590 | |

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the United States mail, at Glendale, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. C.C.P. 1013a(3).

☐ **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via facsimile to the fax numbers shown herein. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s).

☒ [State]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ [Federal]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 4, 2008, at Glendale, California.

_____
ALICE BEFU

3
127424.1    NOTICE OF PENDING CHAPTER 9 CASE AND NOTICE OF AUTOMATIC STAY