1   WAYNE R. TERRY - STATE BAR NO. 134685
    **HEMAR, ROUSSO & HEALD, LLP**
2   15910 Ventura Boulevard
    12th Floor
3   Encino, California  91436-2829
    (818) 501-3800 telephone
4   (818) 501-2985 facsimile

5   Attorneys for Creditor,
    Bank of the West

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11  In Re:                          )   Case No. 6:07-bk-18293-PC
                                    )
12                                  )   Chapter 9
    VALLEY HEALTH SYSTEM,           )
13                                  )   **REQUEST FOR SPECIAL NOTICE**
                                    )
14                                  )
              Debtor.              )   Date:    [No Hearing Required]
15                                  )   Time:    [No Hearing Required]
                                    )   Ctrm.:   303
16                                  )            3420 Twelfth Street
                                    )            Riverside, CA 92501
17                                  )
18  _____)

19

20  **TO CLERK OF THIS COURT, DEBTOR, DEBTOR'S ATTORNEY, THE OFFICE OF THE**

21  **UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

22          **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and

23  9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned

24  case which require notice to creditors, or to other parties in interest, including without limitation, all

25  notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any

26  orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether

27  for relief from stay, adequate protection or otherwise), any other documents brought before the Court

28  in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed

1

1   by mail, delivery, telephone, facsimile, or otherwise.  Said notices shall be sent as follows:

2

3      Wayne R. Terry, Esq. - File No: 3711-20080269-WRT
HEMAR, ROUSSO & HEALD, LLP

4      15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829

5      Tel. No. (818) 501-3800
Fax No. (818) 501-2985

6      email: wterry@hemar-rousso.com

7      The undersigned represents BANK OF THE WEST, a creditor of the above estate.

8

9   Dated: January 31, 2008           HEMAR, ROUSSO & HEALD, LLP

10

11               By:_____

12                  WAYNE R. TERRY
Attorneys for Creditor,

13                  BANK OF THE WEST

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PROOF OF SERVICE**

2

3          I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen and not a party to the within action.  My business address is Hemar, Rousso & Heald, , LLP
4     ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA  91436-2829.

5          I am readily familiar with the business's practice for collection and processing of
correspondence for mailing with the United States Postal Service; such correspondence would be
6     deposited with the United States Postal Service the same day of deposit in the ordinary course of
business.

7

8          On February 1,  2008, I served the following document described as **REQUEST FOR
SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy thereof
in a sealed envelope addressed as follows:

9

10                    **PLEASE SEE ATTACHED SERVICE LIST**

11

XX     **(By First Class Mail)**  At my business address, I placed such envelope for deposit with the
12     United States Postal Service by placing them for collection and mailing on that date following ordinary
business practices.

13

___     **(Via Hand Delivery)**  I delivered such envelope(s) by hand to the offices of the addressees.
14

___     **(Via E-Mail)**  I caused such copies to be emailed to the person(s) set forth.
15

___     (State)  I declare under penalty of perjury under the laws of the State of California that the
16     foregoing is true and correct.

17     XX     (Federal) I declare under penalty of perjury under the laws of the United States of America that
I am employed in the office of a member of the bar of this court at whose direction the service
18     was made.

19          Executed on February 1, 2008, at Encino, California.

20

21

22                              */s/ Mary Ann Granzow*
                              _____
23                              MARY ANN GRANZOW

24

25

26

27

28

1

2

**SERVICE LIST**
*In re Valley Health System*
*Case No. 6:07-bk-18293-PC*

3

4

**Office of the United States Trustee**
Office of the U.S. Trustee
Attention: Timothy J. Farris
3685 Main Street, Suite 300
Riverside, CA 92501

**Debtor's Counsel**
H. Alexander Fisch
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

5

6

7

**Debtor**
Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

8

9

10

**20 LARGEST CREDITORS**

11

Hemet Community Medical Group
Attn: Mike Foutz
41885 E. Florida Avenue
Hemet, CA 92544

Sodexho Marriott Services
Attn: Calvin Johnson
2670 N. Main Street, 250
Santa Ana, CA 92705

