FILED
FEB 2 0 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ENTERED
FEB 2 0 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No. 6:07-bk-18293-PC |
| VALLEY HEALTH SYSTEM, a California Health Care District, | Chapter 9 |
| | Date: February 7, 2008 |
| | Time: 9:30 a.m. |
| | Place: United States Bankruptcy Court |
| | Courtroom # 303 |
| Debtor. | 3420 Twelfth Street |
| | Riverside, CA 92501 |

**ORDER FOR RELIEF UNDER CHAPTER 9**

Based upon the findings of fact and conclusions of law set forth in the court's Memorandum Decision of even date herewith, it is hereby

ORDERED that an order for relief under chapter 9 of the Bankruptcy Code is granted.

Dated: February 20, 2008

_____
PETER H. CARROLL
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor. | CASE NUMBER RS 07-18293 PC |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: ORDER FOR RELIEF UNDER CHAPTER 9

   was entered on *(specify date)*:    FEB 20 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   FEB 20 2008

Dated:    FEB 20 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---
Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

Service List

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

H. Alexander Fisch, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Timothy J. Farris, Esq.
United States Trustee
3685 Main Street, Ste. 300
Riverside, CA 92501

Michael S. Winsten, Esq.
Winstein Law Group
28202 Cabot Road, Suite 630
Laguna Niguel, CA 92677

Q. Scott Kaye, Esq.
McDermott, Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90012-3218

Paul R. Glassman, Esq.
Adam M. Starr, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

William P. Smith, Esq.
Nathan F. Coco, Esq.
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Shari L. Heyen, Esq.
Jana K. Terry, Esq.
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

Leonard M. Shulman, Esq.
Mark Bradshaw, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602

Christian L. Raisner, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Joseph M. Galosic, Esq.
Law Offices of Joseph M. Galosic
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2808