1   CHARLES D. AXELROD (STATE BAR NO. 39507)
    GARY E. KLAUSNER (STATE BAR NO. 69077)
2   H. ALEXANDER FISCH (STATE BAR NO. 223211)
    STUTMAN, TREISTER & GLATT
3   PROFESSIONAL CORPORATION
    1901 Avenue of the Stars
4   12th Floor
    Los Angeles, CA 90067
5   Telephone:  (310) 228-5600
    Telecopy:  (310) 228-5788
6
    Attorneys for Debtor
7   Valley Health System

8   Debtor's Mailing Address
    1117 East Devonshire Avenue
9   Hemet, CA 92543
    Federal Tax ID #XX-XXX1558
10
                     **UNITED STATES BANKRUPTCY COURT**
11
                      **CENTRAL DISTRICT OF CALIFORNIA**
12
                             **RIVERSIDE DIVISION**
13

14  In re                                    ) Case No. 6:07-bk-18293-PC
                                             )
15                                           ) Chapter 9
    VALLEY HEALTH SYSTEM, a California       )
16  Local Health Care District              ) **PROOF OF PUBLICATION OF "NOTICE**
                                             ) **OF BAR DATE" IN THE PRESS-**
17                                           ) **ENTERPRISE**
                              Debtor,        )
18                                           )
                                             )
19                                           )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22                                           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26  _____ )

27

28

    476433v.1

# THE PRESS-ENTERPRISE

3450 Fourteenth Street
Riverside CA 92501-3878
951-684-1200
951-368-9018 FAX

## PROOF OF PUBLICATION
(2010, 2015.5 C.C.P.)

Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.: Stutman Treister & Glatt

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper of general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673 and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

07-03-08

I Certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: Jul. 3, 2008
At: Riverside, California

MILLER ADVERTISING AGENCY, INC

MILLER LEGAL SERVICE
71 FIFTH AVENUE
NEW YORK NY   10003

Ad #: 9330572

PO #: N6300053

Agency #: _____

---

Ad Copy:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re ) Case No. 6:07-bk-18293-PC
VALLEY HEALTH SYSTEM, ) Chapter 9
a California Local ) NOTICE OF BAR DATE
Health Care District ) BAR DATE
Debtor, ) AUGUST 25, 2008
 ) at 4:00 P.M. PACIFIC TIME

**ATTENTION POTENTIAL CREDITORS OF**
**VALLEY HEALTH SYSTEM**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") has entered an "Order (I) Establishing Procedures And Deadlines For The Filing Of Proofs Of Claim; (II) Establishing Consequences For The Failure To Comply With Such Procedures And Deadlines; And (III) Approving The Form And Scope Of Notice Of Such Procedures And Deadlines" (the "Order"), by which the Bankruptcy Court has set August 25, 2008, at 4:00 p.m. Pacific Time (the "Bar Date"), as the last date and time for the filing of proofs of "Claim" (as defined below) against Valley Health System, a California Local Health Care District (the "District"), in the above-captioned case (the "Bankruptcy Case") currently pending under chapter 9 of title 11 of the Untied States Code (the "Bankruptcy Code").

**I.  Definition of "Claim"**
For the purposes of the Order, the term "Claim" has the meaning set forth in section 101(5) of the Bankruptcy Code and means (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; and (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**II.  The Bar Date is the Deadline for Filing Proofs of Claim Against the District**
1.  As summarized in this Notice, the Order specifies who must file a proof of Claim in the Bankruptcy Case. **If You Are Required To But Do Not File A Proof Of Claim That Is Actually Received By The Clerk Of The Bankruptcy Court, With Copies Sent To And Received By Stutman, Treister & Glatt, P.C. ("STG"), Special Chapter 9 Counsel For The District, By The Bar Date, Any Proof Of Claim That You File After The Bar Date Will Be Disallowed, Deemed Null And Void, And Forever Barred,** except as otherwise specifically ordered by the Bankruptcy Court. **ANY ENTITY THAT IS REQUIRED TO BUT DOES NOT FILE A PROOF OF CLAIM BY THE BAR DATE (A) WILL BE FOREVER BARRED FROM VOTING WITH RESPECT TO ANY PLAN(S) OF ADJUSTMENT FILED IN THE BANKRUPTCY CASE AND RECEIVING ANY DISTRIBUTIONS UNDER SUCH PLAN(S) OR OTHERWISE FROM THE DISTRICT; AND (B) WILL NOT BE ENTITLED TO RECEIVE FURTHER NOTICES REGARDING THE BANKRUPTCY CASE.**
2.  The Order provides that you have an affirmative duty to review this Notice and, if necessary, to file a proof of Claim. You should not rely upon your agents and/or attorneys to meet the deadlines required of claimants by the Order with respect to the filing of a proof of Claim. However, you are strongly advised to consult with an attorney and/or financial professional in determining whether to file a proof of Claim in the Bankruptcy Case.

**III.  Who Must File a Proof of Claim**
1.  No proof of Claim shall be deemed filed with respect to any claimant that appears on the List of Creditors filed by the District with the Bankruptcy Court on December 13, 2007 (as it may be amended from time to time) pursuant to section 924 of the Bankruptcy Code. Since said List of Creditors does not list the amount of any Claim, to avoid your Claim being deemed to be $0, you must file a proof of Claim.
2.  **If you assert a Claim against the District, you must file a proof of Claim.** If you have already filed a proof of Claim, you need not file an additional proof of Claim.

**IV.  How to File a Proof of Claim**
1.  All proofs of Claim must be actually filed with the Clerk of the Bankruptcy Court, with copies sent to and received by STG, so that they are *actually received* on or before 4:00 p.m. Pacific Time on the Bar Date (August 25, 2008) (or such other applicable deadline as set forth in the Order). It is your responsibility to ensure that your proof of Claim is actually received by that date and time at the following addresses:

Clerk of the Court               Stutman, Treister & Glatt, P.C.
Untied States Bankruptcy Court   1901 Avenue of the Stars
3420 Twelfth Street              12th Floor
Riverside, CA 92501             Los Angeles, CA 90067
                                 Attn: Kendra A. Johnson

2.  Proofs of Claim will be deemed filed only when actually received by the Bankruptcy Court and STG, and must be filed in the English language and be stated in the lawful currency of the United States (to the extent known or determinable) as of December 13, 2007 (the "Petition Date").
3.  If you have questions regarding how to file a proof of Claim, you may contact Ms. Kendra Johnson of STG at (310) 228-6700. Copies of proofs of Claim, and other documents filed in the Bankruptcy Case, are available upon written request to Ms. Johnson at the address indicated on the last page of this Notice and the payment of a photocopying charge of $0.25 per page.

Dated: June 25, 2008          STUTMAN, TREISTER & GLATT P.C.
                               /s/ H. Alexander Fisch