CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone:  (310) 228-5600
Telecopy:  (310) 228-5788

Chapter 9 Counsel for
Valley Health System

District's Mailing Address
1117 East Devonshire Avenue
Hemet, CA 92543
Federal Tax ID #XX-XXX1558

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:07-bk-18293-PC |
| | ) |
| VALLEY HEALTH SYSTEM, a California | ) Chapter 9 |
| Local Health Care District | ) |
| | ) **NOTICE OF MOTION AND MOTION** |
| | ) **FOR AN ORDER UNDER BANKRUPTCY** |
| District, | ) **RULE 3003(c)(3): (I) ESTABLISHING** |
| | ) **SUPPLEMENTAL BAR DATE FOR** |
| | ) **FILING CERTAIN CLAIMS, (II)** |
| | ) **APPROVING FORM AND MANNER OF** |
| | ) **NOTICE THEREOF, AND (III)** |
| | ) **GRANTING RELATED RELIEF** |
| | ) |
| | ) |
| | ) |
| | ) |
| | )       Hearing: |
| | ) |
| | ) DATE:    May 5, 2009 |
| | ) TIME:    9:30 a.m. |
| | ) PLACE:   3420 Twelfth Street |
| | )          Courtroom 304 |
| | )          Riverside, CA 92501-3819 |
| | ) |

485525v3

1   **TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PETER H.**

2   **CARROLL; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER**

3   **PARTIES ENTITLED TO NOTICE:**

4         **PLEASE TAKE NOTICE** that on May 5, 2009, at 9:30 a.m., a hearing will be

5   held before the United States Bankruptcy Court for the Central District of California in

6   Courtroom 304 located at 3420 Twelfth Street, Riverside, California, regarding this "Motion for

7   an Order Under Bankruptcy Rule 3003(c)(3): (I) Establishing Supplemental Bar Date For Filing

8   Certain Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related

9   Relief" (the "Motion") filed by Valley Health System, the debtor in the above-captioned chapter

10  9 case (the "District").  By this Motion, the District seeks entry of an order setting a

11  supplemental bar date of July 10, 2009 as the deadline for filing proofs of claim in this case for

12  234 creditors, listed in Exhibit "A" hereto, who may not have received notice of the August 25,

13  2008 bar date (the "Supplemental Bar Date Parties"), approving the form of notice thereof, and

14  establishing certain other procedures more fully described below.

15        **1.**    **Supplemental Bar Date**

16        The Court will select a date (which the District proposes to be July 10, 2009), at

17  4:00 p.m. Pacific Time (the "Supplemental Bar Date"), as the last date and time by which the

18  Supplemental Bar Date Parties, and only the Supplemental Bar Date Parties, may file a proof of

19  Claim[1] against the District.  The Supplemental Bar Date will be enforceable notwithstanding

20  any otherwise applicable non-bankruptcy law that could govern the timing of the assertion of a

21  Claim against the District, and will not affect the Court's prior orders except as to the

22  Supplemental Bar Date Parties.

23        **2.**    **Claim Filing Procedures**

24        a.    Proofs of Claim must be actually filed with the Clerk of the

25  Bankruptcy Court, with copies sent to and received by Stutman, Treister & Glatt, P.C.

---

26  [1]  For purposes of the proposed deadlines and procedures, the term "Claim" will have the
27  meaning set forth in 11 U.S.C. § 101(5).

28

485525v3

1     ("STG"), special chapter 9 counsel for the District, at the following addresses, by no

2     later than the Supplemental Bar Date (or such other applicable deadline as set forth

3     herein):

4                      Clerk of the Court
                        United States Bankruptcy Court

5                        3420 Twelfth Street
                        Riverside, CA  92501

6                        and

7                        Stutman, Treister & Glatt, P.C.
                        1901 Avenue of the Stars

8                        12th Floor
                        Los Angeles, CA  90067

9                        Attn:  Kendra Johnson

10          b.       Proofs of Claim will be deemed filed only when actually received

11     by the Bankruptcy Court and STG, and must be filed in the English language and stated

12     in lawful currency of the Untied States (to the extent known and determinable) as of the

13     Petition Date.

14          **3.**     **<u>Consequences for Failure to Comply</u>**

15          Unless otherwise specifically ordered by the Court, any entity that is required to

16     but does not file a proof of Claim in compliance with the procedures and deadlines established

17     by the Court (i) will be forever barred from voting with respect to any plan of adjustment filed

18     in this case and from receiving any distributions under such plan or otherwise from the

19     District's property; (ii) will be bound by the terms of any such plan that is confirmed by the

20     Court; and (iii) no longer will be entitled to receive further mailings in or notices regarding this

21     case.

