| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The following documents described as **(i) Notice of Supplemental Bar Date and (ii) Proof of Claim** were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below on May 5, 2009:

The Honorable Peter Carroll
USBC - Central District of CA
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 5, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 5, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2009 | Joanne B. Stern | */s/ Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

486894v.1

Main Document Page 2 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Mercy Air Service, Inc.
PO Box 31001-0819
Pasadena, CA 91110-0819

Accredo Therapeutics, Inc.
PO Box 99768
Chicago, IL 60690

Children's Hospital of Orange
Dept LA 21333
Pasadena, CA 91185-1333

Desert Regional Medicate Center
File #57154
Los Angeles, CA 90074-7154

Palomar/Pomerado Health System
15255 Innovation
San Diego, CA 92128-3410

Western Medical Center Anaheim
PO Box 310001-0540
Pasadena, CA 91110

Mission Ambulance, Inc.
PO Box 3111
Corona, CA 92878-3111

Valley Endoscopy Center
397 N. San Jacinto Street
Hemet, CA 92543

VNAIC
Dept. 8205
Los Angeles, CA 90084-8205

Reche Canyon Rehab & Healthcare
1350 Reche Canyon Road
Colton, CA 92324

Sunrise Hospital
PO Box 98531
Las Vegas, NV 89193

VNAIC Murrieta
Dept 8205
Los Angeles, CA 90084-8205

Kaiser Foundation Hospital
File #55570
Los Angeles, CA 90074-5570

Beaumont Convalescent
1441 N. Michigan
Beaumont, CA 92223

Inland Valley Retina Medical Group
1810 Fullerton Ave, #206
Corona, CA 92882

Kern Medical Center
PO Box 35-000
Bakersfield, CA 93385

San Diego Eye Cor
3939 3rd Avenue
San Diego, CA 92103

Mercy Medical Transport Inc.
PO Box 5004
Mariposa, CA 95338

Coastal Communities Hospital
Dept. 6735
Los Angeles, CA 90084

Helinet Aviation Services
16644 Roscoe Blvd.
Van Nuys, CA 91406

Rideout Memorial Hospital
726 4th Street
Marysville, CA 95901

Surgery Center of Riverside
8990 Garfield St., Suite 1 & 2
Riverside, CA 92503

Kaiser Foundation Health Plan
File #55570
Los Angeles, CA 90074-5570

Mercy Health Center
4300 W Memorial Road
Oklahoma City, OK 73120-8304

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 3 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Tri-City Medical Center
File 53706
Los Angeles, CA 90074-3706

Optionmed
1252 Paysphere Circle
Chicago, IL 60674

Palomar Hospital PPHS
15255 Innovation
San Diego, CA 92128-3410

City of Escondido Para Bill
201 N. Broadway
Escondido, CA 92025-2798

Montclair Hospital Medical
5000 San Bernardino St
Montclair, CA 91763

Mt. Carmel Health
Dept 754
Columbus, OH 43265-0754

Tustin Hospital & Medical Center
14662 Newport Avenue
Tustin, CA 92780

City of Carlsbad Fire Dept.
3156 Vista Way 405
Oceanside, CA 92056

Enloe Hospital/Medical Center
PO Box 60000 File #74008
San Francisco, CA 94160-0001

Desert Critical Care Transport, Inc.
PO Box 796
Blythe, CA 92226

White Memorial Med Center
Dept. 2176
Los Angeles, CA 90084-2176

Foothill Presbyterian Hospital
Dept 0149
Los Angeles, CA 90084-0149

Yuma Regional Medical Center
2400 Avenue "A"
Yuma, AZ 85364

Care Ambulance/Anaheim
1517 W. Braden Court
Orange, CA 92868

Inland Artificial Limb & Brace
720 S. Ramona Suite 105
Corona, CA 92879

West Anaheim Medical Center
File 1092
Pasadena, CA 91199-1092

Pomona Valley Hospital
Dept. 0048
Los Angeles, CA 90084

SMH-La Jolla
PO Box 501477
San Diego, CA 92150-1477

La Palma Intercommunity Hospital
File 1079
Pasadena, CA 91199-1079

North County Fire Project
3156 Vista Way #405
Oceanside, CA 92056

Lakewood Regional Medical Center
PO Box 31001-0052
Pasadena, CA 91110-0052

San Diego Medical Services
PO Box 53518
Phoenix, AZ 85072-3518

Faculty Phys & Surgeons
File 54701
Los Angeles, CA 90074-4701

Saint Mary Medical Center
File 71893
Los Angeles, CA 90074-1893

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 4 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Westmed Ambulance
PO Box 5004
Mariposa, CA 95338

