CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

Attorneys for District
Valley Health System

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:07-bk-18293-PC |
| VALLEY HEALTH SYSTEM, a California Local Health Care District | Chapter 9 |
| Debtor, | **STATUS CONFERENCE** |
| | <u>Status Conference:</u> |
| | DATE: June 30, 2009 |
| | TIME: 1:30 p.m. |
| | PLACE: 3420 Twelfth Street |
| | Courtroom 304 |
| | Riverside, CA 92501-3819 |

       Valley Health System, a California Local Healthcare District and Debtor in the above-captioned chapter 9 case (the "District") submits the following Status Report in anticipation of the status conference in this matter scheduled for June 30, 2009 at 1:30 p.m. The Status Report is intended to update the most recent status report which was submitted to this Court on or about May 14, 2009.

488033v3

# I.

# SIGNIFICANT EVENTS CONCERNING BUSINESS OPERATIONS

**A.   Business Operations**

The District continues to operate its two remaining hospitals, Hemet Valley Medical Center ("HVMC") and Menifee Valley Medical Center ("MVMC"). Additionally, the District is utilizing the facility formerly used as a skilled nursing facility to operate a chemical dependency program and a post-treatment retreat center.

In its last status report, the District reported that for the first nine months of its current fiscal year (July 1, 2008 - June 30, 2009), the District had incurred losses from operations of approximately $5 million, and the District's operating loss for the month of March 2009 was approximately $800,000. The District's situation has improved slightly. For the month of April 2009, the District's total loss from operations was approximately $695,000. The District's year-to-date net loss is approximately $5.8 million, which is an improvement by $11.8 million over the same period of the prior year.

To advance the goal of restoring positive cash flow, the District's Board of Directors (the "Board") has directed management to formulate an aggressive "Management Action Plan" ("MAP") identifying further cost reductions, including more efficient resource utilization, and improved revenue enhancement strategies. For example, this MAP will include working with medical staff to address length of stay issues and clinical documentation. The MAP will be presented to the Board by the end of June 2009. HVMC and MVMC's Medical Executive Committees have made a firm commitment to work with management and the Board to collaboratively and efficiently implement the MAP.

**B.   Termination of the District's Relationship with Quorum Health Resources**

Effective May 31, 2009, the District terminated its agreement with Quorum Health Resources ("QHR"), which had been providing consulting and management services to the District since approximately October 2007. The District has entered into an agreement with QHR pursuant to which the District has settled all claims relating to the termination of QHR's services. At the same time, the District has obtained the agreement from QHR to continue to participate in QHR's group

procurement program, which will enable the District to continue to avail itself of group discounts in purchasing supplies and materials. The District also obtained from QHR its agreement to permit the District to continue to utilize the services of Fred Harder and John Renner as the District's CEO and CFO respectively. Those individuals will be providing their services as employees of the District and not through QHR.

**C.    The Creditors Committee's Request for Information Regarding a Sale Strategy**

At the last status conference, which took place on May 19, 2009, the Creditors Committee expressed its concern as to whether the District was properly focused on both its financial restructuring and a possible sale of the District's two remaining hospitals. At that time, counsel for the District explained to the Court that the District's board was, in fact, fully engaged in a review of all aspects of the District's financial restructuring, that the District's board understood the amount of time that would be needed to implement a sales strategy, including the necessity of scheduling an election, and that if the board determined that a sales strategy should be implemented, the board would implement such a strategy in sufficient time to avoid a liquidity emergency. Indeed, the Board receives daily cash reports, and regularly meets with the District's management on focused topics affecting operations, including clinical and personnel issues, audits and facilities management, and long-term strategy. For example, in May 2009, there were at least three meetings between medical staff, management, and the Board or a subset thereof.

Nonetheless, as a follow up, the District's counsel invited Committee counsel to have its financial advisors meet with the District's management and financial advisors to obtain whatever information the Committee needed concerning the District's operations, financial condition and projections. As far as the District knows, there has been no problem in the Committee's obtaining access to the District's management and financial information.

**D.    The Formation of an Ad Hoc Board Subcommittee**

At its meeting on May 27, 2009, the District's board formed an Ad Hoc Subcommittee, consisting of three board members who were given the responsibility of overseeing all aspects of the development and implementation of a financial restructuring plan for the District.

The Subcommittee is actively and fully engaged in the restructuring process and in regular and ongoing communications with the District's management and its financial and legal advisors.

The District recognizes the need to consider all of its alternatives, including a possible sale of its assets. However, a sale of its assets would require a vote of the electorate, and on the last occasion when a ballot measure proposing the sale of the District's assets was presented to the electorate, the measure was defeated. Accordingly, the District remains committed to developing a viable restructuring plan, which will provide for the District's hospitals to remain publicly owned and operated. However, in the event that such a restructuring cannot be achieved, the District will pursue all other alternatives necessary to protect the interests of its patients, employees, creditors, physicians and the public.

