1  CHARLES D. AXELROD (STATE BAR NO. 39507)
   GARY E. KLAUSNER (STATE BAR NO. 69077)
2  H. ALEXANDER FISCH (STATE BAR NO. 223211)
3  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
4  1901 Avenue of the Stars
   12th Floor
5  Los Angeles, CA 90067
   Telephone: (310) 228-5600
6  Telecopy: (310) 228-5788
7
   Attorneys for District
8  Valley Health System

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a<br>California Local Health Care District<br><br>Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**SUPPLEMENTAL STATUS REPORT**<br><br>Status Conference:<br><br>DATE:   June 30, 2009<br>TIME:   1:30 p.m.<br>PLACE:  3420 Twelfth Street<br>         Courtroom 304<br>         Riverside, CA 92501-3819 |

Valley Health System, a California local healthcare district and debtor in the above-captioned chapter 9 case (the "District") submits this Supplemental Status Report to supplement the status report which was filed with this Court on or about June 16, 2009 ("Status Report").

#### Significant Developments with Respect to Labor Issues

On June 11, 2009, the District and SEIU-UHW ("SEIU") reached an agreement on several modifications to the Tentative Agreement signed by the parties in October 2006. That Tentative Agreement has been the subject of a number of court proceedings involving the District,

1

499817v2

SEIU and the California Public Employment Relations Board ("PERB"). As a result of the agreement which was reached between the parties on June 11, 2009, the District agreed to execute a Memorandum of Understanding ("MOU"), which is based upon the October 2006 Tentative Agreement and which reflects the modifications which were negotiated and agreed upon on June 11, 2009. The District's board of directors approved the MOU at its meeting on June 17, 2009 and the members of the SEIU ratified the MOU by voting, which took place on June 18-19, 2009. The parties are now in the process of formalizing and executing a new MOU. The term of the MOU will expire June 30, 2010.

Attached hereto as Exhibit A is a copy of a summary of the modifications to the Tentative Agreement which will be incorporated into the MOU. This summary also sets forth the estimated financial impact of the various modifications.

As a result of the settlement between the SEIU and the District, all of the pending and threatened litigation between the District and the SEIU will be terminated. In particular: (1) the SEIU has agreed to withdraw substantially all of the proofs of claim filed in the District's chapter 9 case, (2) the SEIU has agreed to withdraw the unfair labor practice charges that had been filed with PERB and to obtain a dismissal of the two complaints initiated by PERB against the District, which were based on the SEIU's unfair labor practice charges; (3) the District will dismiss the adversary proceeding which the District filed in the bankruptcy court and which is currently pending before the district court; and (4) the District will withdraw the motion ("Rejection Motion"), as it pertains to the SEIU, which it filed on June 9, 2009 in which it sought, <u>inter alia</u>, rejection of any prepetition collective bargaining agreement with the SEIU and certain other relief.[1]

**Significant Developments with Respect to Restructuring Alternatives**

As discussed in the Status Report, the District's Board of Directors has formed an <u>ad hoc</u> committee to take the lead in evaluating all aspects of the District's business operations and financial affairs and to oversee the development and implementation of a restructuring plan, which

---

[1] The District has agreed to continue the hearing on the Rejection Motion as it pertains to the SEIU for a period of approximately 30 days while the parties implement their settlement. The District is currently discussing a continuance with CNA, the other party against which relief has been sought in the Rejection Motion.

499817v2

1 would allow the District to continue to operate its two hospitals. The <u>ad hoc</u> committee's role will
2 not be limited only to developing an operating plan. Rather, as has been emphasized by both the
3 Creditors Committee and the Bondholders in their respective Responses to the District's Status
4 Report, the District understands the need also to consider all strategic options including the
5 development of a plan for the sale or lease of the District's hospitals so that such a plan could be
6 implemented in a timely fashion. The <u>ad hoc</u> committee, with the assistance of the District's
7 management and outside financial and legal advisors, is in the process of developing a strategy for a
8 sale or lease process which will necessarily include considerations of timing, legal, financial and
9 regulatory requirements as well as community interests. The District expects to be in a position to
10 provide further detail concerning the implementation of a "dual track" process at the time of the
11 Status Conference.

