CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

Chapter 9 Counsel for
Valley Health System

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District<br><br>Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**STIPULATION BETWEEN VALLEY HEALTH SYSTEM AND SEIU-UNITED HEALTHCARE WORKERS WEST REGARDING CLAIM NUMBER 179**<br><br>No Hearing Required |

This stipulation ("Stipulation") regarding the claim asserted by SEIU-United Healthcare Workers West ("SEIU"), designated by the Court's registry of claims as claim number 179, is entered into between the District, on the one hand, and SEIU, on the other, and is based on the following facts:

RECITALS

A. On December 13, 2007 (the "Petition Date"), the District filed a petition for relief (the "Petition") under chapter 9 of title 11 of the United States Code. On February 20, 2008, the United States Bankruptcy Court for the Central District of California – Riverside Division (the "Court") entered an order for relief on the District's Petition.

B. On or about August 22, 2008, SEIU filed the aforementioned proof of claim number 179 asserting an unsecured claim against the District entitled to priority under 11 U.S.C. § 507(a)(1), (a)(2) & (a)(5), and certain other doctrines set forth in an addendum to the proof of claim, in an amount of "more than $3,000,000.00" (the "Claim").

C. The District and SEIU have agreed upon the terms of a new memorandum of understanding (the "MOU"), which was ratified by the District's board of directors on June 17, 2009 and by the SEIU's members on June 20, 2009 and executed by representatives of the parties. The MOU replaces all prepetition agreements between the District and SEIU, which were the subject of the District's rejection motion that was to be heard on June 30, 2009 (the "Rejection Motion"). The Rejection Motion will be withdrawn as to SEIU when this Stipulation is approved by the Bankruptcy Court and all other terms and conditions of the settlement of the Rejection Motion have been satisfied.

D. As a condition to the entry into the MOU, the parties have agreed to cooperate in causing the withdrawal or dismissal of various claims pending before the Public Employment Relations Board, the United States District Court for the Central District of California, and this Court, including the Claim, except to the extent that the Claim asserts an unliquidated, unsecured, non-priority claim for the grievance identified as "C.S.M.C.S. Case # ARB-07-0338 (Wrongful Suspension Without Pay – Trockel)" (the "Trockel Grievance"). *See* Claim No. 179 at 3, ¶ 5(f)(1).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this Stipulation, through the undersigned, that:

1. SEIU hereby withdraws the Claim, except for the Trockel Grievance, which is not withdrawn.

2. Upon approval of this Stipulation by the Court, the Claim, other than the Trockel Grievance, shall be deemed disallowed in its entirety, and the SEIU waives its rights under 11 U.S.C. § 502(j) and Federal Rule of Bankruptcy Procedure 3008 to seek reconsideration concerning the disallowance of the Claim.

3. SEIU hereby represents that (i) SEIU does not assert and will not assert the Claim or any part of the Claim against the District, except for the Trockel Grievance; (ii) SEIU has not assigned, pledged, hypothecated, or otherwise encumbered the Claim, and (iii) SEIU has full power and authority to settle, limit, withdraw, or otherwise control the Claim against the District.

4. Except as otherwise specifically provided for herein or in any future plan of adjustment, nothing contained in this Stipulation shall create any rights, remedies, or defenses in favor of any party in interest that is not a party to this Stipulation. In particular, the District reserves all rights with respect to the proof of claim filed by the SEIU-United Healthcare Workers & Joint Employer Education Fund, which is designated as claim number 133 in the Court's registry of claims.

5. The Court shall retain exclusive jurisdiction and enforce the terms of this Stipulation.

6. This Stipulation shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto, and the approval of the Court.

7. This Stipulation is the entire agreement between the parties in respect of the subject matter hereof.

8. This Stipulation may be signed in counterparts which, when taken as a whole, shall constitute one and the same document.

