CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

Chapter 9 Counsel for
Valley Health System

FILED & ENTERED

AUG 04 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District<br><br>Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**ORDER APPROVING STIPULATION BETWEEN VALLEY HEALTH SYSTEM, AND SEIU-UNITED HEALTHCARE WORKERS WEST REGARDING CLAIM NUMBER 179** |

On December 13, 2007, Valley Health System (the "District") filed a petition under chapter 9 of title 11 of the United States Code. On February 20, 2008, an order for relief was entered on the District's petition.

On or about August 22, 2008, SEIU-United Healthcare Workers West ("SEIU") filed a proof of claim, designated as claim number 179 in the Court's registry of claims, asserting an unsecured claim against the District entitled to priority under 11 U.S.C.

§ 507(a)(1), (a)(2) & (a)(5), and certain other doctrines set forth in an addendum to the proof of claim, in an amount of "more than $3,000,000.00" (the " Claim").

By the "Stipulation Between Valley Health System, And SEIU-United Healthcare Workers West Regarding Claim Number 179," filed July __, 2009 (the "Stipulation"), SEIU has agreed to withdraw the Claim, except to the extent that the Claim asserts an unliquidated, unsecured, non-priority claim for the grievance identified as "C.S.M.C.S. Case # ARB-07-0338 (Wrongful Suspension Without Pay – Trockel)" (the "Trockel Grievance"). *See* Claim No. 179 at 3, ¶ 5(f)(1).

Having read and considered the Stipulation, and good cause appearing for approval thereof,

**IT IS HEREBY ORDERED** that:

1. the Stipulation is hereby approved; and

2 the Claim, other than the Trockel Grievance, is hereby deemed withdrawn with prejudice as contemplated by paragraph 1 of the Stipulation and disallowed as contemplated by paragraph 2 of the Stipulation.

# # #

DATED: August 4, 2009

United States Bankruptcy Judge

Presented by:

/s/ H. Alexander Fisch

CHARLES D. AXELROD
GARY E. KLAUSNER
H. ALEXANDER FISCH
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

Chapter 9 Counsel for Valley Health System

| In re: VALLEY HEALTH SYSTEM, Debtor(s). | CHAPTER 9 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described **[Proposed] ORDER APPROVING STIPULATION BETWEEN VALLEY HEALTH SYSTEM, AND SEIU-UNITED HEALTHCARE WORKERS WEST REGARDING CLAIM NUMBER 179** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

None.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On February 20, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/29/2009 | Cheryl R. Woods | /s/ Cheryl R. Woods |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: VALLEY HEALTH SYSTEM, Debtor(s). | CHAPTER 9<br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

**SERVICE BY U.S. MAIL**

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 6/2/09
Doc. No. 483619v3

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Registered Agent for Defendant
SEIU – United Healthcare
Workers West
Attn: Mary Ruth Gross
560 Thomas L. Berkeley
Oakland, CA 94612

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local
121
560 Thomas L. Berkley Way
Oakland, CA 94614

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local
121
5480 Ferguson Drive
Commerce, CA 90022

Attys for United Healthworkers
West*****
Weinberg, Roger & Rosenfeld
Attn: Christian L. Raisner, Esq.
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

| In re: VALLEY HEALTH SYSTEM, Debtor(s). | CHAPTER 9<br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION BETWEEN VALLEY HEALTH SYSTEM AND HOSPITAL ASSOCIATION OF SOUTHERN CALIFORNIA REGARDING CLAIM NUMBER 166** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 20, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See following page.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

See following page.

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re: VALLEY HEALTH SYSTEM, Debtor(s). | CHAPTER 9 CASE NUMBER 6:07-bk-18293-PC |
|---|---|

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Andrew K Alper aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Terri H Andersen terri.andersen@usdoj.gov
- Kathryn M Barnes kbarnes@thelen.com
- Mark Bradshaw mbradshaw@shbllp.com
- Michael E Busch michael.busch@fnf.com
- Traci L Cotton tcotton@utsystem.edu
- Melissa Davis mdavis@shbllp.com
- Timothy J Farris timothy.j.farris@usdoj.gov
- H Alexander Fisch afisch@stutman.com
- Roger F Friedman rfriedman@rutan.com
- Mark S Horoupian mhoroupian@sulmeyerlaw.com
- Allan H Ickowitz aickowitz@nossaman.com
- Jeffrey L Kandel jkandel@pszjlaw.com
- Sheri Kanesaka sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com
- Q Scott Kaye qskaye@mwe.com
- John W Kim jkim@nossaman.com
- Stuart I Koenig Skoenig@cmkllp.com
- Jean LeBlanc jleblanc@mwe.com
- Dana N Levitt dlevitt@mwe.com, WSmith@mwe.com
- Michael S Lurey michael.lurey@lw.com, colleen.rico@lw.com
- Samuel R Maizel smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David J Mccarty dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Uzzi O Raanan uor@dgdk.com
- Christian L Raisner bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Christopher O Rivas crivas@reedsmith.com
- Stephanie M Seidl sseidl@sheppardmullin.com
- Leonard M Shulman lshulman@shbllp.com
- Gerald N Sims jerrys@psdslaw.com
- Adam M Starr starra@gtlaw.com
- Jason D Strabo jstrabo@mwe.com, briley@mwe.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Wayne R Terry wterry@hemar-rousso.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez avaldez@fulbright.com
- David M Wiseblood dwiseblood@seyfarth.com

| In re: VALLEY HEALTH SYSTEM, Debtor(s). | CHAPTER 9<br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

**SERVICE BY THE COURT/BNC**

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
560 Thomas L. Berkley Way
Oakland, CA 94614

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
5480 Ferguson Drive
Commerce, CA 90022

Attys for United Healthworkers West*
Weinberg, Roger & Rosenfeld
Attn: Christian L. Raisner, Esq.
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

Registered Agent for Defendant
SEIU – United Healthcare Workers West
Attn: Mary Ruth Gross
560 Thomas L. Berkeley
Oakland, CA 94612

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543