1  CHARLES D. AXELROD (STATE BAR NO. 39507)
   GARY E. KLAUSNER (STATE BAR NO. 69077)
2  H. ALEXANDER FISCH (STATE BAR NO. 223211)
   STUTMAN, TREISTER & GLATT
3  PROFESSIONAL CORPORATION
   1901 Avenue of the Stars
4  12th Floor
   Los Angeles, CA 90067
5  Telephone:  (310) 228-5600
   Telecopy:  (310) 228-5788
6

7  Attorneys for District
   Valley Health System
8

9

10                  UNITED STATES BANKRUPTCY COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                         RIVERSIDE DIVISION

13  In re                              )  Case No. 6:07-bk-18293-PC
                                       )
14  VALLEY HEALTH SYSTEM, a California  )  Chapter 9
    Local Health Care District         )
15                                     )  **STATUS CONFERENCE REPORT**
                                       )
16              Debtor,                 )  Status Conference:
                                       )
17                                     )  DATE:    August 18, 2009
                                       )  TIME:    9:30 a.m.
18                                     )  PLACE:   3420 Twelfth Street
                                       )           Courtroom 304
19                                     )           Riverside, CA 92501-3819
                                       )
20  _____)

21

22          Valley Health System, a California Local Healthcare District and Debtor in the

23  above-captioned chapter 9 case (the "District"), submits the following Status Conference Report in

24  anticipation of the Status Conference in this matter scheduled for August 18, 2009 at 9:30 a.m.

25          The District continues to operate its two remaining hospitals, Hemet Valley Medical

26  Center ("HVMC") and Menifee Valley Medical Center ("MVMC").

27

28

529451v1

1     The following significant events have occurred since the last Status Report was filed

2 in this matter:

3     **1. <u>Labor Peace Attained.</u>**

4     The settlement with the SEIU referred to in the last Status Report has now matured

5 into a new MOU which has been approved by the District's Board and ratified by the SEIU's

6 membership and executed by all parties.  Pursuant to that settlement, the proofs of claim filed by the

7 SEIU in the District's chapter 9 case for over $3 million, much of which was alleged to be entitled to

8 priority status, have been withdrawn, and various SEIU-oriented proceedings before the PERB, the

9 bankruptcy court and the district court have been or are in the process of being dismissed.

10    The District has also negotiated a new MOU with CNA which has been approved by

11 the District's Board and ratified by CNA's membership.

12    The execution of the new MOUs achieved substantial monetary and operational

13 savings for the District.  The estimated savings to the District from modifications to the 2006

14 tentative agreement with the SEIU alone are over $4 million.  In addition, further costs, in both

15 management's time and legal fees that had been associated with dealing with the labor controversies,

16 will be avoided.

17    **2. <u>Possible Settlement With Aetna Achieved.</u>**

18    There is a reasonable prospect that the September 8, 2009 hearing on the cross

19 motions for summary judgment in the Aetna litigation referred to in the District's last Status Report

20 will be unnecessary as the parties appear to be on the verge of reaching a settlement.  The District is

21 presently reviewing certain claims that were reserved in the cross motions for summary judgment

22 that Aetna seeks to resolve in connection with the potential settlement.  The potential settlement

23 would result in the monies in dispute being partially paid to the District and partially retained by

24 Aetna and in the allowance of certain of Aetna's claims.

25    **3. <u>Improved Operating Results, Consistent With Plan.</u>**

26    The District's operating loss for June 2009 of $495,000 was consistent with the

27 District's projections and supports the proposition that the District has a plan in place to which it can

28 perform.

1    For the fiscal year ended June 30, 2009, the District's net loss, subject to customary

2 audit adjustments, if any, was approximately $7.5 million compared with a net loss of approximately

3 $17.8 million for the prior fiscal year, also subject to adjustment.

4    Since the last Status Report, the District implemented a reduction in work force which

5 management estimates will result in an annual expense reduction of over $4 million.

6    **4. Improved Cash Position; No Liquidity Crisis.**

7    At the time of the last Status Conference on June 30, 2009, the District had

8 approximately $11.8 million on hand.

9    The budget for the District's next fiscal year ending June 30, 2010, anticipates that the

10 District will break even from operations and that its cash position at fiscal year end will be

11 approximately $12.4 million.  Accordingly, the District is not facing a liquidity crisis.

12    **5. Retention of The Peira Group and Related Activities.**

13    To assist both the Ad Hoc Committee, the formation of which was referred to in the

14 District's last Status Report, and the entire Board, The Peira Group ("TPG") has been retained to: (a)

15 vet operational results as well as planning and budgeting functions; (b) help assure that all possible

16 solutions by which the District's financial problems might be solved are explored; (c) assist in

17 creating the key parameters of a divestiture transaction that would not only pay the District's

18 creditors but also better assure that the need for hospital services in the communities serviced by the

19 District are met and (d) interface with and vet prospective purchasers.

20    TPG has been actively involved in all of these tasks and has been meeting with and

21 reporting to the Ad Hoc Committee and Board on a regular basis.  TPG has also been meeting and

22 conducting due diligence with PHH, discussed below.

23    **6. Exclusive Agreement with Physicians for Healthy Hospitals ("PHH").**

24    PHH, an entity organized in Delaware and involving many of the key physicians

25 practicing in the District, expressed an interest in acquiring the District's operating assets.  TPG has

26 met several times with leaders and representatives of PHH to better assure that PHH: (a) understands

27 the divestiture parameters established initially at the Ad Hoc Committee level; (b) will have the

28 operational and financial expertise and wherewithal, either internally or by taking in one or more

529451v1

1  strategic and/or financial partners, to consummate acquisition; and (c) will operate, post closing, the

2  operating assets purchased from the District in a manner consistent with the District's mission

3  statement.

