CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

Attorneys for District
Valley Health System

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District<br><br>          Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**STATUS CONFERENCE REPORT**<br><br>Status Conference:<br><br>DATE:  September 29, 2009<br>TIME:   9:30 a.m.<br>PLACE: 3420 Twelfth Street<br>             Courtroom 304<br>             Riverside, CA 92501-3819 |

      Valley Health System, a California Local Healthcare District and Debtor in the above-captioned chapter 9 case (the "District"), submits the following Status Conference Report in anticipation of the Status Conference in this matter scheduled for September 29, 2009 at 9:30 a.m.

      The District continues to operate its two remaining hospitals, Hemet Valley Medical Center ("Hemet") and Menifee Valley Medical Center ("Menifee").

530937v1

**A.     FINANCIAL AND MANAGEMENT DEVELOPMENT**

Since the last Status Conference, which took place on August 19, 2009, the District has completed and filed its financial statements for the month of July 2009, a copy of which is attached hereto as Exhibit "A". For the month of July 2009, the District lost approximately $61,000. This compares favorably with a projected loss of $497,000 and with an approximately $490,000 loss in fiscal 2009.

As of July 31, 2009, the Debtor had approximately $8.5 million of cash on hand. As of September 8, 2009, the Debtor had approximately $9 million cash on hand.

Since the last Status Conference on August 19, 2009, there has been one significant change in the Debtor's management. Fred Harder, the District's CEO terminated his employment with the District, and the District has hired Joel M. Bergenfeld as interim CEO.

**B.     DEVELOPMENTS REGARDING THE SALE OF THE DISTRICT'S ASSETS**

Since the last Status Conference on August 19, 2009, the District, primarily through its Ad Hoc Committee (consisting of three board members) along with its professionals and consultants has been engaged in an intensive process of negotiating for the sale of substantially all of its assets to Physicians for Healthy Hospitals, Inc. ("PHH"). Effective July 27, 2009, the District entered into an exclusivity agreement with PHH pursuant to which the District agreed to negotiate exclusively with PHH for a period of 90 days. Since that date, the District and PHH have worked extensively in conducting the diligence and negotiating the terms of a possible acquisition agreement.

On September 16, 2009, the District's Board of Directors, at the conclusion of a public session, approved a non-binding Memorandum of Understanding and Term Sheet ("MOU/TS"), which provides for a sale of substantially all of the District's assets to PHH. The sale must be approved by the voters as required by applicable state law. An initiative election to obtain such voter approval has been scheduled for December 15, 2009. The MOU/TS also provides for an "Alternative Transaction" in the event the electorate fails to approve the sale of substantially all the District's assets. Pursuant to the Alternative Transaction, the District will sell Menifee and retain Hemet and continue to operate it. A copy of the MOU/TS is attached hereto as Exhibit B.

### C. DEVELOPMENTS WITH BONDHOLDERS AND CREDITORS COMMITTEE

The District's largest creditor consists of bondholders ("Bondholders") holding two series of bonds, with a total indebtedness (net of reserves) of approximately $42.5 million. The Bondholders are represented by an Indenture Trustee.

The Indenture Trustee has filed a motion with this court for "adequate protection" and has requested, that among other things, that the Court order the Debtor: (1) to provide the Bondholders with additional collateral from currently unencumbered assets; (2) to provide the Bondholders with an Administrative Claim in an amount not yet determined; (3) to replenish the Debt Service Reserve Fund created under the bond documents; and (4) to limit or restrict the Debtor's use of its revenue. The District has responded to the motion and has opposed all of the relief which the Bondholders are requesting. The hearing on that motion is set to occur concurrently with the Status Conference.

The District and the Bondholders, through their respective representatives, have had ongoing discussions concerning the status of the District's finances and, to the extent permitted by applicable law, concerning the status of the negotiations and the prospective transaction with PHH.

The District has also, through counsel, communicated with the Creditors Committee concerning the most significant developments in the case, including the Bondholders' motion (to which the Creditors Committee has also objected), the status of the Debtor's financial operations and the discussions and negotiations between the District and PHH. In light of the fact that PHH has a number of affiliates who are members of or affiliated with members of the Creditors Committee, the District had necessarily been particularly circumspect in discussions of a prospective PHH transaction with the Committee.

Following the Board meeting on Wednesday September 16, 2009, the District's counsel informed counsel for both the Bondholders and the Committee of the approval of this MOU/TS and provided each of them with copies.

**D.   PLAN OF ADJUSTMENT**

The District anticipates filing a Plan of Adjustment which will be based on the transactions contemplated by the MOU/TS and intends to seek confirmation of such a Plan prior to the December 15, 2009 election. The plan will provide for alternative treatment for creditors depending upon which of the two transactions provided for on the MOU/TS are closed. As is provided for in the MOU/TS, the District anticipates that the claims of the Bondholders will be fully satisfied as of the closing of either transaction.

Respectfully submitted,

Dated: September 18, 2009

STUTMAN, TREISTER & GLATT
GARY E. KLAUSNER
H. ALEXANDER FISCH


By: /s/ H. Alexander Fisch
    Attorneys for District
    VALLEY HEALTH SYSTEM