# Exhibit B

## VALLEY HEALTH SYSTEM
### FISCAL YEAR 2010 – AS OF AUGUST 31, 2009
### CONSOLIDATED OPERATING FUND BALANCE SHEET

| | 8/31/2009 | 7/31/2009 | Change from prior month | 6/30/2009 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT** | | | | |
| Cash and Short Term Investment | $ 7,647,131 | $ 8,517,009 | $ (869,878) | $ 11,823,978 |
| Short Term Investment: Restricted | 1,308,570 | 1,308,570 | 0 | 1,308,608 |
| Patient Receivables | 82,222,254 | 73,491,580 | 8,730,674 | 74,027,038 |
| Less Retention & Allowances | (57,218,090) | (48,797,073) | (8,421,017) | (50,039,475) |
| Net Patient Receivables | 25,004,164 | 24,694,507 | 309,657 | 23,987,563 |
| Other Receivables | 465,149 | 465,131 | 18 | 570,609 |
| Inventories | 1,902,196 | 1,909,398 | (7,202) | 1,923,890 |
| Prepaid Expenses & Deposits | 1,718,287 | 1,911,057 | (192,770) | 1,867,519 |
| TOTAL CURRENT ASSETS | 38,045,497 | 38,805,672 | (760,175) | 41,480,167 |
| **ASSETS LIMITED TO USE** | | | | |
| Under Indenture agreement - Held by Trustee | 2,381,454 | 2,381,454 | 0 | 2,447,071 |
| **PROPERTY, PLANT & EQUIPMENT** | | | | |
| Land | 7,346,113 | 7,346,113 | 0 | 7,346,113 |
| Land Improvements | 3,239,908 | 3,239,908 | 0 | 3,239,908 |
| Building & Improvements | 77,718,208 | 77,718,208 | 0 | 77,718,208 |
| Equipment | 88,583,563 | 88,137,030 | 446,533 | 87,890,876 |
| TOTAL | 176,887,792 | 176,441,259 | 446,533 | 176,195,105 |
| Less Accumulated Depreciation | (125,692,054) | (125,108,053) | (584,001) | (124,619,836) |
| NET PP&E | 51,195,738 | 51,333,206 | (137,468) | 51,575,269 |
| Construction In Progress | 4,338,858 | 4,311,373 | 27,485 | 4,263,749 |
| TOTAL PROPERTY PLANT & EQUIPMENT | 55,534,596 | 55,644,579 | (109,983) | 55,839,018 |
| Note Receivable | 4,200,000 | 4,200,000 | 0 | 4,200,000 |
| Other Assets | 899,630 | 902,559 | (2,929) | 905,488 |
| TOTAL OTHER ASSETS | 5,099,630 | 5,102,559 | (2,929) | 5,105,488 |
| **TOTAL ASSETS** | $ 101,061,177 | $ 101,934,264 | $ (873,087) | $ 104,871,744 |

The Financial information presented includes the Consolidation of Valley Health System Service Corporation

## VALLEY HEALTH SYSTEM
### FISCAL YEAR 2010 - AS OF AUGUST 31, 2009
### CONSOLIDATED OPERATING FUND BALANCE SHEET

| | 8/31/2009 | 7/31/2009 | Change from prior month | 6/30/2009 |
|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCE** | | | | |
| **CURRENT** | | | | |
| Accounts Payable | $ 9,740,460 | $ 10,808,913 | $ (1,068,453) | $ 12,316,269 |
| Accrued Payroll | 4,400,509 | 4,425,418 | (24,909) | 5,959,650 |
| Pre-Petition Liabilities | 22,207,551 | 22,207,686 | (135) | 22,557,005 |
| Other Current Liabilities | 1,623,950 | 1,436,130 | 187,820 | 1,255,068 |
| Payable to 3rd Party Payors | 4,997,827 | 5,016,162 | (18,335) | 5,014,736 |
| Current Maturities of Long Term Debt: | | | | |
| Capitalized Leases | 1,844,886 | 1,844,886 | 0 | 1,844,886 |
| Notes Payable | 0 | 0 | 0 | 0 |
| 1993 Bonds | 1,635,000 | 1,635,000 | 0 | 1,635,000 |
| 1996 Bonds | 170,000 | 170,000 | 0 | 170,000 |
| **TOTAL CURRENT LIABILITIES** | 46,620,183 | 47,544,195 | (924,012) | 50,752,614 |
| | | | | |
| Workers' Comp - Long Term | 6,885,047 | 6,704,740 | 180,307 | 6,576,413 |
| Malpractice Liability - Long Term | 2,925,482 | 2,925,482 | 0 | 2,925,482 |
| | | | | |
| **LONG TERM DEBT** | | | | |
| Capitalized Leases and Other L/T Debt | 1,614,094 | 1,486,441 | 127,653 | 1,288,773 |
| Select Note | 7,968,500 | 7,968,500 | 0 | 7,968,500 |
| Bonds Payable 1993 | 38,278,927 | 38,275,215 | 3,712 | 38,271,504 |
| Bonds Payable 1996 | 4,616,785 | 4,616,005 | 780 | 4,615,225 |
| **TOTAL LONG TERM DEBT** | 52,478,306 | 52,346,161 | 132,145 | 52,144,002 |
| | | | | |
| **TOTAL LIABILITIES** | 108,909,018 | 109,520,578 | (611,560) | 109,373,059 |
| | | | | |
| **FUND BALANCE** | (7,546,513) | (7,525,185) | (21,328) | 440,494 |
| INCOME | (301,328) | (61,129) | (240,199) | (7,967,291) |
| | | | | |
| **TOTAL LIABILITIES & FUND BALANCE** | $ 101,061,177 | $ 101,934,264 | $ (873,087) | $ 101,946,262 |

