# **Exhibit C**

EXHIBIT C                                                                    108

# V&IG VALUATION & INFORMATION GROUP

**An Appraisal of
An Acute-Care Hospital**



**Hemet Valley Medical Center
1117 East Devonshire Avenue
Hemet, California**

**Prepared For
Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California**

**Prepared By
Valuation & Information Group
6167 Bristol Parkway
Suite 430
Culver City, California**

EXHIBIT C

109



**VALUATION &
INFORMATION
GROUP**

6167 Bristol Parkway
Suite 430
Culver City, CA 90230
Tel 310.342.0123
Fax 310.342.0147

5 Neshaminy Interplex
Suite 215
Trevose, PA 19053
Tel 215.639.7600
Fax 215.639.7605

www.valinfo.com

September 4, 2009

Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California 92543

RE:     Hemet Valley Medical Center
        1117 East Devonshire Avenue
        Hemet, California

Ladies and Gentlemen:

In accordance with your request, we are pleased to submit this appraisal of the market value of the going concern of the above referenced property.  The improvements include a one- to six-story with basement, 336,900-square-foot, concrete and steel acute-care hospital built in phases between 1942 and 2006, and an off-site 7,927-square-foot engineering building built in phases between 1908 and the 1960s.  The quality of construction is average to good and the condition of the improvements is average.

The primary purpose of this valuation is to estimate the market value. It is our understanding that this appraisal will be used in connection with the possible sale of the facility. This letter of transmittal is accompanied by an appraisal report in a self-contained format.

The value reported herein is that of the fee simple estate, which includes the land, improvements, personal property and intangible going concern assets. We have not considered any excess net working capital or working capital deficit.

This appraisal investigation included a visit to the property on August 5, 2009, and all necessary investigation and analyses were made by the appraisers. The appraisal was prepared in accordance with Uniform Standards of Professional Appraisal Practice (USPAP).

Based upon the procedures outlined in this report and subject to the attached statement of facts and limiting conditions and critical assumptions, it is estimated that the fee simple market value of the going concern comprising the subject, as of August 5, 2009, is reasonably represented in the following rounded amount:

**$27,330,000**

EXHIBIT C

110



Board of Directors
Valley Health System
September 4, 2009
Page 2

At the request of our client, in support of their internal planning, we have been asked to provide the value of the offsite parking under separate cover and exclude that area from this appraisal. According to the City of Hemet planning department, the subject requires 327 spaces. The hospital site has 175 parking spaces and the engineering building has nine spaces for a total of 184 spaces. Without the benefit of the offsite parking lot, the subject would be nonconforming and may find its ability to operate constrained, both physically and legally.

This estimate and the report are subject to the statement of facts and limiting conditions that are a critical part of our valuation report. No part of the appraisal report should be published or disseminated without Valuation and Information Group's prior written approval.

Thank you for the opportunity to provide you this service.

Respectfully submitted,

Valuation and Information Group

Jean-Pierre LoMonaco, MAI
President
CA Cert. Gen. AG011111

JPL/BJH/AK:jb
190210

EXHIBIT C

111



# VALUATION & INFORMATION GROUP

An Appraisal of
An Acute-Care Hospital
and Surplus Land Parcels



**Menifee Valley Medical Center**
**28400 McCall Boulevard**
**Sun City, California**


**Prepared For**
**Board of Directors**
**Valley Health System**
**1117 East Devonshire Avenue**
**Hemet, California**


**Prepared By**
**Valuation & Information Group**
**6167 Bristol Parkway**
**Suite 430**
**Culver City, California**

EXHIBIT C

112



**VALUATION &
INFORMATION
GROUP**

6167 Bristol Parkway
Suite 430
Culver City, CA 90230
Tel 310.342.0123
Fax 310.342.0147

August 21, 2009

5 Neshaminy Interplex
Suite 215
Trevose, PA 19053
Tel 215.639.7600
Fax 215.639.7605

Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California 92543

www.valinfo.com

RE:   Menifee Valley Medical Center and Surplus Land Parcels
28400 McCall Boulevard
Sun City, California

Ladies and Gentlemen:

In accordance with your request, we are pleased to submit this appraisal of the market value of the going concern of the above referenced property.  The improvements include a one- to four-story with basement, 128,340-square-foot, concrete and steel acute-care hospital built in 1989, and a one-story 5,573-square-foot education center built in 1994.  The quality of construction and the condition of the improvements are good.

