CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
NEETA MENON (STATE BAR NO. 254736)
STUTMAN, TREISTER & GLATT
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600
Telecopy:   (310) 228-5788

Chapter 9 Counsel for
Valley Health System


MARC RAPPEL (STATE BAR NO. 097032)
HEATHER L. FOWLER (STATE BAR NO. 251750)
NATHAN M. SMITH (STATE BAR NO. 255212)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

Counsel for Save The Hospitals, Inc., a California corporation; Prime Healthcare Services, Inc., a Delaware corporation; Albert L. Lewis, Jr., a taxpayer and resident of the VHS local health care district; John Lloyd, a taxpayer and resident of the VHS local health care district; Edward J. Fazekas, a taxpayer and resident of the VHS local health care district

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor. | Case No. 6:07 -bk-18293-PC<br><br>Chapter 9<br><br>**STIPULATION TO WITHDRAW RENEWED MOTION FOR RELIEF FROM STAY, DISMISS APPEAL AND TO ADJUDICATE ISSUES RAISED BY CHALLENGE ACTIONS**<br><br>Hearing:<br>Date:   January 21, 2010<br>Time:   9:30 a.m.<br>Place:  Courtroom 304<br>            3420 Twelfth Street<br>            Riverside, CA  92501<br>Judge: Hon. Peter H. Caroll |

535672v.1

THIS STIPULATION is entered into between Chapter 9 Debtor Valley Health System, a California Local Health Care District, ("VHS" or the "District") and Movants and Interested Parties Save The Hospital, Inc., Prime Healthcare Services, Inc., John Lloyd, Ed Fazekas and Albert L. Lewis, Jr. (collectively, the "Movants") and is based on the following facts:

## **RECITALS**

1. On November 20, 2009, Movants filed their Renewed Notice of Motion and Motion for Relief From the Automatic Stay ("Renewed Motion"). Docket No. 632;

2. On December 14, 2009, Movants filed a Notice of Hearing setting the Renewed Motion for hearing on January 7, 2009. Docket No. 673. The hearing is now scheduled for January 21, 2010 at 9:30 a.m.

3. Movants filed the Renewed Motion to obtain relief from the automatic stay to file the state court complaint (the "Conflict Action") attached as Exhibit A to Movants' Supplemental Brief in Support of Motion for Relief from Automatic Stay to Pursue State Court Litigation, Docket No. 603, and to permit continued prosecution of the CEQA action styled Prime Healthcare Management, Inc.; Albert L. Lewis Jr.; John Lloyd; and Edward J. Fazekas v. Valley Health System; Does 1-10, as Respondents and Physicians for Healthy Hospitals, Inc., as a Real Party in Interest, now pending before this court as Adversary Proceeding 6:09-ap-01708 (the "CEQA Action");

4. On December 23, 2009, this Court issued an order: (1) Approving the Adequacy of the First Amended Disclosure Statement; (2) Setting Date and Time of the Confirmation Hearing; (3) Establishing the Last Day to Vote on or Object to Confirmation of the First Amended Plan; and (4) Establishing Other Confirmation Procedures (the "Order"). Docket No. 694. The Order states that this Court "shall resolve various issues raised in the Challenge Actions" as part of the plan confirmation process.

5. On or about January 15, 2010, Movants filed their Supplemental Brief which contained a proposed First Amended Complaint in the Conflict Action ("First Amended Complaint").

535672v.1

1

6. On or about January 14, 2010, Movants filed their "Report" in connection with the Status Conference scheduled for January 19, 2010 pertaining to the Challenge Actions, which sets forth, in Part II B thereof, all of the grounds upon which the Movants are currently challenging the District's proposed sale to Physicians For Healthy Hospitals, Inc ("PHH") (herein the "Sale").

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this Stipulation, through their undersigned counsel, that:

A. Movants hereby withdraw the renewed notice of motion and motion for relief from the automatic stay, Docket No. 362, and the notice of hearing on the renewed motion, Docket No. 673;

B. Movants shall promptly dismiss their appeal from the Bankruptcy Court's order entered November 23, 2009 denying their initial motion for relief from stay;

C. Subject to paragraph D. below, the Bankruptcy Court shall hear and decide: (1) all of the causes of action set forth in the Challenge Actions, including those set forth in the First Amended Complaint, and (2) all grounds for opposing the Sale set forth in Part II B of Prime's Report. The Bankruptcy Court shall have the authority to make any findings and orders and to grant any relief that could be granted by a state court of competent jurisdiction in ruling on Movant's claims, as set forth in the First Amended Complaint or part II B of the Report, that : (1) the PHH transaction does not provide "fair value" for the District's assets; (2) member(s) of the VHS board who voted to approve the PHH transaction had conflict(s) of interest prohibited by California Government Code section 1090 *et. seq.*; (3) the PHH transaction required approval by LAFCO under Government Code section 56824.12; (4) VHS violated CEQA in connection with the PHH transaction; and (5) the VHS board breached its fiduciary duty in approving the ASA with a "no shop" provision as set forth in section 4.7 thereof (collectively, the "State Law Claims").

