CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
MARINA FINEMAN (STATE BAR NO. 193065)
NEETA MENON (STATE BAR NO. 254736)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788
caxelrod@stutman.com
gklausner@stutman.com
afisch@stutman.com
nmenon@stutman.com

Chapter 9 Counsel for
Valley Health System

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:07-bk-18293-PC |
| VALLEY HEALTH SYSTEM, | Chapter 9 |
| | **MODIFICATION OF FIRST AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF VALLEY HEALTH SYSTEM DATED DECEMBER 17, 2009** |
| Debtor, | [No Hearing Required] |

536695v1

Valley Health System, the debtor in this chapter 9 case ("District"), hereby files, pursuant to Bankruptcy Code section 942, the modifications set forth in numbered paragraph 1-4 below (the "Plan Modifications") to the "First Amended Plan For The Adjustment Of Debts Of Valley Health System Dated December 17, 2009" (the "Existing Plan") that was found by the Court in the plan confirmation proceedings that commenced on the February 9, 2010 (the "February 9th Record") and were continued to February 22, 2010, to have been duly accepted by each class of claims impaired thereunder. The Plan Modifications are enumerated in the February 9th Record as are the rulings of the Court that (i) no further disclosure concerning the Plan Modifications is required and (ii) the Plan Modifications do not adversely change the treatment of the claims of any creditors other than those that voluntarily agreed to subordinate their claims on an individualized basis. Accordingly, upon the filing of the Plan Modifications: (i) the Existing Plan, as so modified, becomes the chapter 9 plan for adjustment of the debts of District pursuant to section 942 of the Bankruptcy Code and (ii) pursuant to section 1127(d) of the Bankruptcy Code and Rule 3019(a) of the Federal Rules of Bankruptcy Procedure, the Existing Plan, as so modified, is deemed accepted by all creditors who previously accepted the Existing Plan.

1.  Section A of Article I of the Existing Plan is augmented by adding the following:

"16.A. <u>Class 2A Claims Allowance/Disbursing Agent</u> means the person or entity designated by the Creditors Committee to: (a) assess the filed Class 2A proofs of claim and their supporting documentation, if any, (b) object to the allowance of any Class 2A claim in whole or in part, (c) receive from PHH all funds to be distributed to Class 2A, (d) distribute pro rata (subject to subordination agreements entered into by holders of certain Class 2A Claims) to the holders of Allowed Class 2A Claims all funds received from PHH that remain after paying its fees and costs and those of any professional person it retains to assist it in discharging its functions."

2.  Section D.2. of Article IV of the Existing Plan is modified by

1        (i)    inserting in line 3 thereof "approximately $ 2 million on the Effective Date and the balance" after "paid"; and

2        (ii)    inserting at the end of Section D.2. "and further reduced by the fees and costs of the Class 2A Claims Allowance/Disbursing Agent and those of any professional person retained by it to assist in the discharge of its duties."

3.    Section A of Article VIII of the Existing Plan is deleted to negate the power of the District to retain a disbursing agent.

4.    Sections A. and B. of Article IX of the Existing Plan are amended by deleting "the District" from the two places that it appears in Section A and the one time it appears in Section B with the "Class 2A Claims Allowance/Disbursing Agent" being inserted in lieu thereof so as to grant to the Class 2A Allowance /Disbursing Agent the right to object to the allowance of Claims filed with the Bankruptcy Court with respect to which liability or allowance is disputed in whole or in part in lieu of the District having such right.

Dated: February 19, 2010

/s/ Neeta Menon
Neeta Menon, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Bankruptcy Counsel for Debtor

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Stutman, Treister & Glatt, Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013**

The foregoing document described **MODIFICATION OF FIRST AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF VALLEY HEALTH SYSTEM DATED DECEMBER 17, 2009** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General** Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served): On **February 19, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/19/2010 | Debra G. Ige | *Debra G. Ige* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

537004v.1

F 9013-3.1

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Andrew K Alper on behalf of Creditor Key Equipment Finance Inc.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Terri H Andersen on behalf of U.S. Trustee United States Trustee (RS)
terri.andersen@usdoj.gov

Kathryn M Barnes on behalf of Creditor c/o Kathryn Barnes Valley Medical Staffing, Inc.
kbarnes@thelen.com

Mark Bradshaw on behalf of Creditor Hemet Community Medical Group Inc
mbradshaw@shbllp.com

Michael E Busch on behalf of Creditor BETA Healthcare Group
michael.busch@fnf.com

Traci L Cotton on behalf of Creditor UT System obo UT MD Anderson Cancer Center
tcotton@utsystem.edu

Jennifer Witherell Crastz on behalf of Creditor Beckman Coulter, Inc.
jcrastz@hemar-rousso.com

Melissa Davis on behalf of Creditor KM Strategic Management LLC
mdavis@shbllp.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)
timothy.j.farris@usdoj.gov

