## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**VALLEY HEALTH SYSTEM, a California Local Health Care District,**<br><br>                     Debtor. | Case No. 6:07-bk-18293-PC<br><br>Chapter 9 |

**NOTICE OF:  (A)  ENTRY OF ORDER OF CONFIRMATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN OF ADJUSTMENT, (C) THE BAR DATE FOR ASSERTION OF ADMINISTRATIVE CLAIMS AND REJECTION DAMAGES CLAIMS, AND (D) THE PROCEDURES TO BE FOLLOWED FOR INCLUSION ON ALL NOTICE LISTS**

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, KNOWN HOLDERS OF CLAIMS AND INTERESTS IN THIS CASE, PARTIES REQUESTING SPECIAL NOTICE, AND OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CASE:**

**PLEASE TAKE NOTICE THAT:**

**Confirmation of Plan of Adjustment.**

On April 26, 2010 (the "Confirmation Date"), the United States Bankruptcy Court for the Central District of California entered its "Order (i) Confirming First Amended Plan for Adjustment of Debts of Valley Health System Dated December 17, 2009, as Modified February 19, 2010, and (ii) Granting Judgment for Valley Health System in Each Challenge Action" (the "Confirmation Order").  The Confirmation Order confirmed the "First Amended Plan for the Adjustment of Debts of Valley Health System Dated December 17, 2009 as Modified February 19, 2010" (the "Plan"), filed by  Valley Health System, a California Local Health Care District (the "District").  A copy of the Confirmation Order is available upon written request to the District's counsel at the address set forth below.

**Occurrence of Effective Date of the Plan.**[1]

Pursuant to the Plan and the Confirmation Order, on October 13, 2010, the sale of substantially all of the District's assets to Physicians for Healthy Hospitals, Inc. ("PHH") closed.  Upon the sale closing, on October 13, 2010, the Plan became effective and binding on all parties in interest in the Chapter 9 Case.  **October 13, 2010 is the Effective Date of the Plan**.

In accordance with the Plan, Alvarez & Marsal Healthcare Industry Group, LLC has been appointed as the Class 2A Claims Allowance/Disbursing Agent ("Disbursing Agent").  The

---

[1]    All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

542622v1

Disbursing Agent will: (a) assess the filed Class 2A proofs of claim and their supporting documentation, if any, (b) object to the allowance of any Class 2A claim, (c) receive from PHH all funds to be distributed to Class 2A, (d) distribute pro rata (subject to subordination agreements entered into by holders of certain Class 2A Claims) to the holders of Allowed Class 2A Claims all funds received from PHH that remain after paying its fees and costs and those of any professional person retained by the Disbursing Agent and by the Post-Effective Date Committee (described immediately below) to assist them in discharging their functions.

As of the Effective Date, the Committee has been dissolved.  In accordance with the Plan and agreement between the District and the Committee, Class 2A Claimants will be represented by a Post-Effective Date Committee, which shall be comprised of some of the members of the current Committee.  The Post-Effective Date Committee will direct and oversee the duties and responsibilities of the Disbursing Agent, and will ensure and enforce the District's compliance with the Plan and PHH's obligations to Class 2A claimants.

**Claims for Rejection of Executory Contracts and Unexpired Leases; Deadline For Assertion Of Claims.**

As of the Effective Date, each executory contract or unexpired lease of the District that has not been previously assumed, assumed and assigned, or rejected by order of the Bankruptcy Court was rejected pursuant to the Confirmation Order.

If the rejection of an executory contract or unexpired lease has occurred pursuant to the Confirmation Order, or as a result of the Bankruptcy Court's order dated April 6, 2010, authorizing the District to reject certain executory contracts and unexpired leases to which the District is a party, effective as of the Closing Date, and such rejection has given rise to a Claim by the other party or parties to such contract or lease, a proof of such Claim **must be filed with the Bankruptcy Court** and served on the District, its counsel and counsel to the Post-Effective Date Committee (at the addresses set forth below) **on or before November 13, 2010, which date is 30 days from the date of this Notice, or shall be forever barred,** and shall not be enforceable against the District.  Nothing in this Notice shall constitute a waiver of any applicable bar date nor contravene or control over any provision of the Plan or the Confirmation Order.