12

13

14

Blue Shield of California
Attn: Jan Carerra
301 Centre Lake Drive, Ste. 400
Ontario, CA 91761

First Financial Corp. Services
Attn: Richard Stebbin
711 Kimberly Avenue, Ste. 160
Placentia, CA 92870

15

16

17

Cardinal Health, Inc.
Attn: Roberta
27680 Avenue Mentry
Valencia, CA 91355

Comforce Technical Services, Inc.
Attn: Michele Bernal
P.O. Box 0893
Pasadena, CA 91110

18

19

20

Beta Healthcare Group
Attn: Kerry Stone
15373 Innovation Drive, Suite 120
San Diego, CA 92128

Blood Bank of San Bernardo
Riverside Counties
Attn: Melanie/Diana
384 Orange Show Road
San Bernardino, CA 92408

21

22

23

Medical Dictation, Inc.
Attn: Jeff McKee
One Glenlake Pkwy
Atlanta, GA 30328

Depuy Orthopaedics, Inc.
Attn: Barbara
P.O. Box 60000
San Francisco, CA 94160

24

25

26

Tristar Risk Management
Attn: Tom Veale
100 Oceangate, Suite 700
Long Beach, CA 90802

Alcon Laboratories
Attn: Kurt
P.O. Box 951125
Dallas, TX 75395

27

28

4

Aesculap
Attn: Judy Wesson
3773 Corporate Parkway
Center Valley, PA 18034

Freedom Imaging
Attn: Curt James
1401 E. Ball Road
Anaheim, CA 92805

Health Care Systems
Attn: Julie Tomberlin
5755 Carmichael Parkway
Montgomery, AL 36117

Mallinckrodt, Inc. 2% Dis
Attn: Brian Deneau
P.O. Box 100668
Pasadena, CA 91189

Air Liquide America Corp.
Attn: Denise Morgan
12800 W. Little York
Houston, TX 77041

A/C Orthopedic Alliance LLC
Attn: Rosanna
P.O. Box 41047
Baton Rouge, LA 70835

American Medical Systems
Attn: Pete Short
10700 Bren Road West
Minnetonka, MN 55343

Alliance Imaging, Inc.
Attn: Cristopher Joyce
1900 S. State College Blvd., Ste. 600
Anaheim, CA 92806

**REQUESTS FOR SPECIAL NOTICE**:

**Attorneys for SEIU-United Healthcare Workers West**
Christian L. Raisner
Linelle S. Mogado
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Ste. 200
Alameda, CA 94501

**Attorneys for Valley Medical Staffing, Inc.**
Kathryn McQueen Barnes
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

**Attorneys for BETA Healthcare Group**
Michael E. Busch
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
San Diego, CA 92101

**Creditor**
Primeshares
60 Madison Avenue, 2nd Floor
New York, NY 10011

**Attorneys for Kaiser Foundation Hospitals**
Allan H. Ickowitz
Nossaman, Guthner, Knox & Elliott, LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

**Attorneys for DePuy Orthopaedics, Inc.**
David W. Dykhouse
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

**Attorneys for Sodexho USA aka Sodexho Marriott Services**
Judy D. Thompson
301 South College Street, Suite 2300
Charlotte, North Carolina 28202

**Attorneys for SCAN Health Plan**
Karl E. Block
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067

**Attorneys for Blue Cross of California**
Stuart I. Koenig
Creim Macias Koenig & Frey LLP
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071

**Creditor**
Recovery Management Systems Corp.
C/o Ramesh Singh
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

**Creditor**
IBM Credit LLC
Attn: Pamela Wilcox
Special Handling Group
4111 Northside Parkway
Atlanta, GA 30327

**Attorneys for KM Strategic Management, LLC**
Robert A. Davis, Jr.
1105 East Florida Avenue
Hemet, CA 92543

**Attorneys for Hemet Community Medical Group, Inc.**
Joseph M. Galosic
26632 Towne Center Drive, Ste. 300
Foothill Ranch, CA 92610

**Attorneys for Prime Healthcare Management LLC**
Mark S. Horoupian
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071