22          **4.**     **<u>Notices and Related Disclosure Items</u>**

23          a.     <u>Form of Bar Date Notice</u>:  Within two (2) days of the date of

24     entry of an Order approving the procedures and deadlines proposed in this Motion, the

25     District will cause to be sent via first-class mail, as specified below, a notice of the

26     Supplemental Bar Date and the other approved procedures and deadlines, in

27

28

485525v3

1    substantially the form of the proposed notice attached as Exhibit "B" hereto (the

2    "Supplemental Bar Date Notice"), to the Supplemental Bar Date Parties.

3            b.    Form of Proof of Claim:  With the mailing of the Supplemental

4    Bar Date Notice, the District also will include a copy of Form 10 of the Official and

5    Procedural Bankruptcy Forms.

6            c.    Mailing Procedure:  The District will mail the Supplemental Bar

7    Date Notice and Form 10 to the most recent addresses of the Supplemental Bar Date

8    Parties maintained for each Supplemental Bar Date Party in the District's books and

9    records.

10            d.    Duty to Review and Respond:  All Supplemental Bar Date Parties

11    will have an affirmative duty to review the Notice mailed to them and, if necessary, to

12    file a proof of Claim.  Supplemental Bar Date Parties may not rely upon their agents

13    and/or attorneys to meet the proposed deadlines or satisfy the other proposed obligations

14    to be required of Supplemental Bar Date Parties with respect to the filing of proofs of

15    Claim.  All Supplemental Bar Date Parties asserting a Claim against the District must

16    file a proof of Claim.

17        **PLEASE TAKE FURTHER NOTICE** that this Motion is based on the points

18    and authorities below, the record in this case, and the arguments, evidence and representations

19    that may be presented at or prior to any hearing on this Motion.

20        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule

21    9013-1(f)(1), any opposition, joinder, or response to the Motion must be in writing; must

22    comply with Local Bankruptcy Rule 9013-1; and must be filed with theCourt and served on the

23    undersigned special reorganization counsel to the District not less than 14 days before the

24    noticed hearing date.  Failure to file and serve such a written response may be deemed to

25    constitute consent to the relief requested in the Motion.

26        WHEREFORE, the Debtor respectfully requests that this Court grant the relief

27    requested herein and enter an order (i) setting a supplemental bar date of July 10, 2009, as the

28

485525v3

1  deadline for filing proofs of claim in this case for 234 creditors who were not served with notice

2  of the August 25, 2008 bar date, (ii) approving the form and manner of notice thereof, and (iii)

3  granting such other and further relief that this Court deems is necessary and appropriate.

4

5  DATED:  April 14, 2009                      /s/ H. Alexander Fisch
                                               CHARLES D. AXELROD,
6                                              GARY E. KLAUSNER, and
                                               H. ALEXANDER FISCH, Members of
7                                              STUTMAN, TREISTER & GLATT
                                               PROFESSIONAL CORPORATION
8                                              Chapter 9 Counsel for Valley Health System

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

485525v3

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**BACKGROUND**

**A.    The Bankruptcy Filing and Jurisdiction**

On December 13, 2007 (the "Petition Date"), the District filed a voluntary petition for relief under chapter 9 of title 11 of the Bankruptcy Code.  The Court entered an order for relief on February 20, 2008. [Docket No. 86].

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

**B.    The Bar Date Order and the Initial Bar Date**

On June 26, 2008, the Court entered the "Order (I) Establishing Procedures and Deadlines for the Filing of Proofs of Claim; (II) Establishing Consequences for the Failure to Comply with such Procedures and Deadlines; and(III) Approving Form and Scope of Notice of Such Procedures and Deadlines" (the "Bar Date Order") [Docket No. 246].  The Bar Date Order established August 25, 2008 (the "Initial Bar Date") as the deadline by which creditors and other parties-in-interest were required to file their proofs of claim against the District and approved the form of notice by which the District would advise its known creditors or potential creditors and other parties with notice of the bar date.

The District provided notice of the Initial Bar Date by publication in the Press-Enterprise on June 25, 2008.  *See* "Proof of Publication of 'Notice of Bar Date' in the Press-Enterprise" [Docket No. 251].  The District also served notice of the Initial Bar Date on all known creditors and potential parties-in-interest on July 3, 2008 by first-class mail.  *See* "Affidavit of Service Re:  (I) Notice of Bar Date and (II) Proof of Claim Form" [Docket No. 249].

Although the District provided notice by publication in the Press-Enterprise as well by first-class mail, it has recently come to the District's attention that the 234 parties-in-

485525v3

1  interest and potential creditors identified in Exhibit "A" hereto may not have received notice of

2  the Initial Bar Date.