San Antonio Community Hospital
Dept 0245
Los Angeles, CA 90084-0245

St. Vincent Medical Center
2131 W. 3rd Street
Los Angeles, CA 90057

County Rescue Ambulance
4585 Wade Avenue
Perris, CA 92571

Blythe Ambulance Service
PO Box 1271
Blythe, CA 92226

Beverly Hospital
309 W. Beverly Blvd.
Montebello, CA 90640

Cerritos Dialysis Center
19222 Pioneer Blvd.
Cerritos, CA 90703-6601

Memorial Hospital of Gardena
PO Box 51397
Los Angeles, CA 90051-5697

Huntington Valley Health
8382 Newman Avenue
Huntington Beach, CA 92647

SMH-Green Hosp
PO Box 502008
San Diego, CA 92150-2008

Churchill Community Hospital
801 East Williams Avenue
Fallon, NV 89406

KDHCD ER Professional Medical Group
400 W. Mineral King
Visalia, CA 93291

Huntington Memorial Hospital
PO Box 0655
Los Angeles, CA 90084

Sutter Tracy Community Hospital
PO Box 1870
Modesto, CA 95353-1870

El Mirador Surgical Center
1180 N Indian Canyon Drive #110
Palm Springs, CA 92262

City of Santa Ana
PO Box 1988 M13
Santa Ana, CA 92702-1988

Glendale Adventist Medical Center
1509 Wilson Terrace
Glendale, CA 91206-4007

Bakersfield Memorial Hospital
File 55653
Los Angeles, CA 90074-5653

Salinas Valley Memorial Hospital
PO Box 6148
Salinas, CA 93901

Hoag Memorial Hospital Presbyterian
File 55181
Los Angeles, CA 90074-5181

Los Angeles City Fire Dept/EMS Bill
200 N Main Street, Rm 1620
Los Angeles, CA 90012

Memorial Hospital of Los Banos
520 West "I" Street
Los Banos, CA 93635

Palm Brook Dialysis
PO Box 4-2046
Atlanta, GA 30384

Morongo Basin Ambulance Assoc.
PO Box 460
6335 Park Blvd.
Joshua Tree, CA 92252

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 5 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Lake Arrowhead Fire District
157 West 5th St., 2nd Fl
San Bernardino, CA 92415-0451

Camden General Hospital
175 Hospital Drive|
Camden, TN 38320-3210

Little Company of Mary Hospital
File 41093
Los Angeles, CA 90074-1093

KWPH ENT/American Ambulance
PO Box 894565
Los Angeles, CA 90189-4565

City of Oceanside Ambulance
300 N. Coast Hwy
Oceanside, CA 92054

Schaefer Ambulance Service
4627 Beverly Blvd.
Los Angeles, CA 90004

Los Alamitos Medical Center
PO Box 31001-0058
Pasadena, CA 91110-0058

Los Angeles City Fire Dept.
200 N. Main Street, Rm. 1070
Los Angeles, CA 90012

Shoreline Ambulance
17762 Metzler Lane
Huntington Beach, CA 92647

City of Alhambra Fire Dept.
PO Box 45974
San Francisco, CA 94145-5974

Providence Holy Cross
File 56678
Los Angeles, CA 90074

Liberty Regional EMS, Inc.
PO Box 115
Hinesville, GA 31310

Detroit Dialysis
PO Box 8500-1256
Philadelphia, PA 19178

East Fork Fire & Paramedic
PO Box 505
Minden, NV 89423

City Rialto Ambulance
PO Box 2516
San Bernardino, CA 92406

Kern Ambulance Service
2324 7th Street
Wasco, CA 93280

Baptist Memorial Hospital
Box 1000 Dept 157
Memphis, TN 38148

California Medical Center
1401 S. Grand Ave
Los Angeles, CA 90015

Coalinga Regional Medical Center
1191 Phelps
Coalinga, CA 93210

Memorial Hospital of Martinsville
320 Hospital Drive
Martinsville, VA 24115

Banner Estrella Medical
PO Box 2978
Phoenix, AZ 85062-2978

Garden Grove Hospital
File 57483
Los Angeles, CA 90074-7483

Brotman Medical Center
File 9620
Los Angeles, CA 90084

Sutter Med Ctr Santa Rosa
File #73684/PO Box 60000
San Francisco, CA 94160

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 6 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Valley View Medical Center
PO Box 30013
Salt Lake City, UT 84130-0180