## II.

## PLAN NEGOTIATIONS

As discussed in the prior status report, the District, its bondholders and the Creditors Committee have not resumed plan negotiations since being temporarily suspended at the end of 2008. The District still intends to negotiate the terms of a plan of adjustment with its bondholders and Creditors Committee and hopes to file a plan of adjustment with their consent. However, because the District is continuing to lose money from operations, the District does not believe that it would make sense to file a plan until such time as its business has stabilized and it can reliably predict its future operations and show a positive cash flow.

The District also believes that it would not make sense for the Court to impose a deadline on the District to file a plan. Such a plan, if filed prematurely, would simply waste the resources of the District. Rather, the District believes that it should continue to attempt to restructure its business and provide its principal creditor constituencies with information to allow them to evaluate and monitor the District's progress in developing a viable and reliable business plan.

## III.

## ANALYSIS, EVALUATION AND OBJECTION TO CLAIMS

As reported in the May status report, the District has resolved a substantial portion of its disputed creditor claims with the following exceptions. The Debtor has objected to claims filed

by Dr. Kali P. Chaudhuri and a related entity known as KM Strategic Management, LLC which total $2,539,566. The District, KM Strategic Management and Dr. Chaudhuri have been working to resolve these objections consensually and are continuing to do so. The District's objections are presently set for hearing on July 6, 2009.

In addition, the District obtained an order extending the bar date for filing claims to July 10, 2009 for certain creditors who may not have been given notice of the original bar date. Since that deadline has not passed, the District does not know whether and to what extent there will be additional disputed claims that will need to be resolved.

## IV.

## DEVELOPMENTS WITH RESPECT TO LABOR ISSUES

In its last status report, the District provided a lengthy report concerning developments that have occurred with respect to its two labor unions, the SEIU and CNA.

On June 9, 2009, the District filed its motion entitled Notice Of Motion And Motion By Valley Health System For Order: (1) Approving Rejection Of Executory Contract With SEIU; (2) Confirming Interim Modifications To Agreements With SEIU And CNA; And (3) Confirming Post-Rejection And Post-Expiration Terms And Conditions Of Employment (the "Motion"). The hearing on the Motion is scheduled for June 30, 2009.

Subsequent to the filing of the Motion, the District and the SEIU reached a tentative settlement that may moot the Motion. Negotiators for the District and the SEIU agreed to the tentative settlement on June 11, 2009. A modified memorandum of understanding implementing the tentative settlement is now being finalized. This memorandum of understanding will be presented to the Board for consideration and approval at a special meeting on June 17, and the SEIU membership is scheduled to vote on ratification on or before June 19. If both approvals are obtained and other conditions are met, such as the withdrawal of matters pending before the Public Employment Relations Board, the Motion will be withdrawn.

488033v3

5

## V.

## LITIGATION WITH AETNA

On October 2, 2008, the District initiated adversary proceeding number 08-01386 against Aetna Health Management LLC and Aetna Health of California (together, "Aetna"), alleging that Aetna violated the automatic stay and breached its contract with the District by failing to pay $2,374,000 owed on account of services rendered after the District's petition date. On November 4, 2008, Aetna filed an answer, denying any liability to the District, and a counterclaim, seeking allowance of its claim and asserting a purported right of recoupment. On November 21, 2008, the District filed an answer to Aetna's counterclaim.

The District and Aetna have since filed a set of stipulated facts that will govern disposition of the limited issues raised by their adversary proceeding. The parties have filed simultaneous motions for summary judgment and responses, and a hearing will be held to resolve the cross motions on June 30, 2009.

Respectfully submitted,

Dated: June 16, 2009

STUTMAN, TREISTER & GLATT
GARY E. KLAUSNER
H. ALEXANDER FISCH

By: /s/ H. Alexander Fisch
   Attorneys for District
   VALLEY HEALTH SYSTEM

| In re:<br>Valley Health System, a California Local Health Care District,<br><br>                                                                                      Debtor(s). | CHAPTER 9<br><br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described Status Conference will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 16, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See attached list

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ. P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2009 | Therese A. Barron | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**

**VALLEY HEALTH SYSTEM**
5965 - Special Notice List
Revised 6/2/09
Doc. No. 483619v3

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Atty for Both: Menifee Valley Community
Medical Group & Hemet Community
Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E 3FL
Los Angeles, CA 90067-2904

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Attys for the Comm. of Unsec. Cr.
Sam Maizel, Esq./Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

Primeshares
60 Madison Ave., 2d Floor
New York, NY 10011-1600

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Valley Medical Staffing Inc.,
Michael B. Conley
3685 Mount Diablo Blvd. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Atty/ HRC Manor Care Inc.
F. Borges, G. Stebens, D. Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA 92660-2412

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st floor
Los Angeles, CA 90071

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave. Ste 1120
Miami, FL 33131-1605

Atty/ US Bank National Assn. as Trustee
W.P. Smith, N.F. Coco, M.W. Hughes, &
J.J. DeJonker
McDermott, Will Emery
227 West Monroe St. Ste. 5400
Chicago, IL 60606

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana #1800
Houston, TX 77002

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave. Ste 705
Pasadena, CA 91101

U.S. Bank National Association Corporate
Trust Services
Attn: Keith Marshall
633 West Fifth St. 24th Floor
Los Angeles, CA 90071

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd. Ste. 2200
Los Angeles, CA 90067