13 Dated: June 26, 2009

GARY E. KLAUSNER
STUTMAN, TREISTER & GLATT
Attorney for District
VALLEY HEALTH SYSTEM

# *EXHIBIT A*

## Summary of Modifications to Tentative Agreement
## Between Valley Health System and SEIU-UHW

*On June 11, 2009, VHS and SEIU-UHW reached an agreement on several modifications to the Tentative Agreement signed by the parties in October 2006. The document submitted for your approval, which is summarized below, contains all of the relevant amendments and comprises the complete Memorandum of Understanding between VHS and SEIU-UHW.*

1. **Conversion of 1.0 FTE 12-hour employees to 0.9 FTE:**
   - Amending the definition of "full-time employee" to include all employees budgeted and regularly scheduled for 72 or more hours per pay period; and amending the definition of "regular part-time employees" to include employees regularly scheduled for fewer than 72 hours per pay period, but at least 40 hours per pay period.
   - Reducing 1.0 FTE 12-hour employees to 0.9 FTE and scheduling them 3 shifts per week.
   - ***Anticipated Savings: $165,000 in wages for FY 2009/2010***

2. **Wages**
   - Eliminating reference to the wage scales negotiated in 2006 which may have resulted in increases of 3-10% in 2008 and 2009.
   - Incorporating the wage adjustments adopted by the Board in July 2008;
   - Agreeing to a re-opener on wages ninety (90) days following the effective date of the Plan of Adjustment confirmed by the Bankruptcy Court.
   - ***Anticipated Savings: $5.4 million ($3.7 million in base wages that may have been required for FY 2009/10 under October 2006 TA; and $1.7 million in base wages that may have been required for FY 2008/09 under October 2006 TA)***

3. **Longevity Pay**
   - Eliminating longevity bonuses
   - ***Anticipated Savings: $87,000 for FY 2009/10***

4. **Holidays & PTO**
   - Converting Holiday Hours (64/year) to the annual PTO accrual rates for full-time employees
   - Clarifying that premium pay for working holidays is provided only to regular, benefited employees.
   - Clarifying that PTO is only applicable to regular, benefited employees.
   - Establishing internal consistency for notice of intended absence (2 hours) throughout MOU
   - ***Anticipated Savings: No actual savings expected. Benefit to VHS is spreading cost of benefit across all 26 pay periods each year.***

5. **Weekend Scheduling**
   - Limiting the reduced weekend scheduling obligation for employees with between 16 and 20 years of service to those employees who reached that threshold by April 10, 2009
   - ***Anticipated Savings: Unknown; however requiring more staff to work weekends will potentially result in reduction in overtime costs.***

6. **Flexible Benefit Plan**
   - Re-titling the Article to "Benefits"
   - Incorporating the Employer Contribution rates for Health & Dental Insurance adopted by the Board in July 2008 (effective September 1, 2008);

- o Incorporating the Employer Contribution rates for Health & Dental Insurance adopted by the Board in April 2009 (effective July 1, 2009)
- o **Anticipated Savings: $1,019,000 ($445,000 for FY 2008/09; $574,000 for FY 2009/10 that was required under October 2006 TA)**

### 7. Training & Upgrade Fund
- o Eliminating reference to the SEIU-UHW & Joint Employer Education Trust Fund
- o **Anticipated Savings: $64,000 for FY 2009/10; and elimination of potential liability for similar amounts not paid FY 2008/09**

### 8. Retirement
- o Eliminating the Retirement Article
- o **Anticipated Savings: Approximately $200,000 in potential liability for not having made payments in 2006 and 2007.**

*In addition to the foregoing modifications to the TA, other elements of the agreement are as follows:*

### 1. PERB Charges
- o UHW agrees to withdraw all PERB charges, namely, Nos. LA-CE 313, 317, 459, 479, and 488-M.

### 2. Pre-petition Claims
- o UHW agrees to withdraw all of its pre-petition claims <u>except</u> for the claim based on a grievance known as C.S.M.C.S. Case # ARB-07-0338 (Wrongful Suspension Without Pay – Trockel).

### 3. Bankruptcy-Related Motions/Proceedings
- o The District's motions noticed for hearing June 30 in bankruptcy court shall be withdrawn, with respect to UHW
- o In the event that the District's Board of Directors on Wednesday June 17 fails to approve settlement of the motion set for hearing June 30, 2009 in bankruptcy court respecting UHW, then the UHW shall have until Monday June 22 to file an opposition to that motion.
- o The bankruptcy adversary proceeding withdrawn to federal district court shall be dismissed.