9. This Stipulation is effective immediately.

**IT IS SO STIPULATED.**

Dated: July 29, 2009

H. ALEXANDER FISCH, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for the District

Dated: July 29, 2009

CHRISTIAN L. RAISNER, a Member of
WEINGERG, ROGER & ROSENFELD
PROFESSIONAL CORPORATION
Attorneys for the SEIU and Education Fund

| In re: Valley Health System Debtor(s). | CHAPTER 9 CASE NUMBER: 6:07-bk-18293-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Stutman, Treister & Glatt, Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013**

The foregoing document described **STIPULATION BETWEEN VALLEY HEALTH SYSTEM AND SEIU-UNITED HEALTHCARE WORKERS WEST REGARDING CLAIM NUMBER 179** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General** Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 29, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On **July 29, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/29/2009 | Cheryl R. Woods | *Cheryl R. Woods* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Valley Health System<br><br>Debtor(s). | CHAPTER 9<br><br>CASE NUMBER: 6:07-bk-18293-PC |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

- Andrew K Alper aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Terri H Andersen terri.andersen@usdoj.gov
- Kathryn M Barnes kbarnes@thelen.com
- Mark Bradshaw mbradshaw@shbllp.com
- Michael E Busch michael.busch@fnf.com
- Traci L Cotton tcotton@utsystem.edu
- Melissa Davis mdavis@shbllp.com
- Timothy J Farris timothy.j.farris@usdoj.gov
- H Alexander Fisch afisch@stutman.com
- Roger F Friedman rfriedman@rutan.com
- Mark S Horoupian mhoroupian@sulmeyerlaw.com
- Allan H Ickowitz aickowitz@nossaman.com
- Jeffrey L Kandel jkandel@pszjlaw.com
- Sheri Kanesaka sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com
- Q Scott Kaye qskaye@mwe.com
- John W Kim jkim@nossaman.com
- Stuart I Koenig Skoenig@cmkllp.com
- Jean LeBlanc jleblanc@mwe.com
- Dana N Levitt dlevitt@mwe.com, WSmith@mwe.com
- Michael S Lurey michael.lurey@lw.com, colleen.rico@lw.com
- Samuel R Maizel smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David J Mccarty dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Uzzi O Raanan uor@dgdk.com
- Christian L Raisner bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Christopher O Rivas crivas@reedsmith.com
- Stephanie M Seidl sseidl@sheppardmullin.com
- Leonard M Shulman lshulman@shbllp.com
- Gerald N Sims jerrys@psdslaw.com
- Adam M Starr starra@gtlaw.com
- Jason D Strabo jstrabo@mwe.com, briley@mwe.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Wayne R Terry wterry@hemar-rousso.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez avaldez@fulbright.com
- David M Wiseblood dwiseblood@seyfarth.com

| In re: Valley Health System<br><br>Debtor(s). | CHAPTER 9<br><br>CASE NUMBER: 6:07-bk-18293-PC |
|---|---|

## II. SERVED BY U.S. MAIL

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 6/2/09
Doc. No. 483619v3

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty for Both: Menifee Valley Community Medical Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Primeshares
60 Madison Ave., 2d Floor
New York, NY 10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

| In re: Valley Health System Debtor(s). | CHAPTER 9<br>CASE NUMBER: 6:07-bk-18293-PC |
|---|---|

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E 3FL
Los Angeles, CA 90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Atty/ Valley Medical Staffing Inc.,
Michael B. Conley
3685 Mount Diablo Blvd. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ HRC Manor Care Inc.
Fredrick Borges, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA 92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave. Ste 1120
Miami, FL 33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave. Ste 705
Pasadena, CA 91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St. Ste. 5400
Chicago,IL 60606

U.S. Bank National Association
Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St. 24th Floor
Los Angeles, CA 90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st floor
Los Angeles, CA 90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana #1800
Houston, TX 77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd. Ste. 2200
Los Angeles, CA 90067

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
560 Thomas L. Berkley Way
Oakland, CA 94614

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
5480 Ferguson Drive
Commerce, CA 90022

Attys for United Healthworkers West*
Weinberg, Roger & Rosenfeld
Attn: Christian L. Raisner, Esq.
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

Registered Agent for Defendant
SEIU – United Healthcare Workers West
Attn: Mary Ruth Gross
560 Thomas L. Berkeley
Oakland, CA 94612