4         The Board of the District approved an agreement under which the District will

5  exclusively deal with PHH for 90 days in connection with the potential sale of the District's

6  operating assets.  PHH has delivered a $1 million refundable deposit pursuant to the terms of the

7  agreement, and has agreed to a timeline by which it will conduct its due diligence and complete

8  other tasks.

9       **7. <ins>Interfacing With Bondholders' and Creditors' Representatives.</ins>**

10         The District has endeavored to keep the representatives of its key creditor

11  constituencies informed and involved in the dual track approach adopted by the District's Board.

12  This is best reflected in the notice that the Bondholders were not setting a hearing on a motion to

13  dismiss and/or for adequate protection on August 18, 2009.  This is not to imply that all bondholder

14  concerns have been permanently alleviated and does not assure that the bondholders might not at

15  some future time regard it as necessary to begin contested matters against the District.  However, at

16  present, counsel to the bondholders and the District are continually engaged in negotiations and

17  discussions aimed at reaching a consensual resolution of any lingering concerns of the bondholders.

18         Representatives of the District met with the financial advisors of the bondholders and

19  Unsecured Creditors Committee to go over the budget for the fiscal year ending June 30, 2010.

20  Counsel to the District and the Unsecured Creditors Committee have engaged in a dialogue to

21  establish the parameters of such meeting, if any, as is still needed between a subcommittee of the

22  Creditors Committee and the Ad Hoc Committee of the Board.

23                     Respectfully submitted,

24  Dated: August 5, 2009       STUTMAN, TREISTER & GLATT

25                     GARY E. KLAUSNER
                   H. ALEXANDER FISCH

26

27                     By: <ins>/s/ H. Alexander Fisch</ins>
                     Attorneys for District

28                       VALLEY HEALTH SYSTEM

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER:  6:07-bk-18293-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **Stutman, Treister & Glatt, Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013**

The foregoing document described **STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 6, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL (indicate method for each person or entity served):**
On **August 6, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/6/2009 | Cheryl R. Woods | *Cheryl R. Woods* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
529569v1

**F 9013-3.1**

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

- Andrew K Alper aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Terri H Andersen terri.andersen@usdoj.gov
- Kathryn M Barnes kbarnes@thelen.com
- Mark Bradshaw mbradshaw@shbllp.com
- Michael E Busch michael.busch@fnf.com
- Traci L Cotton tcotton@utsystem.edu
- Melissa Davis mdavis@shbllp.com
- Timothy J Farris timothy.j.farris@usdoj.gov
- H Alexander Fisch afisch@stutman.com
- Roger F Friedman rfriedman@rutan.com
- Mark S Horoupian mhoroupian@sulmeyerlaw.com
- Allan H Ickowitz aickowitz@nossaman.com
- Jeffrey L Kandel jkandel@pszjlaw.com
- Sheri Kanesaka sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com
- Q Scott Kaye qskaye@mwe.com
- John W Kim jkim@nossaman.com
- Stuart I Koenig Skoenig@cmkllp.com
- Jean LeBlanc jleblanc@mwe.com
- Dana N Levitt dlevitt@mwe.com, WSmith@mwe.com
- Michael S Lurey michael.lurey@lw.com, colleen.rico@lw.com
- Samuel R Maizel smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David J Mccarty dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Uzzi O Raanan uor@dgdk.com
- Christian L Raisner bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Christopher O Rivas crivas@reedsmith.com
- Stephanie M Seidl sseidl@sheppardmullin.com
- Leonard M Shulman lshulman@shbllp.com
- Gerald N Sims jerrys@psdslaw.com
- Adam M Starr starra@gtlaw.com
- Jason D Strabo jstrabo@mwe.com, briley@mwe.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Wayne R Terry wterry@hemar-rousso.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez avaldez@fulbright.com
- David M Wiseblood dwiseblood@seyfarth.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
529569v1                                                                F 9013-3.1

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

## II. SERVED BY U.S. MAIL

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 6/2/09
Doc. No. 483619v3

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Attys for the Committee of Unsecured
Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty for Both: Menifee Valley Community Medical
Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Primeshares
60 Madison Ave., 2d Floor
New York, NY 10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
529569v1

**F 9013-3.1**

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA  30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA  90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA  92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E 3FL
Los Angeles, CA 90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Atty/ Valley Medical Staffing Inc.,
Michael B. Conley
3685 Mount Diablo Blvd. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ HRC Manor Care Inc.
Fredrick Borges, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA  92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave. Ste 1120
Miami, FL 33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave. Ste 705
Pasadena, CA 91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W.
Hughes, & Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St. Ste. 5400
Chicago,IL 60606

U.S. Bank National Association
Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St. 24th Floor
Los Angeles, CA 90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st floor
Los Angeles, CA 90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana #1800
Houston, TX 77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd. Ste. 2200
Los Angeles, CA 90067

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
560 Thomas L. Berkley Way
Oakland, CA  94614

Barbara Lewis
Administrative Vice President
SEIU, United Healthcare Workers West & Local 121
5480 Ferguson Drive
Commerce, CA  90022

Attys for United Healthworkers West*
Weinberg, Roger & Rosenfeld
Attn: Christian L. Raisner, Esq.
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

Registered Agent for Defendant
SEIU – United Healthcare Workers West
Attn: Mary Ruth Gross
560 Thomas L. Berkeley
Oakland, CA 94612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
529569v1

**F 9013-3.1**