The Financial Information presented includes the Consolidation of Valley Health System Service Corporation

**VALLEY HEALTH SYSTEM**
**CONSOLIDATED**
**MTD 2010**
**AUGUST 2009**

|  | Month Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 1,229 | 1,466 | (237) |
| Discharges - SNF/Sub-Acute | 4 | 4 | - |
| Patient Days - Acute | 5,227 | 5,857 | (630) |
| Patient Days - SNF/Sub-Acute | 695 | 598 | 97 |
| LOS - Acute | 4.25 | 4.00 | 0.26 |
| FTE'S | 1,051.32 | 1,184.15 | (132.83) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 13,622,779 | $ 13,125,101 | $ 497,678 F |
| Other Operating Revenue | 88,371 | 92,974 | (4,603) U |
| Total Net Revenue | 13,711,150 | 13,218,075 | 493,075 F |
| **Expenses:** | | | |
| Salaries & Wages | 5,411,061 | 5,715,680 | 304,619 F |
| Benefits | 1,626,131 | 1,581,450 | (44,681) U |
| Registry | 278,493 | 255,631 | (22,862) U |
| Supplies | 2,225,339 | 2,466,627 | 241,288 F |
| Professional Fees | 416,609 | 394,713 | (21,896) U |
| Restructure Fees | 482,324 | 125,000 | (357,324) U |
| Purchased Services | 1,646,248 | 1,811,376 | 165,128 F |
| Depreciation | 623,334 | 434,462 | (188,872) U |
| Other | 930,022 | 1,049,540 | 119,518 F |
| Corporate Allocation | - | - | - |
| Total Expenses | 13,639,561 | 13,834,479 | 194,918 F |
| **Operating Income** | 71,589 | (616,404) | 687,993 F |
| Interest Income | 243 | - | 243 F |
| Interest Expense | (329,298) | (328,023) | (1,275) U |
| Other Non-Operating Income (Expense) | 17,122 | - | 17,122 F |
| Total Non-Operating Income (Expense) | (311,933) | (328,023) | 16,090 F |
| **Net Income (Loss)** | $ (240,344) | $ (944,427) | $ 704,083 F |
| Operating Margin | 0.5% | -4.7% | 5.2% |
| OEBITDA Margin | 5.1% | -1.4% | 6.4% |

F= Favorable variance
U= Unfavorable variance

Case 6:07-bk-18293-PC   Doc 678-3   Filed 12/16/09   Entered 12/16/09 17:02:23   Desc
Exhibit B    Page 5 of 17