The primary purpose of this valuation is to estimate the market value. It is our understanding that this appraisal will be used in connection with the possible sale of the facility and related parcels. This letter of transmittal is accompanied by an appraisal report in a self-contained format.

The value reported herein is that of the fee simple estate, which includes the land, improvements, personal property and intangible going concern assets. We have not considered any excess net working capital or working capital deficit.

This appraisal investigation included a visit to the property on August 5, 2009, and all necessary investigation and analyses were made by the appraisers. The appraisal was prepared in accordance with Uniform Standards of Professional Appraisal Practice (USPAP).

Based upon the procedures outlined in this report and subject to the attached statement of facts and limiting conditions and critical assumptions, it is estimated that the fee simple market value of the going concern comprising the subject (hospital facility only), as of August 5, 2009, is reasonably represented in the following rounded amount:

$25,800,000

EXHIBIT C

113



Board of Directors
Valley Health System
August 21, 2009
Page 2

In addition, we have prepared separate valuations of the surplus land parcels adjacent to the north, south and east of the subject. The fee simple market values of these parcels, as of August 5, 2009, are reasonably represented in the following rounded amounts:

| | |
|---|---|
| **Front Surplus Parcel** | $1,240,000 |
| **Rear Surplus Parcel** | 1,130,000 |
| **Orchard Parcel** | 4,460,000 |

We have not, as part of this valuation, performed an examination or review in the accounting sense of any of the financial information used and, therefore, do not express an opinion or other form of assurance with regard to the same. We have no responsibility to update our report for events and circumstances occurring after the date of this report. The information furnished to us by others is believed to be reliable, but no responsibility for its accuracy is assumed.

Neither the whole, nor any part of this appraisal nor any reference thereto may be included in any document, statement, appraisal or circular without Valuation and Information Group's prior written approval of the form and context in which it appears.

Thank you for the opportunity to provide you this service.

Respectfully submitted,

Valuation and Information Group

Jean-Pierre LoMonaco, MAI
President
CA Cert. Gen. AG011111

JPL/BJH/AK:jb
190210

EXHIBIT C                    114

# V&I G  VALUATION & INFORMATION GROUP

An Appraisal of
A Skilled Nursing Facility



Hemet Valley Healthcare Center
371 North Weston Place
Hemet, California

Prepared For
Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California

Prepared By
Valuation & Information Group
6167 Bristol Parkway
Suite 430
Culver City, California

EXHIBIT C

115

 **VALUATION &
INFORMATION
GROUP**

6167 Bristol Parkway
Suite 430
Culver City, CA 90230
Tel 310.342.0123
Fax 310.342.0147

5 Neshaminy Interplex
Suite 215
Trevose, PA 19053
Tel 215.639.7600
Fax 215.639.7605

www.valinfo.com

September 9, 2009

Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California 92543

RE:    Hemet Valley Healthcare Center
       371 North Weston Place
       Hemet, California

Ladies and Gentlemen:

In accordance with your request, we have conducted a market value analysis of the above referenced property. The improvements consist of a one-story, 48,710-square-foot, wood- and steel-framed, stucco siding exterior, skilled nursing facility built in 1989. Approximately 16,236 square feet of the facility has been converted for use as a chemical dependency ward operating as Hemet Valley Recovery Center and as an alcohol/drug dependency treatment center identified as Sage Retreat through a management agreement between Valley Health System and Addiction Medicine Services, Inc. The skilled nursing portion of the facility was closed in November 2008. The quality of construction is average to good and the condition of the improvements is good.

The primary purpose of this valuation is to estimate the market value. It is our understanding that this appraisal will be used in connection with the possible sale of the facility. This letter of transmittal is accompanied by an appraisal report in a self-contained format.

The value reported herein is that of the fee simple estate, which includes the land, real property improvements and personal property assets only. The license is held by Valley Health System as a part of Hemet Valley Medical Center and the going concern and related intangible assets have been valued under separate cover.