D. To the extent that Movants assert any grounds for opposing the Sale (other than the State Law Claims) that challenge the feasibility of the District's First Amended Plan of Adjustment ("Plan") or otherwise raise issues of bankruptcy law : (1) nothing herein contained shall constitute an admission or concession that any of the Movants have any standing or qualify as

2

535672v.1

"parties in interest" for purposes of appearing or being heard in connection with the District's Plan, (2) such objections shall be governed by and decided under applicable provisions of the Bankruptcy Code and cases decided thereunder, and (3) the District reserves all rights to oppose, defend against and dispute any such Plan objections and the bankruptcy court's authority to grant any relief related thereto other than to deny confirmation of its Plan.

Dated: January 20, 2010

/s/ Neeta Menon
Charles D. Axelrod, CA State Bar No. 39507
Gary E. Klausner, CA State Bar No. 69077
NEETA MENON, CA State Bar No. 254736
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
ATTORNEYS FOR VALLEY HEALTH SYSTEM.

Dated: January 20, 2010

/s/ Marc Rappel
Marc Rappel, CA State Bar No. 097032
Heather L. Fowler, CA State Bar No. 251750
Nathan M. Smith, CA State Bar No. 255212
LATHAM & WATKINS LLP
ATTORNEYS FOR SAVE THE HOSPITALS, INC., A CALIFORNIA CORPORATION; PRIME HEALTHCARE SERVICES, INC., A DELAWARE CORPORATION; ALBERT L. LEWIS, JR., A TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT; JOHN LLOYD, A TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT; AND EDWARD J. FAZEKAS, A TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT.

535672v.1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described **ORDER APPROVING STIPULATION TO WITHDRAW RENEWED MOTION FOR RELIEF FROM STAY, DISMISS APPEAL AND TO ADJUDICATE ISSUES RAISED BY CHALLENGE ACTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 20, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 20, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/20/2010 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
535679v1

**F 9013-3.1**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Andrew K Alper on behalf of Creditor Key Equipment Finance Inc.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Terri H Andersen on behalf of U.S. Trustee United States Trustee (RS)
terri.andersen@usdoj.gov

Kathryn M Barnes on behalf of Creditor c/o Kathryn Barnes Valley Medical Staffing, Inc.
kbarnes@thelen.com

Mark Bradshaw on behalf of Creditor Hemet Community Medical Group Inc
mbradshaw@shbllp.com

Michael E Busch on behalf of Creditor BETA Healthcare Group
michael.busch@fnf.com

Traci L Cotton on behalf of Creditor UT System obo UT MD Anderson Cancer Center
tcotton@utsystem.edu

Jennifer Witherell Crastz on behalf of Creditor Beckman Coulter, Inc.
jcrastz@hemar-rousso.com

Melissa Davis on behalf of Creditor KM Strategic Management LLC
mdavis@shbllp.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)
timothy.j.farris@usdoj.gov

H Alexander Fisch on behalf of Counter-Defendant Valley Health System
afisch@stutman.com

Yolanda Flores-Burt on behalf of Interested Party NEF
yflores1@sbcglobal.net

Heather Fowler on behalf of Interested Party Prime Healthcare Management, Inc.
heather.fowler@lw.com, colleen.rico@lw.com

Roger F Friedman on behalf of Creditor Kali Chaudhuri
rfriedman@rutan.com

Mark S Horoupian on behalf of Interested Party Prime Healthcare Management LLC
mhoroupian@sulmeyerlaw.com

Allan H Ickowitz on behalf of Creditor Kaiser Foundation Hospitals
aickowitz@nossaman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
535679v1

**F 9013-3.1**

| In re: | | CHAPTER 9 |
|---|---|---|
| | VALLEY HEALTH SYSTEM, | |
| | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Jeffrey L Kandel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
jkandel@pszjlaw.com

Sheri Kanesaka on behalf of Creditor Catholic Healthcare West
sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Q Scott Kaye on behalf of Creditor U.S. Bank, National Association, as trustee
qskaye@mwe.com

John W Kim on behalf of Creditor Kaiser Foundation Hospitals
jkim@nossaman.com

Stuart I Koenig on behalf of Creditor Blue Cross Of California
Skoenig@cmkllp.com

Jean LeBlanc on behalf of Creditor U.S. Bank, National Association, as trustee
jleblanc@mwe.com

Dana N Levitt on behalf of Creditor U.S. Bank, National Association, as trustee
dlevitt@mwe.com, WSmith@mwe.com

Michael S Lurey on behalf of Creditor Catholic Healthcare West
michael.lurey@lw.com, colleen.rico@lw.com

Samuel R Maizel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
smaizel@pszjlaw.com, smaizel@pszjlaw.com