H Alexander Fisch on behalf of Counter-Defendant Valley Health System
afisch@stutman.com

Heather Fowler on behalf of Interested Party Prime Healthcare Services, Inc.
heather.fowler@lw.com, colleen.rico@lw.com

Roger F Friedman on behalf of Creditor Kali Chaudhuri
rfriedman@rutan.com

Mark S Horoupian on behalf of Interested Party Prime Healthcare Management LLC
mhoroupian@sulmeyerlaw.com

Allan H Ickowitz on behalf of Creditor Kaiser Foundation Hospitals
aickowitz@nossaman.com

Jeffrey L Kandel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
jkandel@pszjlaw.com

Sheri Kanesaka on behalf of Creditor Catholic Healthcare West
sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Q Scott Kaye on behalf of Creditor U.S. Bank, National Association, as trustee
qskaye@mwe.com

John W Kim on behalf of Creditor Kaiser Foundation Hospitals
jkim@nossaman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
537004v.1

F 9013-3.1

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

Stuart I Koenig on behalf of Creditor Blue Cross Of California
Skoenig@cmkllp.com

Jean LeBlanc on behalf of Creditor U.S. Bank, National Association, as trustee
jleblanc@mwe.com

Dana N Levitt on behalf of Creditor U.S. Bank, National Association, as trustee
dlevitt@mwe.com, WSmith@mwe.com

Michael S Lurey on behalf of Creditor Catholic Healthcare West
michael.lurey@lw.com, colleen.rico@lw.com

Samuel R Maizel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
smaizel@pszjlaw.com, smaizel@pszjlaw.com

David J Mccarty on behalf of Counter-Claimant Aetna Health Management LLC
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

Uzzi O Raanan on behalf of Creditor Siemens Financial Services, Inc.
uor@dgdk.com

Christian L Raisner on behalf of Creditor Local 121 RN
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Christopher O Rivas on behalf of Creditor General Electric Capital Corporation
crivas@reedsmith.com

Stephanie M Seidl on behalf of Counter-Claimant Aetna Health Management LLC
sseidl@sheppardmullin.com

Leonard M Shulman on behalf of Creditor Hemet Community Medical Group Inc
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Healthcare Group
jerrys@psdslaw.com

Adam M Starr on behalf of Creditor Anaheim Memorial Hospital
starra@gtlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank, National Association, as trustee
jstrabo@mwe.com, briley@mwe.com

Derrick Talerico on behalf of Creditor SCAN Health Plan
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

Wayne R Terry on behalf of Creditor BANK OF THE WEST
wterry@hemar-rousso.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Universal Health Services
avaldez@fulbright.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
537004v.1

F 9013-3.1

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

David M Wiseblood on behalf of Creditor c/o Christian L. SEIU-United Healthcare Workers West
dwiseblood@seyfarth.com

## II. SERVED BY U.S. MAIL

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 12/23/2009
Doc. No. 483619v4

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty for Both: Menifee Valley Community Medical Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Primeshares
60 Madison Ave., 2nd Floor
New York, NY 10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
537004v.1

**F 9013-3.1**

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy Center
Davis & Wojcik
Attn: Joseph M. Wojcik
1001 E. Morton Place, Suite A
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E, 3rd Fl.
Los Angeles, CA 90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Atty/ Valley Medical Staffing Inc.
Michael B. Conley
3685 Mount Diablo Blvd,. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ HRC Manor Care Inc.
Fredrick, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA 92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave., Ste 1120
Miami, FL 33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave., Ste 705
Pasadena, CA 91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Atty/ US Bank National Association
Jason D. Strabo
McDermott Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St., Ste. 5400
Chicago, IL 60606

U.S. Bank National Association Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St., 24th Floor
Los Angeles, CA 90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st Floor
Los Angeles, CA 90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana, #1800
Houston, TX 77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067

Atty/Prime Healthcare Management, Inc./ Albert L. Lewis, Jr./John Lloyd/ Edward J. Fazekas
Daniel P. Brunton, Esq.
Lauren B. Ross, Esq.
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

Counsel for Save the Hospitals, Inc.; Prime Healthcare Services, Inc./ A. Lewis Jr./ J. Lloyd/ E. Fazekas
Marc Rappel/Heather Fowler/Nathan Smith
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
537004v.1

F 9013-3.1

| In re: Valley Health System | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:07-bk-18293-PC |

Law Offices of Yolanda Flores-Burt
Yolanda Flores-Burt
780 North Euclid Street, Suite 201
Anaheim, CA 92801

Law Offices of Shawna S. Nazari
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Attorney for Beckman Coulter
Jillan L. Nolan, Esq.
Bernstein Law Firm P
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Attorney for Beckman Coulter
Jennifer Witherell Crastz, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Flr.
Encino, CA 91436

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
537004v.1

F 9013-3.1