**Bar Date For Filing Administrative Claims.**

Except as previously ordered by the Bankruptcy Court, requests for payment of Administrative Claims must be filed with the Bankruptcy Court and copies must be served on the District, through its counsel and on counsel to the Post-Effective Date Committee (at the addresses set forth below), **no later than December 13, 2010, which date is 60 days from the Effective Date.**

Holders of Administrative Claims (including without limitation, professionals requesting compensation or reimbursement of expenses) that are required to file a request for payment of an Administrative Claim and that do not file such a request by the applicable bar date **shall be forever barred** from asserting such Claims against the District, its property, and any of its employees, officers, members, directors, agents, or representatives, any professionals employed

by any of them, or recipients of distributions from the Disbursing Agent in respect of Allowed Claims, including Allowed Administrative Claims.

**Notice of Discharge, Injunctions and Orders.**

Pursuant to the Confirmation Order and the Plan:

**Discharge:**

Pursuant to section 944 of the Bankruptcy Code, upon the Effective Date, the District shall be discharged from all debts (as defined in the Bankruptcy Code) of the District and Claims against the District other than (a) any debt specifically and expressly excepted from discharge by the Plan or the Confirmation Order, or (b) any debt owed to an entity that, before the confirmation of the Plan, had neither notice nor actual knowledge of the District's chapter 9 bankruptcy case.

The rights afforded in the Plan and the treatment of all holders of Claims, both impaired and unimpaired under the Plan, will be in exchange for and complete satisfaction, discharge and release of all Claims of any nature whatsoever arising on or before the Effective Date, known or unknown, including any interest accrued or expenses incurred thereon from and after the Petition Date, whether against the District or any of its properties, assets or interests in property. Except as otherwise provided in the Plan, upon the Effective Date, all Claims against the District were and were deemed to be satisfied, discharged and released in full, be they impaired or unimpaired under the Plan.

**Injunction:**

Except as otherwise expressly provided in the Plan, all entities who have held, hold or may hold pre-Effective Date Claims are permanently enjoined from and after the Effective Date, from (a) commencing or continuing in any manner any action or other proceeding of any kind with respect to any such pre-Effective Date Claim against the District or its property; (b) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree or order against the District or its property with respect to such pre-Effective Date Claims; (c) creating, perfecting, or enforcing any lien or encumbrance of any kind against the District or its property; and (d) asserting any right of setoff, subrogation or recoupment of any kind against any obligation due to the District with respect to any such pre-Effective Date Claim, except as otherwise permitted by section 553 of the Bankruptcy Code.

**Inclusion On The Post-Confirmation Notice List.**

From and after the Effective Date, any person who desires notice of any pleading or document filed in the Bankruptcy Court, or any hearing in the Bankruptcy Court, or other matter as to which the Bankruptcy Code requires notice to be provided, shall file with the Bankruptcy Court a request for post-confirmation notice and shall serve the request on the District, its counsel, counsel to the Post-Effective Date Committee, and United States Trustee; provided however, that the United States Trustee, and counsel to the District and the Post-Effective Date Committee shall be deemed to have requested post-confirmation notice. As of the Effective Date, those Persons who previously had filed and served a request for special notice pursuant to the Bankruptcy Court's Order entered on December 19, 2007, will be deleted from the District's pre-

Confirmation Date special notice list, and thereafter notice will be sent only to those persons who have affirmatively requested that they be continued on the notice list after the Effective Date in accordance with the procedure described above.

**Addresses For Service and Requests For Notice.**

**District's Counsel**
Stutman, Treister & Glatt
Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Attn: Gary E. Klausner, Esq.
     Marina Fineman, Esq.

**Counsel to the Former Committee and the Post-Effective Date Committee**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Attn:  Samuel R. Maizel. Esq.
     Jeffrey L. Kandel, Esq.

**United States Bankruptcy Court**
Clerk of the Court
United States Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501

**U.S. Trustee**
Office of the U.S. Trustee
3865 Main Street, Suite 300
Riverside, CA  92501
Attn: Terri H. Andersen and
Timothy J. Farris

**The District**
Valley Health System
c/o Joel Bergenfeld
1117 East Devonshire Avenue
Hemet, CA 92543

**Mailing Date Of Notice:**

October 14, 2010

       /s/ *Neeta Menon*
Neeta Menon, a Member of
Stutman, Treister & Glatt
Professional Corporation
Bankruptcy Counsel for the District