3                                              **II.**

4                                  **RELIEF REQUESTED**

5              The District requests that, pursuant to Bankruptcy Rule 3003(c)(3), the Court

6  establish July 6, 2009, as a supplemental bar date (the "Supplemental Bar Date") in this case

7  that would apply only to those potential creditors, listed in Exhibit "A," who may not have

8  received notice of the Initial Bar Date (the "Supplemental Bar Date Parties"). The District also

9  requests that the Court approve the form of notice relating to the Supplemental Bar Date, which

10 is attached to this Motion as Exhibit "B."

11                                             **III.**

12                                      **ARGUMENT**

13             Bankruptcy Rule 3003(c)(3) provides, in part, that, in a case pending under

14 chapter 9 of the Bankruptcy Code, "[t]he Court shall fix and for cause shown may extend the

15 time within which proofs of claim or interest may be filed." Fed. R. Bankr. P. 3003(c)(3).

16 Bankruptcy Rule 3003(c) is derived from section 502(b)(9) of the Bankruptcy Code, which

17 provides that a claim may not be allowed to the extent that "proof of such claim is not timely

18 filed." 11 U.S.C. § 502(b)(9). Thus, the establishment of the Supplemental Bar Date as

19 requested in the Motion is consistent with the Bankruptcy Code and Bankruptcy Rules.

20             The District requests that the Supplemental Bar Date be July 6, 2009. Cause

21 exists to grant the relief requested herein to enable the District, among other things, to ascertain

22 with certainty the amount and nature of the claims held by the Supplemental Bar Date Parties

23 and allow the Supplemental Bar Date Parties to participate in distributions under a plan of

24 adjustment in this case. Moreover, the deadlines and procedures contemplated herein provide

25 the Supplemental Bar Date Parties sufficient opportunity within which to file a proof of claim,

26 particularly since notice of this case, and of the Initial Bar Date, has been published, and the

27 District has informally advised many, if not all, of the Supplemental Bar Date Parties of the

28

485525v3

7

1   pendency of this case. Thus, the District submits that the proposed Supplemental Bar Date and

2   related deadlines and procedures are reasonable and appropriate under the circumstances and

3   are in the best interests of the District and its creditors.

4   **IV.**

5   **CONCLUSION**

6        **WHEREFORE**, the District respectfully requests that the Court enter an order

7   (a) establishing a supplemental bar date, (b) approving the form and manner of notice of such

8   procedures and deadlines as set forth above, and (c) granting such other relief as the Court

9   deems just and proper.

10              Respectfully submitted,

11   DATED:  April 14, 2009        /s/ H. Alexander Fisch

12                           CHARLES D. AXELROD,
GARY E. KLAUSNER, and

13                           H. ALEXANDER FISCH, Members of
STUTMAN, TREISTER & GLATT

14                           PROFESSIONAL CORPORATION
Chapter 9 Counsel for Valley Health System

15

16

17

18

19

20

21

22

23

24

25

26

27

28

485525v3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit A

**List of Supplemental Bar Date Parties**

## Supplemental Bar Date Parties

ACCREDO THERAPEUTICS, INC.
AEROWERKS INC
ALIMED, INC.
ALLIED HEALTHCARE PRODUCTS
ALLSTAR STAFFING
ANAHEIM GENERAL HOSPITAL
ANTELOPE VALLEY HOSPITAL
APEX HEALTHCARE MED CNTR ORT
API SOFTWARE, INC
ARTHROCARE CORP
BAKERSFIELD MEMORIAL HOSPITAL
BANNER ESTRELLA MEDICAL
BAPTIST MEMORIAL HOSPITAL
BAXTER HEALTHCARE CORP
BEARCOM
BEAUMONT CONVALESCENT
BECTON DICKINSON & COMPANY
BELLS SELECT
BEVERLY HOSPITAL
BIODEX MEDICAL SYSTEMS
BIOMET, INC.
BLICK ART MATERIALS
BLYTHE AMBULANCE SERVICE
BOSTON SCIENTIFIC (NAMIC TEC
BOSTON SCIENTIFIC CORPORATIO
BROTMAN MEDICAL CENTER
BWPO-DBA OF PATHOLOGY
CALIFORNIA MEDICAL CENTER
CAMDEN GENERAL HOSPITAL
CARE AMBULANCE/ANAHEIM
CARL ZEISS MEDITEC, INC
CATHOLIC HEALTH -NI COLORADO
CERNER CORP
CERRITOS DIALYSIS CENTER
CHEVRON, USA. INC.
CHILDREN'S HOSPITAL CENTRAL CA.
CHILDRENS HOSPITAL OF ORANGE
CHURCHILL COMMUNITY HOSPITAL
CITY OF ALHAMBRA FIRE DEPARTMENT
CITY OF CARLSBAD FD
CITY OF ESCONDIDO PARA BILL
CITY OF HOPE NAT'L MED. CTR
CITY OF OCEANSIDE AMBULANCE