Veritas Health Services, Inc.
5451 Walnut Avenue
Chino, CA 91710

Anaheim General Hospital
3350 W Ball Road
Anaheim, CA 92804

Legacy Laboratory Service
PO Box 5337
Portland, OR 97228

San Gabriel Valley Med Center
File 56900
Los Angeles, CA 90074-6900

Valley Memorial Hospital
PO Box 39000 Dept. 33446
San Francisco, CA 94139

Northwest Medical Center
PO Box 26930
Phoenix, AZ 85068

Catholic Health-NI Colorado
Dept. 1057
Denver, CO 80291-1057

Logan Hospital/Surgical Center
PO Box 30180
Salt Lake City, UT 84130-0180

San Dimas Community Hospital
PO Box 31001-0143
Pasadena, CA 91110-0143

Texas County Memorial Hospital
1333 S. Sam Houston Blvd.
Houston, TX 65483-2046

Huntington Beach Hospital
PO Box 5139
Anaheim, CA 92814

Whidbey General Hospital
PO Box 665
Coupeville, WA 98239

USC-PIH Family Practice
PO Box 515375
Los Angeles, CA 90051-6675

Victor Valley Community Hospital
15248 11th Street
Victorville, CA 92392-3787

Fountain Valley Regional Medical Center
PO Box 31001-0537
Pasadena, CA 91110-0537

Santa Barbara Cottage Hospital
File #53309
Los Angeles, CA 90074

Whittier Hospital
PO Box 31001-0531
Pasadena, CA 91110-0531

Southern California Desert Retina Cons.
340 S Farrell Dr, Suite A105
Palm Springs, CA 92262

Community Hospital Long Beach
PO Box 91329
Long Beach, CA 90809-1329

Kadlec Medical Center
817 West Seventh Avenue
Spokane, WA 99204

Spring Valley Hospital
File 57361
Los Angeles, CA 90074

Doctors Medical Center
1441 Florida Avenue
Modesto, CA 95350

Lovelace Hospital Downtown
PO Box 27310
Albuquerque, NM 87125

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Downey Regional Medical Center
PO Box 51984
Los Angeles, CA 90051-6284

Valley Presbyterian Hospital
PO Box 54287
Los Angeles, CA 90054-0087

Dixie Medical Center
PO Box 30180
Salt Lake City, UT 84130

Pioneers Memorial Health
207 W. Legion Road
Brawley, CA 92227

Saddleback Memorial Med Ctr
File 92514
Los Angeles, CA 90074-2514

San Ramon Reg Med Ctr
File 57436
Los Angeles, CA 90074

Placentia Linda Hospital
PO Box 31001-0116
Pasadena, CA 91110

Little Company of Mary San Pedro
PO Box 541024
Los Angeles, CA 90054-1024

Titusville Area Hospital
406 West Oak Street
Titusville, PA 16354

Antelope Valley Hospital
PO Box 7001
Lancaster, CA 93539-7001

Children's Hospital Central Ca.
9300 Valley Children's Place
Madera, CA 93638-8763

Columbia Medical Center
PO Box 880123
Dallas, TX 753388-0123

Eliza Coffee Memorial Hospital
PO Box 41220
Phoenix, AZ 85080

Glendale Memorial Hospital
1420 S. Central Avenue
Glendale, CA 91204-2594

Henry May Newhall Memorial Hospital
PO Box 220069
Newhall, CA 91322

Hi-Desert Medical Center
6601 White Feather Road
Joshua Tree, CA 92252

LA County Harbor/UCLA Medical Center
PO Box 512659
Los Angeles, CA 90051

LAC-LAC/USC Medical Center
PO Box 514647
Los Angeles, CA 90051

Las Palmas Medical Center
PO Box 880125
Dallas, TX 75388-0125

Paradise Valley Hospital
Dept. #2322
Los Angeles, CA 90084-2322

Kaseman Presbyterian
PO Box 27888
Albuquerque, NM 87125-7888

Community Hospital of the Monterey
PO Box 39000/Dept 33290
San Francisco, CA 94139