### 4. Execution of MOU
- o The District will execute the CBA containing the terms and conditions agreed to by the Union in bargaining on June 11, 2009.

### 5. Ratification
- o UHW will proceed to seek a ratification vote, which it plans to set for Thursday and Friday (June 18 & 19, 2009).

### 6. Cooperation
- o The District and UHW will cooperate and do all things necessary to accomplish the foregoing.

| In re: | | CHAPTER 11 |
|---|---|---|
| VALLEY HEALTH SYSTEM, a California Local Health Care District | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The following documents described as **Supplemental Status Report** were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below on June 26, 2009:

>The Honorable Peter Carroll
>USBC - Central District of CA
>3420 Twelfth Street
>Courtroom No. 304
>Riverside, CA 92501-3819

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 26, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 26, 2009 | Joanne B. Stern | /s/ Joanne B. Stern |
|---|---|---|
| Date | Type Name | Signature |

7

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                    F 9013-3.1

| In re: | | CHAPTER 11 |
|---|---|---|
| VALLEY HEALTH SYSTEM, a California Local Health Care District | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Terri H Andersen    terri.andersen@usdoj.gov
- Kathryn M Barnes    kbarnes@thelen.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Michael E Busch    michael.busch@fnf.com
- Traci L Cotton    tcotton@utsystem.edu
- Melissa Davis    mdavis@shbllp.com
- Timothy J Farris    timothy.j.farris@usdoj.gov
- H Alexander Fisch    afisch@stutman.com
- Roger F Friedman    rfriedman@rutan.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com
- Q Scott Kaye    qskaye@mwe.com
- John W Kim    jkim@nossaman.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Jean LeBlanc    jleblanc@mwe.com
- Dana N Levitt    dlevitt@mwe.com, WSmith@mwe.com
- Michael S Lurey    michael.lurey@lw.com, colleen.rico@lw.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Uzzi O Raanan    uor@dgdk.com
- Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Christopher O Rivas    crivas@reedsmith.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com
- Adam M Starr    starra@gtlaw.com
- Jason D Strabo    jstrabo@mwe.com, briley@mwe.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com
- David M Wiseblood    dwiseblood@seyfarth.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9013-3.1

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 6/2/09
Doc. No. 483619v3

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty for Both: Menifee Valley Community Medical
Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Primeshares
60 Madison Ave., 2d Floor
New York, NY 10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E 3FL
Los Angeles, CA 90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Atty/ Valley Medical Staffing Inc.,
Michael B. Conley
3685 Mount Diablo Blvd. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ HRC Manor Care Inc.
Fredrick Borges, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA  92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave. Ste 1120
Miami, FL 33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave. Ste 705
Pasadena, CA 91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes,
& Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St. Ste. 5400
Chicago, IL 60606

U.S. Bank National Association Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St. 24th Floor
Los Angeles, CA 90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st floor
Los Angeles, CA 90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana #1800
Houston, TX 77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd. Ste. 2200
Los Angeles, CA 90067

10

VHS v. SEIU Service List
478045v2
Revised 11/19/08
Doc. No. 478045

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West
& Local 121
560 Thomas L. Berkley Way
Oakland, CA  94614

Sean McKee
Regional Counsel
Public Employment Relations Board
3530 Wilshire Blvd., #1435
Los Angeles, CA  90010-2334

California Nurses Association
425 West Broadway - #111
Glendale, CA 91204

Best, Best & Krieger:
Attn: William Floyd, Esq.
3750 University Avenue
Riverside, CA 92501

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West
& Local 121
5480 Ferguson Drive
Commerce, CA  90022

California Nurses Association
Michael Lighty, Registered Agent
2000 Franklin St
Oakland, CA 94612

Registered Agent for Defendant
SEIU – United Healthcare Workers West
Attn:  Mary Ruth Gross
560 Thomas L. Berkeley
Oakland, CA  94612

Tami R. Bogert
General Counsel
Public Employment Relations Board
1031 18th Street
Sacramento, CA  95811-4124

Pam Allen
CNA/NNOC Legal Department
2000 Franklin Street
Oakland, CA 94612

Attys for United Healthworkers West
Weinberg, Roger & Rosenfeld
Attn: Christian L. Raisner, Esq.
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091