**VALLEY HEALTH SYSTEM**
**CONSOLIDATED**
**YTD 2010**
**AUGUST 2009**

|  | Year-to-Date Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 2,521 | 2,939 | (418) |
| Discharges - SNF/Sub-Acute | 8 | 6 | 2 |
| Patient Days - Acute | 10,617 | 11,527 | (910) |
| Patient Days - SNF/Sub-Acute | 1,364 | 1,231 | 133 |
| LOS - Acute | 4.21 | 3.92 | 0.29 |
| FTE'S | 1,084.02 | 1,180.96 | (96.94) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 27,547,137 | $ 26,996,653 | $ 550,484 F |
| Other Operating Revenue | 146,561 | 185,948 | (39,387) U |
| Total Net Revenue | 27,693,698 | 27,182,601 | 511,097 F |
| **Expenses:** | | | |
| Salaries & Wages | 10,885,534 | 11,361,853 | 476,319 F |
| Benefits | 3,249,397 | 3,194,627 | (54,770) U |
| Registry | 559,358 | 496,916 | (62,442) U |
| Supplies | 4,739,789 | 4,976,621 | 236,832 F |
| Professional Fees | 835,203 | 914,426 | 79,223 F |
| Restructure Fees | 985,289 | 125,000 | (860,289) U |
| Purchased Services | 3,282,629 | 3,941,613 | 658,984 F |
| Depreciation | 1,070,065 | 867,825 | (202,240) U |
| Other | 1,806,773 | 2,089,449 | 282,676 F |
| Corporate Allocation | | | |
| Total Expenses | 27,414,037 | 27,968,330 | 554,293 F |
| **Operating Income** | 279,661 | (785,729) | 1,065,390 F |
| Interest Income | 519 | | 519 F |
| Interest Expense | (632,886) | (656,046) | 23,160 F |
| Other Non-Operating Income (Expense) | 51,233 | | (51,233) U |
| Total Non-Operating Income (Expense) | (581,134) | (656,046) | (27,554) U |
| **Net Income (Loss)** | $ (301,473) | $ (1,441,775) | $ 1,037,836 F |
| Operating Margin | 1.0% | -2.9% | 3.9% |
| OEBITDA Margin | 4.9% | 0.3% | 4.6% |

F = Favorable variance
U = Unfavorable variance

EXHIBIT B

95

**VALLEY HEALTH SYSTEM**
**HEMET VALLEY MEDICAL CENTER**
**MTD 2010**
**AUGUST 2009**

|  | Month Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 898 | 1,122 | (224) |
| Discharges - SNF/Sub-Acute | | | |
| Patient Days - Acute | 3,892 | 4,410 | (518) |
| Patient Days - SNF/Sub-Acute | | | |
| LOS - Acute | 4.33 | 3.93 | 0.40 |
| FTE'S | 635.08 | 720.50 | (85.42) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 9,898,854 | $ 9,569,039 | $ 329,815 F |
| Other Operating Revenue | 77,860 | 17,523 | 60,337 F |
| Total Net Revenue | 9,976,714 | 9,586,562 | 390,152 F |
| **Expenses:** | | | |
| Salaries & Wages | 3,379,524 | 3,535,910 | 156,386 F |
| Benefits | 946,750 | 956,157 | 9,407 F |
| Registry | 117,615 | 145,885 | 28,270 F |
| Supplies | 1,478,366 | 1,650,513 | 172,147 F |
| Professional Fees | 152,206 | 130,112 | (22,094) U |
| Restructure Fees | | | |
| Purchased Services | 1,159,480 | 1,169,348 | 9,868 F |
| Depreciation | 280,676 | 188,541 | (92,135) U |
| Other | 598,415 | 549,213 | (49,202) U |
| Corporate Allocation | 1,530,011 | 1,282,755 | (247,256) U |
| Total Expenses | 9,643,043 | 9,608,434 | (34,609) U |
| **Operating Income** | 333,671 | (21,872) | 355,543 F |
| Interest Income | | | U |
| Interest Expense | (149,746) | (133,631) | (16,115) U |
| Other Non-Operating Income (Expense) | 4,622 | | 4,622 F |
| Total Non-Operating Income (Expense) | (145,124) | (133,631) | (11,493) U |
| **Net Income (Loss)** | $ 188,547 | $ (155,503) | $ 344,050 F |
| Operating Margin | 3.3% | -0.2% | 3.6% |
| OEBITDA Margin | 6.2% | 1.7% | 4.4% |

**VALLEY HEALTH SYSTEM**
**HEMET VALLEY MEDICAL CENTER**
**YTD 2009**
**AUGUST 2009**

| | Year-to-Date Activity | | |
|---|---|---|---|
| | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges – Acute | 1,830 | 2,254 | (424) |
| Discharges – SNF/Sub-Acute | | | |
| Patient Days – Acute | 7,911 | 8,738 | (827) |
| Patient Days – SNF/Sub-Acute | | | |
| LOS – Acute | 4.32 | 3.88 | 0.45 |
| FTE'S | 660.00 | 717.22 | -57.22 |
| | | | |
| **Revenue:** | | | |
| Net Patient Revenue | $ 20,025,596 | $ 19,342,174 | $ 683,422 F |
| Other Operating Revenue | 96,537 | 35,046 | 61,491 F |
| Total Net Revenue | 20,122,133 | 19,377,220 | 744,913 F |
| | | | |
| **Expenses:** | | | |
| Salaries & Wages | 6,816,538 | 7,014,970 | 198,432 F |
| Benefits | 1,884,016 | 1,923,937 | 39,921 F |
| Registry | 248,085 | 289,811 | 41,726 F |
| Supplies | 3,194,227 | 3,328,114 | 133,887 F |
| Professional Fees | 262,063 | 260,224 | (1,839) U |
| Restructure Fees | | | |
| Purchased Services | 2,212,428 | 2,510,544 | 298,116 F |
| Depreciation | 477,104 | 376,257 | (100,847) U |
| Other | 1,087,933 | 1,103,438 | 15,505 F |
| Corporate Allocation | 3,153,820 | 2,676,954 | (476,866) U |
| Total Expenses | 19,336,214 | 19,484,249 | 148,035 F |
| | | | |
| **Operating Income** | 785,919 | (107,029) | 892,948 F |
| | | | |
| Interest Income | | | |
| Interest Expense | (291,587) | (267,262) | (24,325) U |
| Other Non-Operating Income (Expense) | 9,197 | | (9,197) U |
| Total Non-Operating Income (Expense) | (282,390) | (267,262) | (33,522) U |
| | | | |
| **Net Income (Loss)** | $ 503,529 | $ (374,291) | $ 859,426 F |
| | | | |
| Operating Margin | 3.9% | -0.6% | 4.5% |
| OEBITDA Margin | 6.3% | 1.4% | 4.9% |