This appraisal investigation included a visit to the property on August 5, 2009, and all necessary investigation and analyses were made by the appraisers. The appraisal was prepared in accordance with Uniform Standards of Professional Appraisal Practice (USPAP).

Based upon the procedures outlined in this report, it is estimated that the as is, fee simple market value of the subject, as of August 5, 2009, is reasonably represented in the following rounded amount:

$4,550,000

EXHIBIT C

116



Board of Directors
Valley Health System
September 9, 2009
Page 2

This estimate and the report are subject to the statement of facts and limiting conditions that are a critical part of our valuation report. No part of the appraisal report should be published or disseminated without Valuation and Information Group's prior written approval.

Thank you for the opportunity to provide you this service.

Respectfully submitted,

Valuation and Information Group

Jean-Pierre LoMonaco, MAI
President
CA Cert. Gen. AG011111

JPL/BJH/AK:jb
190210

EXHIBIT C

117

# V&IG VALUATION & INFORMATION GROUP

**An Appraisal of
A Medical Office Building**



**Hemet Valley Medical Arts Building
1117 East Devonshire Avenue
Hemet, California**

**Prepared For
Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California**

**Prepared By
Valuation & Information Group
6167 Bristol Parkway
Suite 430
Culver City, California**

EXHIBIT C                                                                118



**VALUATION &
INFORMATION
GROUP**

6167 Bristol Parkway
Suite 430
Culver City, CA 90230
Tel 310.342.0123
Fax 310.342.0147

5 Neshaminy Interplex
Suite 215
Trevose, PA 19053
Tel 215.639.7600
Fax 215.639.7605

www.valinfo.com

September 8, 2009

Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California 92543

RE:    Hemet Valley Medical Arts Building
       1117 East Devonshire Avenue
       Hemet, California

Ladies and Gentlemen:

In accordance with your request, we have conducted a market value analysis of the above referenced property. The improvements consist of a two-story, 58,716-square-foot, wood-framed, stucco siding exterior medical office building built in 1983. The quality of construction and the condition of the improvements are good.

The primary purpose of this valuation is to estimate the market value. It is our understanding that this appraisal will be used in connection with the possible sale of the facility. This letter of transmittal is accompanied by an appraisal report in a self-contained format.

The value reported herein is that of the leased fee estate, which includes the land and improvements. We have not considered any excess net working capital or working capital deficit.

This appraisal investigation included a visit to the property on August 5, 2009, and all necessary investigation and analyses were made by the appraisers. The appraisal was prepared in accordance with Uniform Standards of Professional Appraisal Practice (USPAP).

Based upon the procedures outlined in this report, it is estimated that the as is, leased fee market value of the subject, as of August 5, 2009, is reasonably represented in the following rounded amount:

**$8,700,000**

EXHIBIT C

119



Board of Directors
Valley Health System
September 8, 2009
Page 2

This estimate and the report are subject to the statement of facts and limiting conditions that are a critical part of our valuation report. No part of the appraisal report should be published or disseminated without Valuation and Information Group's prior written approval.

Thank you for the opportunity to provide you this service.

Respectfully submitted,

Valuation and Information Group

Jean-Pierre LoMonaco, MAI
President
CA Cert. Gen. AG011111

JPL/BJH/AK:jb
190210

EXHIBIT C

120

# V&I VALUATION & INFORMATION GROUP

An Appraisal of
Additional Land Parcels
and Five Accessory Buildings


Northwest Corner of Florida Avenue and San Jacinto Street,
Northwest Corner of Devonshire Avenue and Weston Place, and
919 Calhoun Place
Hemet, California


Prepared For
Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California


Prepared By
Valuation & Information Group
6167 Bristol Parkway
Suite 430
Culver City, California

EXHIBIT C

121



|  | 6167 Bristol Parkway |
|--|--|
|  | Suite 430 |
|  | Culver City, CA 90230 |
|  | Tel 310.342.0123 |
|  | Fax 310.342.0147 |