David J Mccarty on behalf of Counter-Claimant Aetna Health Management LLC
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

Neeta Menon on behalf of Debtor Valley Health System
nmenon@stutman.com

Uzzi O Raanan on behalf of Creditor Siemens Financial Services, Inc.
uor@dgdk.com

Christian L Raisner on behalf of Creditor Local 121 RN
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Christopher O Rivas on behalf of Creditor General Electric Capital Corporation
crivas@reedsmith.com

Stephanie M Seidl on behalf of Counter-Claimant Aetna Health Management LLC
sseidl@sheppardmullin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
535679v1

**F 9013-3.1**

| In re: | | CHAPTER 9 |
|---|---|---|
| | VALLEY HEALTH SYSTEM, | |
| | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Leonard M Shulman on behalf of Creditor Hemet Community Medical Group Inc
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Healthcare Group
jerrys@psdslaw.com

Adam M Starr on behalf of Creditor Anaheim Memorial Hospital
starra@gtlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank, National Association, as trustee
jstrabo@mwe.com, losangelestrialdocket@mwe.com

Derrick Talerico on behalf of Creditor SCAN Health Plan
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

Wayne R Terry on behalf of Creditor BANK OF THE WEST
wterry@hemar-rousso.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Universal Health Services
avaldez@fulbright.com

David M Wiseblood on behalf of Creditor c/o Christian L. SEIU-United Healthcare Workers West
dwiseblood@seyfarth.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
535679v1

**F 9013-3.1**

| | | |
|---|---|---|
| In re: <br> VALLEY HEALTH SYSTEM, <br> Debtor(s). | CHAPTER 9 <br><br> CASE NUMBER 6:07-bk-18293-PC | |

## II. SERVED BY U.S. MAIL

VALLEY HEALTH SYSTEM<br>
5965 - Special Notice List<br>
Revised 12/23/2009<br>
Doc. No. 483619v4

**Served by Federal Express**
The Honorable Peter Carroll
USBC - Central District of CA
3420 Twelfth Street
Courtroom No. 304
Riverside, CA  92501-3819

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA  92401

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Atty for Both: Menifee Valley
Community Medical Group &
Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA  92610-2808

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  926917

Atty/Sodexho USA aka Sodexho
Marriott Servs.
Poyner & Spruill LLP
Attn:  Judy D. Thompson
301 South College St., #2300
Charlotte, NC  28202

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA  92543

Valley Health System
1117 East Devonshire Avenue
Hemet, CA  92543

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Trustee for Bondholders
US Bank/ FAX:  651/495-3775
Attn:  Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN  55107-2292

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  92691

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn:  Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA  90071

Atty/Southland Endoscopy Center
Davis & Wojcik
Attn:  Joseph M. Wojcik
1001 E. Morton Place, Suite A
Hemet, CA  92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq./Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA  90067

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA  90404

Primeshares
60 Madison Ave., 2nd Floor
New York, NY  10011-1600

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA  92506

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn:  L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA  92610

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*          **F 9013-3.1**
535679v1

| In re: | | |
|---|---|---|
| | VALLEY HEALTH SYSTEM, | CHAPTER 9 |
| | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E, 3rd Fl.
Los Angeles, CA 90067-2904

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Atty/ HRC Manor Care Inc.
Fredrick, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

U.S. Bank National Association
Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St., 24th Floor
Los Angeles, CA 90071

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067

Law Offices of Yolanda Flores-Burt
Yolanda Flores-Burt
780 North Euclid Street, Suite 201
Anaheim, CA 92801

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave., Ste 1120
Miami, FL 33131-1605

Atty/ US Bank National Association
Jason D. Strabo
McDermott Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st Floor
Los Angeles, CA 90071

Atty/Prime Healthcare Management, Inc./ Albert L. Lewis, Jr./John Lloyd/ Edward J. Fazekas
Daniel P. Brunton,/Lauren B. Ross
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

Law Offices of Shawna S. Nazari
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Valley Medical Staffing Inc.
Michael B. Conley
3685 Mount Diablo Blvd,. #351
Lafayette, CA 94549

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave., Ste 705
Pasadena, CA 91101

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St., Ste. 5400
Chicago, IL 60606

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana, #1800
Houston, TX 77002

Counsel for Save the Hospitals, Inc.; Prime Healthcare Services, Inc./ A. Lewis Jr./ J. Lloyd/ E. Fazekas
Marc Rappel/Heather Fowler/Nathan Smith
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

Attorney for Beckman Coulter
Jillan L. Nolan, Esq.
Bernstein Law Firm P
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**
535679v1

| In re: | | CHAPTER 9 |
|---|---|---|
| | VALLEY HEALTH SYSTEM, | |
| | Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Attorney for Beckman Coulter
Jennifer Witherell Crastz, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Flr.
Encino, CA  91436

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9013-3.1**
535679v1