CITY OF RIALTO AMBULANCE
CITY OF SANTA ANA
COALINGA REGIONAL MEDICAL CENTER
COASTAL COMMUNITIES HOSPITAL
COLUMBIA MEDICAL CENTER
COMMUNITY HOSPITAL LONG BEACH
COMMUNITY HOSPITAL OF THE MONTEREY
CONSULTANTS FOR PATHOLOGY
COUNTY RESCUE AMBULANCE DBA CRA
DADE BEHRING INC.
DATEX-OHMEDA
DAY-TIMERS INC.
DESERT CRITICAL CARE TRANSPORT INC.
DESERT REG MEDICAL CENTER
DETROIT DIALYSIS
DIVERSE MEDIA, INC
DIXIE MEDICAL CENTER
DOCTORS MEDICAL CENTER
DOUGLAS COUNTY EMS
DOWNEY REGIONAL MEDICAL CENTER
EAST FORK FIRE & PARAMEDIC
EL MIRADOR SURGICAL CENTER
ELIZA COFFEE MEMORIAL HOSPITAL
ENLOE HOSPITAL/ MEDICAL CENTER
EXPRESS PIPE & SUPPLY CO, IN
EXPRESS TRANSPORTATION SYSYE
FACULTY PHYS & SURGEONS
FIRE SAFETY SERVICE, INC.
FISHER HEALTHCARE (CURTIN MA
FLAGSTAFF MEDICAL CENTER/ GUARDIAN AIR
FOOTHILL PRESBYTERIAN HOSPITAL
FOUNTAIN VALLEY REGIONAL MEDICAL CENTER
FRANK R HOWARD MEMORIAL
GARDEN GROVE HOSPITAL
GE HEALTHCARE   OEC
GE HEALTHCARE FIN SRVCS 6414
GEARY PACIFIC SUPPLY
GENETIC DISEASE BRANCH
GLENDALE ADVENTIST MEDICAL CENTER
GLENDALE MEMORIAL HOSPITAL
GRAINGER
GYNEX CORPORATION
HEALTH CARE LOGISTICS INC.
HEALTHCARE INSPIRATIONS

HELINET AVIATION SERVICES
HENRY MAYO NEWHALL MEMORIAL HOSPITAL
HI-DESERT MEDICAL CENTER
HILTI, INC.
HOAG MEMORIAL HOSPITAL PRESBYTERIAN
HONEYWELL INTERNATIONAL INC.
HOSPITAL OF BARSTOW, INC.
HOUSE OF PORTRAITS .
HULL ANESTHESIA, INC.
HUNTINGTON BEACH HOSPITAL
HUNTINGTON MEMORIAL HOSPITAL
HUNTINGTON VALLEY HEALTH
IDEARC
I-FLOW
INDUSTRIAL AND COMMERCIAL
INFOLINK SCREENING SERVICES
INLAND ARTIFICIAL LIMB & BRACE
INLAND VALLEY RETINA MEDICAL GROUP, INC.
INSTITUTE OF BUSINESS
INW  POST FALLS
ISOTIS ORTHOBIOLOGICS, INC.
J.A. MAJORS
JOERNS LLC
KADLEC MEDICAL CENTER
KAISER FOUNDATION HEALTH PLAN
KAISER FOUNDATION HOSPITAL
KARL STORZ ENDOSCOPY-AMERICA
KASEMAN PRESBYTERIAN
KDHCD ER PROFESSIONAL MEDICAL GROUP
KELCO LAUNDRY SYSTEMS
KELLEY, WILLIAM M. MD INC
KENDALL HEALTHCARE PRODUCTS
KERN AMBULANCE SERVICE
KERN MEDICAL CENTER
KONE INC.
KWPH ENT/AMERICAN AMBULANCE
LA PALMA INTERCOMMUNITY HOSPITAL
LABCORP
LAC HARBOR/UCLA MEDICAL CENTER
LAC-LAC/USC MEDICAL CENTER
LAKE ARROWHEAD FIRE DISTRICT
LAKEWOOD REGIONAL MEDICAL CENTER
LAND AND WHEELS
LAS PALMAS MEDICAL CENTER