Total Renal/Norwalk Dialysis, Inc.
PO Box 2076
Tacoma, WA 98401-2076

Douglas County EMS
8700 Hospital Drive
Douglasville, GA 30134

Flagstaff Medical Center/Guardian Air
PO Box 53325
Phoenix, AZ 85072-3312

Frank R. Howard Memorial
PO Box 8500
Ukiah, CA 95482

Hospital of Barstow, Inc.
PO Box 844809/Lockbox
Dallas, TX 75284-4809

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

486894v.1

Main Document Page 8 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

INW Post Fallow
1300 E. Mullan Avenue, Suite 120
Post Falls, ID 83854-6057

Timpanogos Regional Hospital
750 West 800 North
Orem, UT 84057

UCSD Medical Center
File 55663
Los Angeles, CA 90074

Aerowerks, Inc.
1150 Eighth Line Unit 16 ON
L6H 2R4 Canada

Alimed
PO Box 9135
Dedham, MA 02027-9135

Allied HealthCare Products
2543 Payshpere Circle
Chicago, IL 60674

Allstar Staffing
7040 Avenida Encinas, Suite 201
Carlsbad, CA 92011

APEX Healthcare Med Ctr Ort.
1225 E. Latham avenue,
Suite A
Hemet, CA 92543

API Software, Inc.
PO Box 270327
Hartford, WI 53027

Arthrocare Corp.
NW 5200 PO Box 1450
Minneapolis, MN 55485-1450

Baxter Healthcare Corp.
PO Box 730531
Dallas, TX 75373

Bearcom
PO Box 200600
Dallas, TX 75320-0600

Becton Dickinson & Co.
BD Supply Chain Scvs Dept LA
21445
Pasadena, CA 91185-1445

Bells Select
109 Denson Drive
Austin, TX 78752

Biodex Medical Systems
20 Ramsay Rd.
Shirley, NY 11967

Biomet, Inc.
75 Remittance Drive,
Suite 3283
Chicago, IL 3283

Blick Art Materials
6910 Eagle Way
Chicago, IL 60678

Boston Scientific (Namic Tec)
Church Street Station
PO Box 6793
New York NY 10249-6973

Boston Scientific Corporation
PO Box 512638
Los Angeles, CA 90051-0638

BWPO-DBA of Pathology
PO Box 414122
Boston, MA 02241-0001

Carl Zeiss Meditec, Inc.
Dept 1691
PO Box 61000
San Francisco, CA 94160-1691

Cerner Corp.
PO Box 412702
Kansas City, MO 64141-2702

Chevron, USA, Inc.
PO Box 70887
Charlotte, NC 28272-0887

City of Hope National Med Ctr
15500 East Duarte Road
Duarte, CA 91010-3000

Consultants for Pathology
31255 Cedar Valley Dr. #324
Westlake Village, CA 91362

Dade Behring, Inc.
PO Box 121102
Dallas, TX 75312-1102

DATEX-OHMEDA
PO Box 641936
Pittsburg, PA 15264-1936

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 9 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Day-Timers, Inc.
PO Box 27001
Lehigh Valley, PA 18002-7013

Diverse Media Inc.
PO Box 271255
Oklahoma City, OK 73137-1255

Express Pipe & Supply Co., Inc.
1235 S Lewis St.
Anaheim, CA 92805

Express Transportation System
PO Box 4009
Covina, CA 91723

Fire Safety Service, Inc.
PO Box 1404437
Garden Grove, ID 83714-0437

Fisher Healthcare
File 50129
Los Angeles, CA 90074-0129

GE Healthcare OEC
2984 Collections Center Dr.
Chicago, IL 60693

GE Healthcare Fin Svc. 6414
PO Box 641419
Pittsburg, PA 15264-1419

Geary Pacific Supply
File 55276
Los Angeles, CA 90074-5276

Genetic Disease Branch
Dept of Health Svcs Accounting Unit
NBS Box 186
Richmond, CA 94804