**VALLEY HEALTH SYSTEM**
**MENIFEE VALLEY MEDICAL CENTER**
**MTD 2010**
**AUGUST 2009**

|  | Month Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 331 | 344 | (13) |
| Discharges - SNF/Sub-Acute | - | - | - |
| Patient Days - Acute | 1,335 | 1,447 | (112) |
| Patient Days - SNF/Sub-Acute | - | - | - |
| LOS - Acute | 4.03 | 4.21 | (0.17) |
| FTE'S | 255.08 | 272.44 | (17.36) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 3,374,330 | $ 3,406,468 | $ (32,138) U |
| Other Operating Revenue | 634 | 3,833 | (3,199) U |
| Total Net Revenue | 3,374,964 | 3,410,301 | (35,337) U |
| **Expenses:** | | | |
| Salaries & Wages | 1,313,520 | 1,340,211 | 26,691 F |
| Benefits | 378,412 | 364,452 | (13,960) U |
| Registry | 142,463 | 105,579 | (36,884) U |
| Supplies | 713,284 | 749,452 | 36,168 F |
| Professional Fees | 105,780 | 72,090 | (33,690) U |
| Restructure Fees | | | |
| Purchased Services | 300,254 | 388,522 | 88,268 F |
| Depreciation | 68,660 | 97,692 | 29,032 F |
| Other | 166,325 | 187,166 | 20,841 F |
| Corporate Allocation | 521,551 | 588,575 | 67,024 F |
| Total Expenses | 3,710,249 | 3,893,739 | 183,490 F |
| **Operating Income** | (335,285) | (483,438) | 148,153 F |
| Interest Income | | | - U |
| Interest Expense | (105,815) | (99,522) | (6,293) U |
| Other Non-Operating Income (Expense) | 500 | | 500 F |
| Total Non-Operating Income (Expense) | (105,315) | (99,522) | (5,793) U |
| **Net Income (Loss)** | $ (440,600) | $ (582,960) | $ 142,360 F |
| Operating Margin | -9.9% | -14.2% | 4.2% |
| OEBITDA Margin | -7.9% | -11.3% | 3.4% |

**VALLEY HEALTH SYSTEM**
**MENIFEE VALLEY MEDICAL CENTER**
**YTD 2009**
**AUGUST 2009**

| | Year-to-Date Activity | | |
|---|---|---|---|
| | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 691 | 685 | 6 |
| Discharges - SNF/Sub Acute | | | |
| Patient Days - Acute | 2,706 | 2,789 | (83) |
| Patient Days - SNF/Sub Acute | | | |
| LOS - Acute | 3.92 | 4.07 | (0.16) |
| FTE'S | 258.96 | 272.14 | (13.18) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 6,829,398 | $ 6,959,887 | $ (130,489) U |
| Other Operating Revenue | 3,203 | 7,666 | (4,463) U |
| Total Net Revenue | 6,832,601 | 6,967,553 | (134,952) U |
| **Expenses:** | | | |
| Salaries & Wages | 2,618,236 | 2,673,538 | 55,302 F |
| Benefits | 745,669 | 733,257 | (12,412) U |
| Registry | 268,873 | 198,771 | (70,102) U |
| Supplies | 1,472,688 | 1,503,251 | 30,563 F |
| Professional Fees | 181,387 | 144,180 | (37,207) U |
| Restructure Fees | - | - | - |
| Purchased Services | 562,608 | 756,743 | 194,135 F |
| Depreciation | 137,319 | 195,353 | 58,034 F |
| Other | 396,618 | 378,240 | (18,378) U |
| Corporate Allocation | 1,075,566 | 1,226,942 | 151,376 F |
| Total Expenses | 7,458,964 | 7,810,275 | 351,311 F |
| **Operating Income** | (626,363) | (842,722) | 216,359 F |
| Interest Income | | | |
| Interest Expense | (200,376) | (199,044) | (1,332) U |
| Other Non-Operating Income (Expense) | 1,000 | | (1,000) U |
| Total Non-Operating Income (Expense) | (199,376) | (199,044) | (2,332) U |
| **Net Income (Loss)** | $ (825,739) | $ (1,041,766) | $ 214,027 F |
| Operating Margin | -9.2% | -12.1% | 2.9% |
| OEBITDA Margin | -7.2% | -9.3% | 2.1% |