August 21, 2009

5 Neshaminy Interplex
Suite 215
Trevose, PA 19053
Tel 215.639.7600
Fax 215.639.7605

Board of Directors
Valley Health System
1117 East Devonshire Avenue
Hemet, California 92543

www.valinfo.com

RE:    Five Accessory Buildings and Land
Northwest Corner of Florida Avenue and San Jacinto Street,
Northwest Corner of Devonshire Avenue and Weston Place, and
919 Calhoun Place
Hemet, California

Ladies and Gentlemen:

In accordance with your request, we have conducted a market value analysis of the above referenced properties. The improvements consist of four accessory and support buildings totaling 30,850 square feet located on the northwest corner of Florida Avenue and San Jacinto Street, a parking lot located on the northwest corner of Devonshire Avenue and Weston Place, and a 2,100-square-foot child care center located at 919 Calhoun Place on the southeast corner of Calhoun Place and Santa Fe Street. The quality of construction of the improvements range from average to good and the condition of the improvements range from average to good.

The primary purpose of this valuation is to estimate the market value of the identified assets. It is our understanding that this appraisal will be used in connection with the possible sale of the properties. This letter of transmittal is accompanied by an appraisal report in a self-contained format.

The value reported herein is that of the fee simple estate, which includes the land and real property improvements. This appraisal investigation included a visit to the properties in question on August 5, 2009, and all necessary investigation and analyses were made by the appraisers. The appraisal was prepared in accordance with Uniform Standards of Professional Appraisal Practice (USPAP).

The following chart summarizes the concluded market value estimates, as of August 5, 2009, for the identified properties:

EXHIBIT C

122



Board of Directors
Valley Health System
August 21, 2009
Page 2

**Valley Health System**
**Summary of Acessory Property Value Conclusions**

| Property/Building | | Concluded Value |
|---|---|---|
| Parking Lot Weston & Devonshire | | $660,000 |
| Land and Accessory Buildings | | |
| Land at Florida/San Jacinto | 1,040,000 | |
| Records Storage Whse - Building Only | 560,000 | |
| Sodexo Whse - Building Only | 230,000 | |
| Data Center & "Pantry" - Building Only | 460,000 | |
| Total - Land and Accessory Buildings | | 2,290,000 |
| Child Care Center - Land and Building | | 350,000 |

At the request of our client, in support of their internal planning, we have been asked to provide the value of the parking lot at Western and Devonshire under separate cover (in this report) and exclude that area from the appraisal of Hemet Valley Medical Center (HVMC). According to the city of Hemet planning department, HVMC requires 327 parking spaces. The hospital site has 175 parking spaces and the engineering building has nine spaces for a total of 184 spaces. Without the benefit of the offsite parking lot, HVMC would be non-conforming and may find its ability to operate constrained, both physically and legally. The appraisal of the parking lot at Western and Devonshire can be severed from the HVMC operations and sold separately.

These estimates and the report are subject to the statement of facts and limiting conditions that are a critical part of our valuation report. No part of the appraisal report should be published or disseminated without Valuation and Information Group's prior written approval.

Thank you for the opportunity to provide you this service.

Respectfully submitted,

Valuation and Information Group

Jean-Pierre LoMonaco, MAI
President
CA Cert. Gen. AG011111

JPL/BJH/AK:jb
190210

EXHIBIT C

123

# **Exhibit D**

**ATTACHMENT A (Sale of Menifee Only)**
**HEMET VALLEY MEDICAL CENTER**
**PROJECTED STATEMENTS OF REVENUES AND EXPENSES**
**CALENDAR YEARS 2010 - 2012**