LEGACY LABORATORY SERVICE
LEXI-COMP
LIBERTY REGIONAL EMS, INC.
LITTLE COMPANY OF MARY HOSPITAL
LITTLE COMPANY OF MARY SAN PEDRO HOSP
LOGAN HOSPITAL / SURG. CTR.
LOS ALAMITOS MEDICAL CENTER
LOS ANGELES CITY FIRE DEPT.
LOS ANGELES CITY FIRE DEPT/ EMS BILLING
LOVELACE HOSPITAL DOWNTOWN
LT HEALTHCARE AUDIT SERVICES
MARKETLAB INC.
MAROTECH USA, INC.
MAYO COLLABORATIVE SERV INC.
MEDICAL STAFFING NETWORK
MEDICAL STAFFING NTWK PAYSPE
MEDISCAN STAFFING
MEDLINE INDUSTRIES, INC.
MEDOVATIONS
MEDSTAFF, INC.
MEMORIAL HOSP OF GARDENA
MEMORIAL HOSPITAL OF LOS BANOS
MEMORIAL HOSPITAL OF MARTINSVILLE
MERCY AIR SERVICE INC
MERCY AIR SERVICE, INC. PASA
MERCY HEALTH CENTER
MERCY MEDICAL TRANSPORT INC.
MILLENNIUM SURGICAL CORP
MISSION AMBULANCE, INC.
MONTCLAIR HOSPITAL MEDICAL
MORONGO BASIN AMBULANCE ASSOC
MT CARMEL HEALTH
NEXUS INTEGRATION SERVICES
NORTH COAST MEDICAL, INC
NORTH COUNTY FIRE PROTECT
NORTHWEST MEDICAL CENTER
OB SPECIALTIES, INC.
OLYMPUS AMERICA INC.
OPTIONMED
ORTHO-CLINICAL DIAGNOSTICS.
OWENS & MINOR, INC. USE THIS
PACETECH
PALM BROOK DIALYSIS
PALOMAR HOSPITAL PPHS

PALOMAR/POMERADO HEALTH SYSTEM
PARADISE VALLEY HOSPITAL
PIONEERS MEMORIAL HEALTH
PLACENTIA LINDA HOSPITAL
POMONA VALLEY HOSPITAL
PROVIDENCE HOLY CROSS
R.J. CARLSON CO.
RECHE CANYON REHAB & HEALTHCARE CENTER
RENAL TREATMENT CENTERS -
RIDEOUT MEMORIAL HOSPITAL
SADDLEBACK MEMORIAL MED CTR
SAINT MARY MEDICAL CENTER
SALINAS VALLEY MEMORIAL HOSPITAL
SAN ANTONIO COMMUNITY HOSPITAL
SAN DIEGO EYE COR
SAN DIEGO MEDICAL SERVICES
SAN DIMAS COMMUNITY HOSPITAL
SAN GABRIEL VALLEY MED CENTER
SAN RAMON REG MED CTR
SANTA BARBARA COTTAGE HOSPITAL
SCHAEFER AMBULANCE SERVICE
SHORELINE AMBULANCE
SMH - LA JOLLA
SMH- GREEN HOSP
SOUTHERN CALIF DESERT RETINA CONSULTS
SOUTHWEST CITY COACH
SPECTRUM SURGICAL SUPPLY, IN
SPRING VALLEY HOSPITAL
ST VINCENT MEDICAL CENTER
STERIMED REPIAR CORP
SUNRISE HOSPITAL
SURGERY CENTER OF RIVERSIDE
SUTTER MED CTR SANTA ROSA
SUTTER TRACY COMMUNITY HOSPITAL
TEXAS COUNTY MEMORIAL HOSPITAL
TIMPANOGOS REGIONAL HOSPITAL
TITUSVILLE AREA HOSPITAL
TIWARI, BHOODEV  MD ..
TOTAL RENAL/NORWALK DIALYSIS INC
TRI CITY MEDICAL CENTER
TUSTIN HOSPITAL AND MEDICAL CENTER
UCSD MEDICAL CENTER
USC -PIH FAMILY PRACTICE
VALLEY ENDOSCOPY CENTER

14

VALLEY MEMORIAL HOSPITAL
VALLEY PRESBYTERIAN HOSPITAL
VALLEY VIEW MEDICAL CENTER
VERITAS HEALTH SERVICES,INC.
VIASYS NEUROCARE
VICTOR VALLEY COMMUNITY HOSPITAL
VNAIC
VNAIC MURRIETA
WEST ANAHEIM MEDICAL CENTER
WESTERN MEDICAL CENTER ANAHEIM
WESTMED AMBULANCE
WHIDBEY GENERAL HOSPITAL
WHITE MEMORIAL MED CENTER
WHITTIER HOSPITAL
YUMA REGIONAL MEDICAL CENTER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Exhibit B**