GYNEX Corporation
2789 152 ND Ave NE
Redmond, WA 98052-5558

Health Care Logistics, Inc.
Dept L-2412
Columbus, OH 43260-2412

Healthcare Inspirations
4225 Mason Ave
Sacramento, CA 98521

Healthcare Revenue Management GR
3075 East Imperial HWY #200
Brea, CA 92821

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002

Honeywell International, Inc.
12623 Collections Center Drive
Chicago, IL 60693

House of Portraits
1215 S. Buena Vista
Suite A
San Jacinto, CA 92583

Hull Anesthesia, Inc.
7521 Talbert Avenue
Huntington Beach, CA 92684

IDEARC
PO Box 619810
D/FW Airport, TX 75261-9810

I-Flow
Dept LA 22552
Pasadena, CA 91185-2552

Industrial and Commercial
24716 West Main St.
Barstow, CA 92310

Infolink Screening Services
9201 Oakdale Avenue,
Suite 100
Chatsworth, CA 91311

Institute of Business
748 Springdale Drive
Exton, PA 19341

Isotis Orthobiologics, Inc.
Dept CH 17690
Palatine, IL 60055-7690

J.A. Majors
PO Box 277930
Atlanta, GA 30384-7930

Joerns LLC
7027 Hayvenhurst Avenue
Van Nuys, CA 91406

Karl Storz Endoscopy-America
File #53514
Los Angeles, CA 90074-3514

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 10 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:07-bk-18293-PC |
| --- | --- |

Kelco Laundry Systems
580 Third Street
Suite A
Lake Elsinore, CA 92530

William M. Kelley, MD Inc.
44489 Town Center Way D540
Palm Desert, CA 92260

Kendall Healthcare Products
PO Box 120823
Dallas, TX 75312-0823

Kone, Inc.
1525 Third Street, Unit D
Riverside, CA 92507

Lab Safety Supply Box 5004
PO Box 5004
Janesville, WI 53547-5004

LABCORP 2140 America Holdings
PO Box 12140
Burlington, NC 27216

Land and Wheels
8700 W. Port Avenue
Milwaukee, WI 53224-3428

Lexi-Comp.
1100 Terex Road
Hudson, OH 44236-4438

LT Healthcare Audit Services
1057 E Imperial HWY,
Suite 136
Placentia, CA 92870

Marketlab Inc.
Dept 6054
PO Box 30516
Lansing, MI 48909-8016

Marotech, USA, Inc.
3780 Kilroy Airport Way,
Suite 200
Long Beach, CA 90806

Mayo Collaborative Serv, Inc.
PO Box 9146
Minneapolis, MN 55480 9146

Medical Staffing Network
PO Box 840416
Dallas, TX 75284-0416

Medical Staffing Network
1251 Payshpere Circle
Chicago, IL 60674

Mediscan Staffing
21050 Califa Avenue,
Suite 100
Woodland Hills, CA 91367

Medline Industries, Inc.
Dept. LA 21558
Pasadena, CA 91185-1558

Medovations
BIN 303
Milwaukee, WI 83288

Medstaff, Inc.
PO Box 404691
Atlanta, GA 30384-4691

Mercy Air Service, Inc.
PO Box 2532
Fontana, CA 92334-2532

Millennium Surgical Corp.
1622 Edinger Avenue,
Suite F
Tustin, CA 92780-6520

Nexus Integration Services
PO Box 512167
Los Angeles, CA 90051

North Coast Medical Inc.
18305 Sutter Blvd.
Morgan Hill, CA 95037-2842

OB Specialties, Inc.
1799 Northwood Court
Oakland, CA 94611-1167

Olympus America Inc.
Dept. 22161
Pasadena, CA 91185-2162

Ortho-Clinical Diagnostics
Log Box 11, File 74115
PO Box 6000
San Francisco, CA 94160

Pacetech
510 Garden Avenue North
Clearwater, FL 34615-4136

R.J. Carlson Co.
3601 Park Center Blvd., #310
Minneapolis, MN 55416

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1

Main Document Page 11 of 11

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

Renal Treatment Centers
PO Box 403008
Atlanta, GA 30384-3008

Southwest City Coach
PO Box 1692
Temecula, CA 92593

Spectrum Surgical Supply
4575 Hudson Drive
Stow, OH 44224

Sterimed Repair Corp.
Dept CH 19044
Palatine, IL 60055

Bhoodev Tiwari, MD
27830 Bradley Road
Sun City, CA 92586

Viasys Neurocare
88059 Expedite Way
Chicago, IL 60695

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**
486894v.1