**VALLEY HEALTH SYSTEM**
**HEMET SUB-ACUTE UNIT**
**MTD 2010**
**AUGUST 2009**

|  | Month Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | - | - | - |
| Discharges - SNF/Sub-Acute | 4 | 4 | - |
| Patient Days - Acute | | | |
| Patient Days - SNF/Sub-Acute | 695 | 598 | 97 |
| LOS - Sub-Acute | 173.75 | 149.50 | 24.25 |
| FTE'S | 44.51 | 51.60 | (7.09) |
| | | | |
| **Revenue:** | | | |
| Net Patient Revenue | $ 349,595 | $ 149,594 | $ 200,001 F |
| Other Operating Revenue | | | |
| Total Net Revenue | 349,595 | 149,594 | 200,001 F |
| | | | |
| **Expenses:** | | | |
| Salaries & Wages | 193,492 | 209,735 | 16,243 F |
| Benefits | 56,095 | 54,932 | (1,163) U |
| Registry | - | - | - U |
| Supplies | 18,075 | 17,313 | (762) U |
| Professional Fees | 1,600 | 1,810 | 210 F |
| Restructure Fees | | | |
| Purchased Services | 13,836 | 9,732 | (4,104) U |
| Depreciation | 609 | 4,890 | 4,281 F |
| Other | 144 | 2,390 | 2,246 F |
| Corporate Allocation | 54,035 | 52,368 | (1,667) U |
| Total Expenses | 337,886 | 353,170 | 15,284 F |
| | | | |
| **Operating Income** | 11,709 | (203,576) | 215,285 F |
| | | | |
| Interest Income | - | - | - |
| Interest Expense | - | (2,387) | 2,387 |
| Other Non-Operating Income (Expense) | | | |
| Total Non-Operating Income (Expense) | - | (2,387) | 2,387 |
| | | | |
| **Net Income (Loss)** | $ 11,709 | $ (205,963) | $ 217,672 F |
| | | | |
| Operating Margin | 3.3% | -136.1% | 139.4% |
| OEBITDA Margin | 3.5% | -132.8% | 136.3% |

9

**VALLEY HEALTH SYSTEM**
**HEMET SUB-ACUTE UNIT**
**YTD 2009**
**AUGUST 2009**

|  | Year-to-Date Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | - | - | - |
| Discharges - SNF/Sub-Acute | 8 | 6 | 2 |
| Patient Days - Acute | - | - | - |
| Patient Days - SNF/Sub-Acute | 1,364 | 1,231 | 133 |
| LOS - Sub-Acute | 170.50 | 205.17 | (34.67) |
| FTE'S | 45.78 | 51.99 | (6.22) |
| **Revenue:** | | | |
| Net Patient Revenue | $ 692,141 | $ 694,592 | $ (2,451) U |
| Other Operating Revenue | - | - | - U |
| Total Net Revenue | 692,141 | 694,592 | (2,451) U |
| **Expenses:** | | | |
| Salaries & Wages | 381,589 | 421,705 | 40,116 F |
| Benefits | 115,828 | 112,394 | (3,434) U |
| Registry | - | - | - U |
| Supplies | 33,635 | 34,626 | 991 F |
| Professional Fees | 3,820 | 3,620 | (200) U |
| Restructure Fees | - | - | - |
| Purchased Services | 25,875 | 19,464 | (6,411) U |
| Depreciation | 1,218 | 9,780 | 8,562 F |
| Other | 479 | 4,780 | 4,301 F |
| Corporate Allocation | 108,962 | 109,167 | 205 F |
| Total Expenses | 671,406 | 715,536 | 44,130 F |
| **Operating Income** | 20,735 | (20,944) | 41,679 F |
| Interest Income | - | - | - |
| Interest Expense | - | (4,774) | (4,774) U |
| Other Non-Operating Income (Expense) | - | - | - |
| Total Non-Operating Income (Expense) | - | (4,774) | (4,774) |
| **Net Income (Loss)** | $ 20,735 | $ (25,718) | $ 36,905 F |
| Operating Margin | 3.0% | -3.0% | 6.0% |
| OEBITDA Margin | 3.2% | -1.6% | 4.8% |