**CALENDAR YEAR PROJECTIONS**

| | 2010 HVMC | 2010 DISTRICT | 2010 MSA* | 2010 TOTAL | 2011 HVMC | 2011 DISTRICT | 2011 MSA* | 2011 TOTAL | 2012 HVMC | 2012 DISTRICT | 2012 MSA* | 2012 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Daily Census | 130 | | | | 132 | | | | 138 | | | |
| **PROJECTED REVENUES** | | | | | | | | | | | | |
| Net Inpatient Rev | $115,114,485 | $ - | $ - | | $119,201,497 | $ - | $ - | | $127,106,439 | $ - | $ - | |
| Net Outpatient Rev | 38,856,214 | 0 | 0 | | 41,738,972 | 0 | 0 | | 44,581,008 | 0 | 0 | |
| Bad Debt | (31,889,530) | 0 | 0 | | (33,305,741) | 0 | 0 | | (34,977,046) | 0 | 0 | |
| Other Oper Revenue | 215,533 | 685,622 | 4,488,976 | | 226,310 | 719,903 | 4,713,425 | | 237,625 | 755,898 | 4,949,096 | |
| Total Proj Rev | $122,296,702 | $685,622 | $4,488,976 | | $127,862,038 | $719,903 | $4,713,425 | | $136,948,026 | $755,898 | $4,949,096 | |
| **PROJECTED EXPENSES** | | | | | | | | | | | | |
| Salaries & Wages | $42,337,331 | $4,765,025 | $1,395,715 | | $43,974,784 | $5,003,276 | $1,465,501 | | $46,729,733 | $5,188,384 | $1,538,776 | |
| Employee Benefits | 11,029,310 | 1,601,715 | 472,247 | | 11,606,074 | 1,747,534 | 495,880 | | 12,333,289 | 1,812,349 | 520,053 | |
| Registry | 1,688,317 | 26,460 | 24,794 | | 1,719,337 | 27,783 | 26,034 | | 1,895,569 | 28,621 | 27,335 | |
| Purchased Services | 11,555,131 | 2,352,719 | 876,199 | | 12,265,255 | 2,023,630 | 922,109 | | 13,176,743 | 2,085,897 | 968,214 | |
| Professional Fees | 1,577,301 | 2,035,643 | 281,901 | | 1,624,604 | 2,090,992 | 295,096 | | 1,673,342 | 2,147,801 | 310,786 | |
| Supplies | 18,397,231 | 461,183 | 147,124 | | 20,745,387 | 450,404 | 154,480 | | 22,991,847 | 442,680 | 162,204 | |
| Leases & Rentals | 2,072,137 | 181,592 | 90,286 | | 2,013,201 | 163,512 | 94,800 | | 1,957,541 | 145,857 | 99,540 | |
| Insurance | 535,817 | 410,476 | 0 | | 615,296 | 430,702 | | | 646,061 | 452,237 | | |
| Other Direct Expenses | 3,771,301 | 2,397,470 | 478,233 | | 3,934,438 | 2,607,497 | 502,144 | | 4,052,471 | 2,675,679 | 527,251 | |
| Depreciation/Amort | 3,109,593 | 1,527,378 | 312,369 | | 3,547,412 | 1,709,967 | 328,008 | | 4,244,909 | 1,807,976 | 344,409 | |
| Interest Expense | 1,125,483 | 758,414 | 0 | | 618,750 | 398,425 | 0 | | 618,750 | 349,577 | 0 | |
| Bond Issue Costs | | 44,232 | 0 | | | 88,464 | 0 | | | 88,464 | 0 | |
| Home Office Expense | 15,391,681 | (15,391,681) | 0 | | 16,446,475 | (16,446,475) | 0 | | 16,852,791 | (15,852,791) | 0 | |
| Total Oper Exp | $115,090,033 | $1,168,626 | $4,080,887 | | $118,111,013 | $1,295,512 | $4,204,303 | | $126,173,057 | $1,352,732 | $4,499,778 | |
| Profit (Loss) From Ops | $7,206,069 | $(483,055) | 408,089 | | $9,751,025 | $(575,609) | 428,493 | | $10,774,969 | $(596,834) | 449,918 | |
| Other Non Oper Rev | 0 | 146,916 | 0 | | 0 | 146,916 | 0 | | 0 | 146,916 | 0 | |
| Gain on Sale of Assets | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | |
| Investment Income | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | |
| Profit (Loss) | $7,206,069 | $(336,089) | $408,089 | | $9,751,025 | $(428,693) | $428,493 | | $10,774,969 | $(449,918) | $449,918 | |