### **Form of Supplemental Bar Date Notice**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | ) Case No. 6:07-bk-18293-PC |
| | ) |
| | ) Chapter 9 |
| VALLEY HEALTH SYSTEM, a California | ) |
| Local Health Care District | ) **NOTICE OF SUPPLEMENTAL BAR** |
| | ) **DATE** |
| | ) |
| District, | ) SUPPLEMENTAL BAR DATE |
| | ) |
| | ) **July 10, 2009 at 4:00 P.M.** |
| | ) **PACIFIC TIME** |
| | ) |

**ATTENTION POTENTIAL CREDITORS OF VALLEY HEALTH SYSTEM**

    **PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") has entered an "Order Under Bankruptcy Rules 3003(c)(3): (I) Establishing Supplemental Bar Date for Filing Certain Claims, (II) Approving Form and Manner of Notice Thereof , and (III) Granting Related Relief (the "Order"), by which the Bankruptcy Court has set July 10, 2009, at 4:00 p.m. Pacific Time (the "Supplemental Bar Date"), as the last date and time for certain parties to file proofs of "Claim" (as defined below) against Valley Health System, a California Local Health Care District (the "District"), in the above-captioned case (the "Bankruptcy Case") currently pending under chapter 9 of title 11 of the Untied States Code (the "Bankruptcy Code").

**I.**    **Definition of "Claim"**

    For the purposes of the Order, the term "Claim" has the meaning set forth in section 101(5) of the Bankruptcy Code and means (a) *any* right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; and (b) *any* right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**II.**    **The Supplemental Bar Date Is the Deadline for Certain Parties To File Proofs of Claim Against the District**

    1.    As summarized in this Notice, the Order specifies who may file a proof of Claim in the Bankruptcy Case prior to the Supplemental Bar Date. Only Supplemental Bar Date Parties (as defined in the Motion) are eligible to file a timely Claim on or before the Supplemental Bar Date. **If You Are Required To But Do Not File A Proof Of Claim That Is Actually Received By The Clerk Of The Bankruptcy Court, With Copies Sent To And Received By Stutman, Treister & Glatt, P.C. ("STG"), Special Chapter 9 Counsel For The District, By The Supplemental Bar Date, Any Proof Of Claim That You File After The Bar Date Will Be Disallowed, Deemed Null And Void, And Forever Barred,** except as otherwise specifically ordered by the Bankruptcy Court. **ANY ENTITY THAT IS**

**REQUIRED TO BUT DOES NOT FILE A PROOF OF CLAIM BY THE SUPPLEMENTAL BAR DATE (A) WILL BE FOREVER BARRED FROM (i) VOTING WITH RESPECT TO ANY PLAN(S) OF ADJUSTMENT FILED IN THE BANKRUPTCY CASE AND (ii) RECEIVING ANY DISTRIBUTIONS UNDER SUCH PLAN(S) OR OTHERWISE FROM THE DISTRICT; AND (B) WILL NOT BE ENTITLED TO RECEIVE FURTHER NOTICES REGARDING THE BANKRUPTCY CASE.**

2.      The Order provides that you have an affirmative duty to review this Notice and the accompanying documents and, if necessary, to file a proof of Claim. **You should not rely upon your agents and/or attorneys to meet the deadlines required of claimants by the Order with respect to the filing of a proof of Claim.** However, you are strongly advised to consult with an attorney and/or financial professional in determining whether to file a proof of Claim in the Bankruptcy Case.

**III.      Who Must File a Proof of Claim**

1.      A proof of Claim form accompanies the copy of this Notice. **Please carefully read the instructions that accompany the form proof of Claim.  If you assert a Claim against the District, you must file a proof of Claim.**

2.      All proofs of Claim previously filed with the Clerk of the Bankruptcy Court prior to the mailing of this Notice will be treated as properly filed Claims against the District, subject to the right of the District and other parties in interest to object to the allowance thereof. *If you previously have filed a proof of Claim, you do not need to file another proof of Claim at this time.*

3.      If you are not a Supplemental Bar Date Party pursuant to the Order, the timeliness of the filing of your proof of Claim is governed by other deadlines established in the Bankruptcy Case, and filing a proof of Claim in response to this Notice will not render your filing timely.