**VALLEY HEALTH SYSTEM**
**SYSTEM OFFICE**
**MTD 2010**
**AUGUST 2009**

|  | Month Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges – Acute | 1,229 | 1,466 | (237) |
| Discharges – SNF/Sub-Acute | 4 | 4 | |
| Patient Days – Acute | 5,227 | 5,857 | (630) |
| Patient Days – SNF/Sub-Acute | 695 | 598 | 97 |
| LOS – Acute | 4.25 | 4.00 | 0.26 |
| FTE'S | 116.65 | 139.61 | (22.96) |
| **Revenue:** | | | |
| Net Patient Revenue | $ - | $ - | $ - |
| Other Operating Revenue | 9,877 | 71,618 | (61,741) U |
| Total Net Revenue | 9,877 | 71,618 | (61,741) U |
| **Expenses:** | | | |
| Salaries & Wages | 524,525 | 629,824 | 105,299 F |
| Benefits | 244,874 | 205,909 | (38,965) U |
| Registry | 18,415 | 4,167 | (14,248) U |
| Supplies | 15,614 | 49,349 | 33,735 F |
| Professional Fees | 157,023 | 190,701 | 33,678 F |
| Restructure Fees | 482,324 | 125,000 | (357,324) U |
| Purchased Services | 172,678 | 243,774 | 71,096 F |
| Depreciation | 273,389 | 143,339 | (130,050) U |
| Other | 165,138 | 310,770 | 145,632 F |
| Corporate Allocation | (2,105,597) | (1,923,698) | 181,899 F |
| Total Expenses | (51,617) | (20,865) | 30,752 F |
| **Operating Income** | 61,494 | 92,483 | (30,989) U |
| Interest Income | 243 | - | 243 F |
| Interest Expense | (73,737) | (92,483) | 18,746 F |
| Other Non-Operating Income (Expense) | 12,000 | - | 12,000 F |
| Total Non-Operating Income (Expense) | (61,494) | (92,483) | 30,989 F |
| **Net Income (Loss)** | $ - | $ - | $ - U |

**VALLEY HEALTH SYSTEM**
**SYSTEM OFFICE**
**YTD 2009**
**AUGUST 2009**

|  | Year-to-Date Activity | | |
|---|---|---|---|
|  | Actual | Budget | Variance |
| **Statistics:** | | | |
| Discharges - Acute | 2,521 | 2,939 | (418) |
| Discharges - SNF/Sub-Acute | 8 | 6 | 2 |
| Patient Days - Acute | 10,617 | 11,527 | (910) |
| Patient Days - SNF/Sub-Acute | 1,364 | 1,231 | 133 |
| LOS - Acute | 4.21 | 3.92 | 0.29 |
| FTE'S | 119.29 | 139.61 | (20.33) |
| | | | |
| **Revenue:** | | | |
| Net Patient Revenue | $ - | $ - | $ - |
| Other Operating Revenue | 46,821 | 143,236 | (96,415) U |
| Total Net Revenue | 46,821 | 143,236 | (96,415) U |
| | | | |
| **Expenses:** | | | |
| Salaries & Wages | 1,069,171 | 1,251,640 | 182,469 F |
| Benefits | 503,884 | 425,039 | (78,845) U |
| Registry | 42,400 | 8,334 | (34,066) U |
| Supplies | 39,239 | 110,630 | 71,391 F |
| Professional Fees | 387,933 | 506,402 | 118,469 F |
| Restructure Fees | 985,289 | 125,000 | (860,289) U |
| Purchased Services | 481,718 | 654,862 | 173,144 F |
| Depreciation | 454,424 | 286,435 | (167,989) U |
| Other | 321,743 | 602,991 | 281,248 F |
| Corporate Allocation | (4,338,348) | (4,013,063) | 325,285 F |
| Total Expenses | (52,547) | (41,730) | 10,817 F |
| | | | |
| **Operating Income** | 99,368 | 184,966 | (85,598) U |
| | | | |
| Interest Income | 519 | - | 519 F |
| Interest Expense | (140,923) | (184,966) | 44,043 F |
| Other Non-Operating Income (Expense) | 41,036 | - | (41,036) U |
| Total Non-Operating Income (Expense) | (99,368) | (184,966) | 3,526 F |
| | | | |
| **Net Income (Loss)** | $ - | $ - | $ (82,072) U |