* Note: MSA estimate is based on current District Office service level

Printed on 11/1/2009 2:18 PM

# HEMET VALLEY MEDICAL CENTER
## PROJECTED STATEMENTS OF CASH FLOWS
### CALENDAR YEARS 2010 - 2012

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| **PROJECTED CASH RECEIPTS** | | | |
| Net Patient Rev | $ 124,522,792 | $ 132,741,157 | $ 136,710,401 |
| Other Operating Revenue | 4,997,972 | 5,636,630 | 5,918,462 |
| Non Operating Revenue | 150,416 | 146,916 | 146,916 |
| Proceeds from Sale of Assets | 0 | 0 | 0 |
| Misc | 0 | 0 | 0 |
| **Total Projected Receipts** | $ 129,671,180 | $ 138,524,704 | $ 142,775,779 |
| | | | |
| **PROJECTED DISBURSEMENTS** | | | |
| Payroll & Benefits | $ 61,402,079 | $ 64,046,812 | $ 67,857,043 |
| Purchased Services | 15,428,261 | 15,210,995 | 16,210,854 |
| Professional Services Fees | 8,134,416 | 5,784,746 | 6,083,466 |
| Supplies | 20,384,917 | 21,356,820 | 23,814,082 |
| Capital Expenditures | 7,501,807 | 10,134,851 | 10,189,406 |
| Leases & Rentals | 2,344,015 | 2,271,513 | 2,202,938 |
| Insurance & Taxes | 946,292 | 1,045,999 | 1,098,299 |
| Other Direct expenses | 6,665,879 | 7,044,079 | 7,255,401 |
| Interest Payments | 326,572 | 398,425 | 349,577 |
| Transfers to Bond Payment Funds | | | |
| 96 Bond | 1,031,250 | 1,031,250 | 1,031,250 |
| Reserve Fund Repayment | | | |
| 96 Bond DSR | 2,763,333 | 0 | 0 |
| Payments on LT Debt | 296,588 | 0 | 0 |
| **Total Cash Disbursements** | $ 127,225,409 | $ 128,325,490 | $ 136,092,316 |
| | | | |
| Net Change in Cash | $ 2,445,771 | $ 10,199,214 | $ 6,683,463 |
| Beginning Cash Balance (Before W/C Req.) | 9,243,108 | 2,204,705 | 2,696,554 |
| Working Capital Reserve Requirements* | 9,484,174 | 9,707,365 | 10,325,562 |
| Excess Available to Unsecured Creditors | $ 2,204,705 | $ 2,696,554 | $ (945,545) |

\* Disbursements per day times 30 days cash on hand.

Printed on 11/1/2009 2:18 PM

# HEMET VALLEY MEDICAL CENTER
## KEY FORECAST ASSUMPTIONS (CALENDAR YEARS 2010 - 2012)

### PATIENT VOLUMES

1   Acute inpatient discharges at Hemet are projected to remain at current levels starting January 2010, to increase 3.5% starting in July 2010 to increase 5% starting in January 2011 and to increase 5% in Calendar 2012. An Average Daily Census of 130 is the projection for Calendar Year 2010.

Increase in 2011 is based on the re-capturing of patients being sent to other hospitals.

2   VHS management is evaluating a number of other inpatient and outpatient programs as part of its ongoing strategic planning process and would expect to be able to add additional volumes and positive impact to Operating Income, however, we are still in the process of feasibility analysis and have chosen to not incorporate any value associated with programs currently under evaluation.

### NET REVENUES

3   Net revenues have been forecasted based upon current payer rates, future rate increases that have already been negotiated, and expected future rate increases based on recent trends and expectations going forward. Assumed rates of increase for both IP and OP, by payer and month of increase, are set forth below:

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| Medicare (October) | 1.0% | 1.0% | 1.0% |
| Senior HMO (October) | 1.0% | 1.0% | 1.0% |
| Medi-Cal (April) | 1.0% | 1.0% | 1.0% |
| *Commercial HMO/PPO (January) | 2.0% | 5.0% | 5.0% |
| General Insurance (January) | 2.0% | 5.0% | 5.0% |
| Self Pay | 1.0% | 5.0% | 5.0% |

   * Opportunity for Increased Net Revenue with next contract negotiation

4   The Oct 1, 2009 selected rate increase of approximately 12% is estimated to generate an added $ 2 million per year in Net Revenue. No rate increase is projected for years 2011 and 2012.