**IV.      How to File a Proof of Claim**

1.      Except as provided below, all proofs of Claim must be actually filed with the Clerk of the Bankruptcy Court, with copies sent to and received by STG, so that they are *actually received* on or before 4:00 p.m. Pacific Time on the Supplemental Bar Date (July 6, 2009). It is your responsibility to ensure that your proof of Claim is actually received by that date and time at the following addresses:

Clerk of the Court                          Stutman, Treister & Glatt, P.C.
Untied States Bankruptcy Court              1901 Avenue of the Stars
3420 Twelfth Street                         12th Floor
Riverside, CA 92501                         Los Angeles, CA 90067
                                            Attn: Kendra A. Johnson

2.      Proofs of Claim will be deemed filed only when actually received by the Bankruptcy Court and STG, and must be filed in the English language and be stated in the

lawful currency of the United States (to the extent known or determinable) as of December 13, 2007 (the "Petition Date").

      3.     If you have questions regarding how to file a proof of Claim, you may contact Ms. Kendra Johnson of STG at (310) 228-5600.  Copies of proofs of Claim, and other documents filed in the Bankruptcy Case are available upon written request to Ms. Johnson at the address indicated on the last page of this Notice and the payment of a photocopying charge of $0.25 per page.

Dated: May 5, 2009               STUTMAN, TREISTER & GLATT P.C.

                        /s/ H. Alexander Fisch

485525v3

3

19

| In re:                                                        | CHAPTER  11                        |
|---------------------------------------------------------------|-----------------------------------|
| VALLEY HEALTH SYSTEM, a California Local Health Care District | CASE NUMBER 6:07-bk-18293-PC |
|                                                   Debtor(s). |                                   |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067.

The foregoing document described as **Notice of Motion and Motion for an Order Under Bankruptcy Rule 3003(c)(3): (I) Establishing Supplemental Bar Date for Filing Certain Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

> The Honorable Peter Carroll
> USBC - Central District of CA
> 3420 Twelfth Street
> Courtroom No. 304
> Riverside, CA 92501-3819

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April ___, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On April ___, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April ___, 2009  Joanne B. Stern |  | *Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| VALLEY HEALTH SYSTEM, a California Local Health Care District               Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Terri H Andersen    terri.andersen@usdoj.gov
- Kathryn M Barnes    kbarnes@thelen.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Michael E Busch    michael.busch@fnf.com
- Traci L Cotton    tcotton@utsystem.edu
- Timothy J Farris    timothy.j.farris@usdoj.gov
- H Alexander Fisch    afisch@stutman.com
- Roger F Friedman    rfriedman@rutan.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- Sheri Kanesaka    sheri.kanesaka@lw.com
- Q Scott Kaye    qskaye@mwe.com
- John W Kim    jkim@nossaman.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Dana N Levitt    dlevitt@mwe.com, WSmith@mwe.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Uzzi O Raanan    uor@dgdk.com
- Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Christopher O Rivas    crivas@reedsmith.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com
- Adam M Starr    starra@gtlaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      F 9013-3.1

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 2/11/09
Doc. No. 483619

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

20 Largest Creditors:
Hemet Community Medical Group
Attn: Mike Foutz
41885 E. Florida Avenue
Hemet, CA 92544

20 Largest Creditors:
Sodexho Marriott Services
Attn: Calvin Johnson
2670 N. Main Street, #250
Santa Ana, CA 92705

20 Largest Creditors:
Blue Shield of California
Attn: Jan Carerra
301 CentreLake Dr., #400
Ontario, CA 91761

20 Largest Creditors:
First Financial Corp. Services
Attn: Richard Stebbin
711 Kimberly Avenue, #160
Placentia, CA 92870

20 Largest Creditors:
Cardinal Health, Inc.
Attn: Roberta
27680 Avenue Mentry
Valencia, CA 91355

20 Largest Creditors:
Comforce Technical Services, Inc.
Attn: Michele Bernal
P.O. Box 0893
Pasadena, CA 91110

20 Largest Creditors:
Beta Healthcare Group
Attn: Kerry Stone
15373 Innovation Drive, #120
San Diego, CA 92128

20 Largest Creditors:
Blood Bank of San Bernardo
Riverside Counties
Attn: Melanie/Diana
384 Orange Show Road
San Bernardino, CA 92408