## VALLEY HEALTH SYSTEM
### August 2009
### PATIENT REVENUE

| | Hemet/Sub-Acute Consolidated | Menifee | VHS Consolidated | % of Total |
|---|---|---|---|---|
| **CURRENT MONTH** | | | | |
| Gross Revenue | $ 41,576,338 | $ 14,701,713 | $ 56,278,051 | |
| Contractual Allowances | (27,972,154) | (10,426,370) | (38,398,524) | |
| Bad Debt/Charity | (3,355,735) | (901,013) | (4,256,748) | |
| Net Revenue | 10,248,449 | 3,374,330 | 13,622,779 | |
| | | | | |
| **Net Revenue by Payor** | | | | |
| Medicare | 3,704,927 | 1,194,001 | 4,898,928 | 36.0% |
| Medi-Cal | 1,284,003 | 185,131 | 1,469,134 | 10.8% |
| Senior HMO/PPO | 2,894,940 | 1,258,949 | 4,153,889 | 30.5% |
| HMO/PPO | 1,155,507 | 395,855 | 1,551,362 | 11.4% |
| Senior Capitation | 0 | 0 | 0 | 0.0% |
| Medi-Cal Capitation | 0 | 0 | 0 | 0.0% |
| Commercial Capitation | 0 | 0 | 0 | 0.0% |
| General Insurance | 1,111,848 | 313,506 | 1,425,354 | 10.5% |
| Self Pay / Other | 97,224 | 26,888 | 124,112 | 0.9% |
| | $ 10,248,449 | $ 3,374,330 | $ 13,622,779 | 100% |
| | | | | |
| Deductions as % of Gross | 75.35% | 77.05% | 75.79% | |
| | | | | |
| **YEAR-TO-DATE** | | | | |
| Gross Revenue | $ 84,785,402 | $ 29,776,488 | $ 114,561,890 | |
| Contractual Allowances | (57,399,090) | (20,999,783) | (78,397,873) | |
| Bad Debt/Charity | (6,668,575) | (1,948,307) | (8,616,882) | |
| Net Revenue | 20,717,737 | 6,829,398 | 27,547,135 | |
| | | | | |
| **Net Revenue by Payor** | | | | |
| Medicare | 7,424,729 | 2,567,115 | 9,991,844 | 36.3% |
| Medi-Cal | 2,627,231 | 378,009 | 3,005,240 | 10.9% |
| Senior HMO/PPO | 6,117,780 | 2,459,200 | 8,576,980 | 31.1% |
| HMO/PPO | 2,339,300 | 808,026 | 3,147,326 | 11.4% |
| Senior Capitation | 0 | 0 | 0 | 0.0% |
| Medi-Cal Capitation | 0 | 0 | 0 | 0.0% |
| Commercial Capitation | 0 | 0 | 0 | 0.0% |
| General Insurance | 2,015,262 | 559,089 | 2,574,351 | 9.3% |
| Self Pay / Other | 193,437 | 57,959 | 251,396 | 0.9% |
| | $ 20,717,739 | $ 6,829,398 | $ 27,547,137 | 100% |
| | | | | |
| Deductions as % of Gross | 75.56% | 77.06% | 75.95% | |

13

# VALLEY HEALTH SYSTEM

# FINANCIAL STATEMENTS
# FOR
# FOUR MONTHS ENDED OCTOBER 31, 2009

Case 6:07-bk-18293-PC   Doc 678-3   Filed 12/16/09   Entered 12/16/09 17:02:23   Desc
Exhibit B    Page 16 of 17