5   Approximately $3.2 million has been added to Net Revenue in Calendar 2010 for SB 1383 funds related to the Medi-Cal program. No amount has been added to years 2011 and 2012.

Printed on 11/1/2009  2:18 PM

EXHIBIT D

127

# HEMET VALLEY MEDICAL CENTER
## KEY FORECAST ASSUMPTIONS (CALENDAR YEARS 2010 - 2012)

6    The 'Distressed Hospital Fund' projected annual amount of $1,000,000 is included in the Net Patient Revenue for 2010, 2011 and 2012.

7    Full implementation of Interqual Management services expected in Calendar 2010.

## OTHER OPERATING REVENUE

8    The Other Operating Revenue that will be generated to cover the outsourcing of District Office expenses to Menifee Valley Medical Center is estimated at approximately $4 million per year for 2010, 2011 and 2012. Anticipates full allocation of MSA services to Menifee and may vary with actual services provided.

## OPERATING EXPENSES

9    Salaries & Wages

   o    Increases to salaries and wage rates from calendar years 2010 through 2012 are as follows:

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
|  | 3.0% | 6.0% | 5.0% |

   Due to annual wage increases in July, calendar year 2010 will average 3% with the 6% increase only covering the last 6 months. Bargaining units renegotiations to begin approximately February and March of 2010.

   o    Calendar Year 2010 includes a reduction of approximately $1.3 million in Salaries and Benefits from Corporate office staff reductions.

10    Purchased Services

   o    Reduction in Sodexho contract to save approximately $2.5 million annually.

   o    Transfer of Bio-Pharm night on-call to in-house staff to net approximately $150,000 in savings annually.

   o    Reduction in Transcription Service to net approximately $200,000 annually.

12    Restructure Costs

   o    The monthly average of $500,000 for Bankruptcy reorganization costs have been taken out starting in April of 2010.

Printed on 11/1/2009 2:18 PM

EXHIBIT D

# HEMET VALLEY MEDICAL CENTER
## KEY FORECAST ASSUMPTIONS (CALENDAR YEARS 2010 - 2012)

**12**    Supplies Expense

    o    Supplies expense is budgeted to increase in all years of the forecast due to inflation: medical supplies at 6%, pharmaceutical supplies at 5%, all other non-clinicals at 3%.    Supplies also varies directly with patient volumes.

    o    Change in GPO will project a savings of approximately $500,000 annually.

    o    Savings in orthopedic implants and suture costs are projected at approximately $1 million.

**13**    Depreciation Expense

    o    Capital Additions for the forecasted years ($000s):

| | **2010** | **2011** | **2012** |
|---|---|---|---|
| | $7,500 | $10,000 | $10,000 |

    o    Due to the increases in Capital Additions, Depreciation Expense increases from original projections are:

| | **2010** | **2011** | **2012** |
|---|---|---|---|
| | $700k | $900k | $1.2 mil |

**14**    Other Expenses

    o    Potential implementation expenses related to the projected increase in Capital Equipment have not been included in the projections

**HEMET VALLEY MEDICAL CENTER**
**KEY FORECAST ASSUMPTIONS (CALENDAR YEARS 2010 - 2012)**

**CASH FLOW**

15    Cash Collections as a % of Net Patient Revenues are as follows:

| | **2010** | **2011** | **2012** |
|---|---|---|---|
| | 102% | 104% | 100% |

16    Increases to needed Capital Equipment & Projects will result in the following capital expenditures:
(excluding any seismic retrofit expenses)

| | **2010** | **2011** | **2012** |
|---|---|---|---|
| | $7.5 mil | $10 mil | $10 mil |

17    Payments made to secured creditors for the '96 Bond (remaining estimate at $15 million) will be 'interest only'
for calendar years 2010 through 2012.

18    Hemet Valley Medical Center will replenish the deficit of approximately $2.7 million for the Bond Reserve Fund.
The full funding will be made in 2010.

19    Payments on LT Debt includes the Select note estimated at $9,500,000. This amount is to be paid starting in 3 years, and
is interest only beginning January, 2012.

Printed on 11/1/2009 2:18 PM

EXHIBIT D

130