20 Largest Creditors:
Medical Dictation, Inc.
Attn: Jeff McKee
One Glenlake Pkwy.
Atlanta, GA 30328-0209

20 Largest Creditors:
Medical Dictation, Inc.
P.O. Box 740209
Atlanta, GA 30374-0209

20 Largest Creditors:
Depuy Orthopaedics, Inc.
Attn: Barbara
File #74115
P.O. Box 60000
San Francisco, CA 94160

20 Largest Creditors:
Tristar Risk Management
Attn: Tom Veale
100 Oceangate, #700
Long Beach, CA 90802

20 Largest Creditors:
Alcon Laboratories
Attn: Kurt
P.O. Box 951125
Dallas, TX 75395-1125

20 Largest Creditors:
Aesculap
Attn: Judy Wesson
3773 Corporate Parkway
Center Valley, PA 18034

20 Largest Creditors:
Freedom Imaging
Attn: Curt James
1401 E. Ball Road
Anaheim, CA 92805

20 Largest Creditors:
Health Care Systems
Attn: Julie Tomberlin
5755 Carmichael Parkway
Montgomery, AL 36117

20 Largest Creditors:
Mallinckrodt, Inc. 2% Dis
Attn: Brian Deneau
P.O. Box 100668
Pasadena, CA 91189-0668

20 Largest Creditors:
Air Linquide America Corp.
Attn: Denise Morgan
12800 W. Little York
Houston, TX 77041

20 Largest Creditors:
A/C Orthopedic Alliance LLC
Attn: Rosanna
P.O. Box 41047
Baton Rouge, LA 70835

20 Largest Creditors:
American Medical Systems
Attn:  Pete Short
10700 Bred Rd. West
Minnetonka, MN  55343

20 Largest Creditors
UCLA Medical Center
Attn:  David Callender, M.D.
10833 Le Conte Avenue
Los Angeles, CA 90095

20 Largest Creditors
UCI Medical Center
Attn:  Maureen Zehnter
101 The City Drive South
Orange, CA 92868

20 Largest Creditors
LLU Medical Center
Attn:  Ruthita Fike
11234 Anderson Street
Loma Linda, CA 92354

20 Largest Creditors
Option Care
Attn:  Jason J. Olin
1411 Lake Cook Rd., MSL319
Deerfield, IL 60015

20 Largest Creditors
Sun City Convalescent Cr.
Attn:  Roger Groves
27600 Encanto Dr.
Sun City, CA 92586

Atty/BETA Healthcare Group
c/o Michael E. Busch, Esq.
Pyle Sims Duncan & Stevenson
401 "B" Street, Ste. 1500
San Diego, CA 92101

Atty/Menifee Valley Community Med.
Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA  92506

Atty/Mark & Deborah O'Leary
Biren/Katzman
Attn:  M. Biren/D. Tauger
11911 San Vicente Blvd., #140
W. Los Angeles, CA 90049

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn:  Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA  90017

20 Largest Creditors:
Alliance Imaging, Inc.
Attn:  Cristopher Joyce
1900 S. State College Blvd., #600
Anaheim, CA  92806

20 Largest Creditors
Saint Bernadine Med. Center
Atn Jack Ivie/Darryll Vandenvoxch
2101 N. Waterman Avenue
San Bernardino, CA 92404

20 Largest Creditors
Anaheim Memorial Med Ctr
Attn:  Melinda Beswick
1111 West La Palma Ave.
Anaheim, CA 92801

20 Largest Creditors
Riverside County Reg. Md. Ct.
Attn:  Douglas Bagley
26520 Cactus Avenue
Moreno Valley, CA 92555

20 Largest Creditors
Renal Treatment Centers
Attn:  Sherry Foxx McBride
15253 Bake Parkway
Irvine, CA 92618

Special Notice
Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/Sodexho USA aka Sodexho Marriott
Servs.
Poyner & Spruill LLP
Attn:  Judy D. Thompson
301 South College St., #2300
Charlotte, NC  28202

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA  92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn:  L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA  92610

Creditor
Health Net
Attn:  Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA  92647

20 Largest Creditors
Southwest Healthcare System
Attn:  Dennis Knox
36485 Inland Valley Dr.
Wildomar, CA 92595

20 Largest Creditors
Manor Care
Attn:  Larry Lester
333 N. Summit Street
Toledo, OH 43604

20 Largest Creditors
Hemet Healthcare Surgery Ct.
Attn:  Venay Rao
301 N. San Jacinto Ave.
Hemet, CA 92543

20 Largest Creditors
DaVita
Attn:  Sherry Foxx McBride
15253 Bake Parkway
Irvine, CA 92618

20 Largest Creditors
Morrow-Meadows Corp.
Attn:  Tim Meadows
231 Benton Court
City of Industry, CA 91789

Primeshares
60 Madison Ave., 2d Floor
New York, NY 10011-1600

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn:  Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA  90071

Atty/Southland Endoscopy
Davis & Wojcik
Attn:  Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA  92543

Creditor
IBM Credit LLC
Special Handling Group
Attn:  Pamela Wilcox
4111 Northside Parkway
Atlanta, GA  30327

Atty/DaVita Inc.
Michael S. Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Suite 465
Mission Viejo, CA  92691