## VALLEY HEALTH SYSTEM
## FISCAL YEAR 2010 - AS OF OCTOBER 31, 2009
## CONSOLIDATED OPERATING FUND BALANCE SHEET

|  | 10/31/2009 | 9/30/2009 | Change from prior month | 6/30/2009 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT** | | | | |
| Cash and Short Term Investment | $ 7,235,061 | $ 8,432,988 | $ (1,197,927) | $ 12,366,702 |
| Short Term Investment: Restricted | 1,294,419 | 1,293,091 | 1,328 | 1,289,568 |
| Patient Receivables | 81,188,556 | 76,088,131 | 5,100,425 | 74,027,038 |
| Less Retention & Allowances | (54,358,727) | (49,119,719) | (5,239,008) | (50,039,475) |
| Net Patient Receivables | 26,829,829 | 26,968,412 | (138,583) | 23,987,563 |
| Other Receivables | 367,725 | 323,222 | 44,503 | 570,608 |
| Inventories | 1,924,462 | 1,869,158 | 55,304 | 1,923,690 |
| Prepaid Expenses & Deposits | 1,467,433 | 1,998,566 | (531,133) | 2,009,761 |
| TOTAL CURRENT ASSETS | 39,118,929 | 40,885,437 | (1,766,508) | 42,147,892 |
| **ASSETS LIMITED TO USE** | | | | |
| Under Indenture agreement - Held by Trustee | 2,154,144 | 2,157,989 | (3,845) | 2,447,071 |
| **PROPERTY, PLANT & EQUIPMENT** | | | | |
| Land | 7,346,113 | 7,346,113 | 0 | 7,346,113 |
| Land Improvements | 3,239,908 | 3,239,908 | 0 | 3,239,908 |
| Building & Improvements | 78,424,612 | 78,424,612 | 0 | 78,424,612 |
| Equipment | 87,733,995 | 87,518,592 | 215,403 | 86,765,168 |
| TOTAL | 176,744,628 | 176,529,225 | 215,403 | 175,775,801 |
| Less Accumulated Depreciation | (126,641,679) | (126,144,399) | (497,280) | (124,652,349) |
| NET PP&E | 50,102,949 | 50,384,826 | (281,877) | 51,123,452 |
| Construction in Progress | 4,456,611 | 4,455,954 | 657 | 4,263,749 |
| TOTAL PROPERTY PLANT & EQUIPMENT | 54,559,560 | 54,840,780 | (281,220) | 55,387,201 |
| Note Receivable | 4,200,000 | 4,200,000 | 0 | 4,200,000 |
| Other Assets | 909,291 | 912,221 | (2,930) | 921,008 |
| TOTAL OTHER ASSETS | 5,109,291 | 5,112,221 | (2,930) | 5,121,008 |
| **TOTAL ASSETS** | $ 100,941,924 | $ 102,996,427 | $ (2,054,503) | $ 105,103,172 |

The Financial Information presented includes the Consolidation of Valley Health System Service Corporation

EXHIBIT B

106

## VALLEY HEALTH SYSTEM
### FISCAL YEAR 2010 - AS OF OCTOBER 31, 2009
### CONSOLIDATED OPERATING FUND BALANCE SHEET

|  | 10/31/2009 | 9/30/2009 | Change from prior month | 6/30/2009 |
|---|---:|---:|---:|---:|
| **LIABILITIES AND FUND BALANCE** | | | | |
| **CURRENT** | | | | |
| Accounts Payable | $ 9,997,392 | $ 10,656,771 | $ (659,379) | $ 12,141,162 |
| Accrued Payroll | 5,458,723 | 4,761,339 | 697,384 | 5,959,650 |
| Pre-Petition Liabilities | 22,197,351 | 22,207,451 | (10,100) | 22,557,005 |
| Other Current Liabilities | 2,181,169 | 1,962,834 | 218,335 | 1,255,058 |
| Payable to 3rd Party Payors | 4,960,767 | 5,537,510 | (576,743) | 5,014,736 |
| Current Maturities of Long Term Debt: | | | | |
| Capitalized Leases | 1,844,886 | 1,844,886 | 0 | 1,844,886 |
| Notes Payable | 0 | 0 | 0 | 0 |
| 1993 Bonds | 1,635,000 | 1,635,000 | 0 | 1,635,000 |
| 1998 Bonds | 170,000 | 170,000 | 0 | 170,000 |
| **TOTAL CURRENT LIABILITIES** | 48,445,288 | 48,775,791 | (330,503) | 50,577,507 |
| | | | | |
| Workers' Comp - Long Term | 6,957,628 | 6,869,203 | 88,425 | 6,576,443 |
| Malpractice Liability - Long Term | 3,001,971 | 3,001,971 | 0 | 3,001,971 |
| **LONG TERM DEBT** | | | | |
| Capitalized Leases and Other L/T Debt | 1,472,499 | 1,470,062 | 2,437 | 1,288,773 |
| Select Note | 7,968,500 | 7,968,500 | 0 | 7,968,500 |
| Bonds Payable 1993 | 38,274,588 | 38,270,877 | 3,711 | 38,259,743 |
| Bonds Payable 1998 | 4,613,626 | 4,612,846 | 780 | 4,610,506 |
| **TOTAL LONG TERM DEBT** | 52,329,213 | 52,322,285 | 6,928 | 52,127,522 |
| | | | | |
| **TOTAL LIABILITIES** | 110,734,100 | 110,969,250 | (235,150) | 112,283,443 |
| | | | | |
| **FUND BALANCE** | (7,175,587) | (7,176,895) | 1,328 | 487,301 |
| INCOME | (2,616,609) | (795,928) | (1,820,681) | (7,667,572) |
| **TOTAL LIABILITIES & FUND BALANCE** | $ 100,941,924 | $ 102,996,427 | $ (2,054,503) | $ 105,103,172 |

The Financial Information presented includes the Consolidation of Valley Health System Service Corporation

2