| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **NOTICE OF: (A) ENTRY OF ORDER OF CONFIRMATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN OF ADJUSTMENT, (C) THE BAR DATE FOR ASSERTION OF ADMINISTRATIVE CLAIMS AND REJECTION DAMAGES CLAIMS, AND (D) THE PROCEDURES TO BE FOLLOWED FOR INCLUSION ON ALL NOTICE LISTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 14, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **October 14, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2010 | Debra G. Ige | /s/ *Debra G. Ige* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                         **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re:  VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

Andrew K Alper on behalf of Creditor Key Equipment Finance Inc.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Terri H Andersen on behalf of U.S. Trustee United States Trustee (RS)
terri.andersen@usdoj.gov

Kathryn M Barnes on behalf of Creditor c/o Kathryn Barnes Valley Medical Staffing, Inc.
kbarnes@thelen.com

Mark Bradshaw on behalf of Creditor Hemet Community Medical Group Inc
mbradshaw@shbllp.com

Michael E Busch on behalf of Creditor BETA Healthcare Group
michael.busch@fnf.com

Traci L Cotton on behalf of Creditor UT System obo UT MD Anderson Cancer Center
tcotton@utsystem.edu

Jennifer Witherell Crastz on behalf of Creditor Beckman Coulter, Inc.
jcrastz@hemar-rousso.com

Melissa Davis on behalf of Creditor KM Strategic Management LLC
mdavis@shbllp.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)
timothy.j.farris@usdoj.gov

H Alexander Fisch on behalf of Counter-Defendant Valley Health System
afisch@stutman.com

Heather Fowler on behalf of Interested Party Prime Healthcare Services, Inc.
heather.fowler@lw.com, colleen.rico@lw.com

Roger F Friedman on behalf of Creditor Kali Chaudhuri
rfriedman@rutan.com

Mark S Horoupian on behalf of Interested Party Prime Healthcare Management LLC
mhoroupian@sulmeyerlaw.com

Allan H Ickowitz on behalf of Creditor Kaiser Foundation Hospitals
aickowitz@nossaman.com

Jeffrey L Kandel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
jkandel@pszjlaw.com

Sheri Kanesaka on behalf of Creditor Catholic Healthcare West
sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Q Scott Kaye on behalf of Creditor U.S. Bank, National Association, as trustee
qskaye@mwe.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re:  VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

John W Kim on behalf of Creditor Kaiser Foundation Hospitals
jkim@nossaman.com

Stuart I Koenig on behalf of Creditor Blue Cross Of California
Skoenig@cmkllp.com

Jean LeBlanc on behalf of Creditor U.S. Bank, National Association, as trustee
jleblanc@mwe.com

Dana N Levitt on behalf of Creditor U.S. Bank, National Association, as trustee
dlevitt@mwe.com, WSmith@mwe.com

Michael S Lurey on behalf of Creditor Catholic Healthcare West
michael.lurey@lw.com, colleen.rico@lw.com

Samuel R Maizel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
smaizel@pszjlaw.com, smaizel@pszjlaw.com

David J Mccarty on behalf of Counter-Claimant Aetna Health Management LLC
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

Uzzi O Raanan on behalf of Creditor Siemens Financial Services, Inc.
uor@dgdk.com

Christian L Raisner on behalf of Creditor Local 121 RN
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Christopher O Rivas on behalf of Creditor General Electric Capital Corporation
crivas@reedsmith.com

Stephanie M Seidl on behalf of Counter-Claimant Aetna Health Management LLC
sseidl@sheppardmullin.com

Leonard M Shulman on behalf of Creditor Hemet Community Medical Group Inc
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Healthcare Group
jerrys@psdslaw.com

Adam M Starr on behalf of Creditor Anaheim Memorial Hospital
starra@gtlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank, National Association, as trustee
jstrabo@mwe.com, briley@mwe.com

Derrick Talerico on behalf of Creditor SCAN Health Plan
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

Wayne R Terry on behalf of Creditor BANK OF THE WEST
wterry@hemar-rousso.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor(s). | CHAPTER 9<br><br>CASE NUMBER 6:07-bk-18293-PC |
|---|---|

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Universal Health Services
avaldez@fulbright.com

David M Wiseblood on behalf of Creditor c/o Christian L. SEIU-United Healthcare Workers West
dwiseblood@seyfarth.com

## II. SERVED BY U.S. MAIL

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 03/16/10
Doc. No. 483619v4

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA  92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA  92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA  90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA  92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Trustee for Bondholders
US Bank/ FAX:  651/495-3775
Attn:  Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN  55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

Atty for Both: Menifee Valley Community Medical Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA  92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA  90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  92691

Primeshares
60 Madison Ave., 2nd Floor
New York, NY  10010-1600

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Atty/Sodexho USA aka Sodexho Marriott Servs.
Judy D. Thompson
JD Thompson Law
PO Box 33127
Charlotte, NC  28233

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn:  Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA  90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA  92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA  92543

Atty/Southland Endoscopy Center
Davis & Wojcik
Attn:  Joseph M. Wojcik
1001 E. Morton Place, Suite A
Hemet, CA  92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn:  L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA  92610

IBM Credit LLC
Special Handling Group
Attn:  Pamela Wilcox
4111 Northside Parkway
Atlanta, GA  30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn:  Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA  90017

Health Net
Attn:  Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA  92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E, 3rd Fl.
Los Angeles, CA  90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL  60601

Atty/ Valley Medical Staffing Inc.
Michael B. Conley
3685 Mount Diablo Blvd,. #351
Lafayette, CA  94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA  91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL  60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA  90017

Atty/ HRC Manor Care Inc.
Fredrick, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA  92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave., Ste 1120
Miami, FL  33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave., Ste 705
Pasadena, CA  91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA  90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes,
& Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St., Ste. 5400
Chicago, IL  60606

U.S. Bank National Association Corporate
Trust Services
Attn: Keith Marshall
633 West Fifth St., 24th Floor
Los Angeles, CA  90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st Floor
Los Angeles, CA  90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana, #1800
Houston, TX  77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

544800v1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Atty/Prime Healthcare Management, Inc./ Albert L. Lewis, Jr./John Lloyd/ Edward J. Fazekas
Daniel P. Brunton, Esq./Lauren B. Ross, Esq.
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

Counsel for Save the Hospitals, Inc.; Prime Healthcare Services, Inc./ A. Lewis Jr./ J. Lloyd/ E. Fazekas
Marc Rappel/Heather Fowler/Nathan Smith
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

Law Offices of Yolanda Flores-Burt
Yolanda Flores-Burt
780 North Euclid Street, Suite 201
Anaheim, CA 92801

Law Offices of Shawna S. Nazari
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Attorney for Beckman Coulter
Jillan L. Nolan, Esq.
Bernstein Law Firm P
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Attorney for Beckman Coulter
Jennifer Witherell Crastz, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Flr.
Encino, CA 91436

Attorney for Bank of the West
Wayne Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Flr.
Encino, CA 91436

VHS Matrix List - Physician
Document #538221
5965

Aetna US Healthcare
201 N. Civic Dr., Ste300
Walnut Creek, CA 94596

Aetna US Healthcare of California, Inc. (formerly Partners)
202 N. Civic Dr., Ste300
Walnut Creek, CA 94596

Beech Street Corporation
25500 Commercentre Drive
Lake Forest, CA 92630-8855

Blue Cross of California
22850 Crenshaw Blvd., #204
Torrance, CA 90505

Blue Shield of California (California Physician's Services dba)
50 Beale St.
San Francisco, CA 94105

CalOptima
1120 West La Veta Ave.
Orange, CA 92868

CCN - Community Care Network Inc. (Previously First Health Group Corp)
2000 Franklin Street, Ste 300
Oakland, CA 94612

Desert Oasis, dba of Oasis Independent Medical Associates, Inc.
275 North El Cielo Rd.
Palm Springs, CA 92262

Great-West Healthcare of California, Inc.
8515 E. Orchard Rd.
Greenwood Village, CO 80111

Health Net
21600 Oxnard Street WH 11
Woodland Hills, CA 91367

Inter Valley Health Plan
300 South Park Avenue
P.O. Box 6002
Pomona, CA 91769-6002

Magellan Health Services of California, Inc.
300 Continental Boulevard
Suite 320
El Segundo, CA 90245

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Managed Care, Inc.
2500-B Broadway, Suite 260
Grand Junction, CO  81503

Managed Health Network, Inc. (MHN)
2370 Kerner Blvd.
San Rafael, CA  94901

MultiPlan, Inc. (formerly BCE Emergis Corp.)
(previously Admar Corp.)
115 Fifth Ave.
New York, NY  10003

PacifiCare of California
5701 Katella Av.
Cypress, CA  90630

Prime Care
1915 W. Redlands Blvd. #111
Redlands, CA  92373-8050

Riverside County Foundation for Medical Care
3993 Jurupa Ave.
Riverside, CA  92506

Scan Health Plan
3800 Kilroy Airport Way, Suite 100
Long Beach, CA  90806

Three Rivers Provider Network, Inc.
910 Hale Place, Ste.101
Chula Vista, CA  91914

U.S. Behavioral Health Plan
425 Market St. 15th Flr
San Francisco, CA  94105

Value Options, Inc.
10805 Holder Street Ste.300
Cypress, CA  90630

Vantage Medical Group, Inc. (dba of Access Health Direct)
3880 Lemon Street, Ste 310
Riverside, CA  92501

MD Care, Inc. dba MD Health Care Plan
1640 E. Hill St.
Signal Hill, CA  90755

VHS Matrix List - Physician
Document #538222
5965

Adeyemo, Oluwafemi, M.D,
1800 E. Florida Ave., Ste.350
Hemet, CA  92544

Agarwal, Ashok, M.D.
903 E. Devonshire Ave., #B
Hemet, CA  92543

Boss, M.D., Peter
27692 Soboba Street
Hemet, CA  92544

Chakrabarty, M.D., Milankumar S.
1003 E. Florida Ave., #101
Hemet, CA  92343

Chiu, M.D., Han
28475 Rawlings Rd.
Hemet, CA  92544

Dhanani, Yurzul, M.D.
1035 E St John Pl.
Hemet, CA  92543

Dinh, Tommy, M.D.
Crown Surgery Medical Group 1000 E. Latham Ave #B
Hemet, CA  92543

Dreier, M.D., Ralph
241 No. Laursen
Hemet, CA  92543

Grant-Anderson, M.D., Betty
949 Calhoun Place Ste D
Hemet, CA  92543

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Gupta, Rakesh C., M.D.
341 E. Main St.
San Jacinto, CA  92583

Hanna, M.D., Todd
37865 Via Lobato
Temecula, CA  92592

Hemet Emergency Medical Group
27692 Soboba Street
Hemet, CA  92544

Lee, M.D., Chia
1117 E. Devonshire Ave
Hemet, CA  92543

Lu, Chong-Ping, M.D.
1000 E. Latham Ave. #E
Hemet, CA  92543

Mare, M.D., Alan
1117 E. Devonshire Ave.
Hemet, CA  92543

Purohit, M.D., Girdhari
1225 E. Latham Avenue
Hemet, CA  92543

Ramos, M.D., Mildred
1117 E. Devonshire Ave.
Hemet, CA  92543

Rastogi, Anil, M.D.
1275 E. Latham, Ste.A
Hemet, CA  92543

Seyed, Kazem M.D. and Thomas Mohr, M.D.
750 E. Latham, Suite 1
Hemet, CA  92543

Sharma, M.D., Surendra
4020 West Florida Ave
Hemet, CA  92545

Sizemore, M.D., David
1030 St. John Place
Hemet, CA  92543

Tiwari, M.D., Bhoodev
27830 Bradley Road
Sun City, CA  92586

Tiwari, M.D., Ratan
949 Calhoun Pl, #D
Hemet, CA  92543-4405

VHS Matrix List - Government
Document #538224
5965

Medi-Cal
1501 Capitol Ave.
Sacramento, CA  95899

Medi-Cal Subacute
1501 Capitol Ave.
Sacramento, CA  95899

Medicare
Palmetto GBA
4880 Santa Rosa Rd., Ste.170
Camarillo, CA  93012

VHS Matrix List - Assumed
Document #538220
5965

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Abbott Laboratories Medisense Point of Care
100 Abbott Park Rd.
Abbott Park, IL  60064

Addiction Medicine Services
5478 Shadow Ln.
Alta Loma, CA  91737

Advanced Automated Systems/Genea
Energy Partners, Inc.
23691 Via Del Rio
Yorba Linda, CA  92887

Advanced Urotech
30100 Town Center Dr #O-387
Laguna Niguel, CA  92677

Alhadeff, Ginger
4656 Adagio Lane
Cypress, CA  90630

Alliant Insurance Services
2131 Elks Dr.
San Bernardino CA 92404

Alpha Fund
2969 Prospect Park Dr. Ste.250
Rancho Cordova, CA  95670

Alternatives to Domestic Violence
4150 Latham St. Ste.A
Riverside, CA  92501

American Career College
(Purchased Atlantis Med. Coll.)
1200 N. Magnolia Ave.
Anaheim, CA  92801

American College of Cardiology Foundation
2400 N Street, NW
Washington, DC  20037

American Health Technologies, Inc.
Attn: Lewis Hanson
383 Diablo Road Suite
Danville, CA  94526

API Software, Inc.
API Healthcare Corp
1550 Innovation Way
Hartford, WI  53027

Aqua-Serv
13560 Colombard Court
Fontana, CA  92337-7600

Archive Management Service
6455 Box Springs Blvd.
Riverside, CA  92507

Arcus Data Security, Inc. 1
(aka Iron Mountain)
745 Atlantic Ave.
Boston, MA  02111

Automated Cash Management
5995 Ocasa Dr.
Mira Loma, CA  91752

Baldy View Regional Occupational  Program
8265 Aspen Ave., Ste.100
Rancho Cucamonga, CA  91730

Banc of America  Leasing & Capital, LLC
(see also MediTech)
2059 Northlake Pkwy Ste.400
Tucker, GA  30084

Bank of Hemet
1600 E. Florida Ave.
Hemet, CA  92544

Bayer Healthcare LLC Diagnostics Division
Sold to Siemens Healthcare
115 Norwood Park South
Norwood, MA  02062

BD Diagnostic Systems
(aka Becton Dickinson)
7 Loveton Cr.
Sparks, MD  21152-0999

Beckman Coulter
250 South Kraemer Blvd.
Brea, CA  92822-8000

Biopharmaceutics Corp.
(formerly Desipharm, Inc.)
1241 Johnson Ave Ste 122
San Luis Obispo, CA  93401

Blood Bank of Riv. & San Berdo. Cos.
384 Orange Show Road
San Bernardino, CA  92412

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
544800v1

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Boston Reed College
2799 Napa Valley Corporate Drive
Napa, CA  94558

Broadlane, Inc.
13727 Noel Rd., Ste.1400
Dallas, TX  75240

Bryman School, The
9738 Lincoln Village Dr.
Ste.100
Sacramento, CA  95827

California Association of Hospitals and Health Systems (CAHHS)
1101 Norht Market St # 9
Sacramento, CA  95834

California Business Bureau, Inc.
1711 S Mountain Ave
Monrovia, CA  91017-1400

California Nurses Assn. (CNA)
2000 Franklin St., Ste.300
Oakland, CA  94612

California Prostate Laser Treatment, LLC
2100 Webster St
Suite #222
San Francisco, CA  94115

California Public Health Foundation; Department of Health Services Cancer Surveillance Section
C/O C/Net Project
1918 University Ave. Ste 3-c
Berkely, CA  94704-1051

California State
Ziggurat Building
707 Third St.,
West Sacramento, CA  95605

California State Dept. of Motor Vehicles (DMV)
4700 Broadway
Sacramento, CA  95820

Camtronics, an Emageon Company
20 Guest Street
Boston, MA  02135-2040

Cardinal Health
Attn: Debra Willet
7000 Cardinal  Place
Dublin, OH  43017

Career Care Institute
22500 Town Cr,
Moreno Valley, CA  92553

Career Colleges of America
184 West Club Ctr Dr
San Bernardino, CA  92408

Central California School of Continuing Education
3195 McMilllan Ave.
San Luis Obispo, CA  93401

Clark, Koortbojian & Associates (CKA)
1120 Iron Point Rd. Ste.150
Folsom, CA  95630

CMRE Financial Services, Inc.
3075 E Imperial  Hwy #200
Brea, CA  92821

Comforce Technical Services, Inc.
415 Crossways Park Drive
Woodbury, NY  11797

Crafton Hills College (San Bernardino Community College)
11711 Sand Canyon Rd
Yucaipa, CA  92399

Daniels Sharpsmart Inc.
135 S. Lasalle St.
Chicago, IL  60603

Delta Dental
12898 Towne Center Dr.
Cerritos, CA  90703

Desert Sierra Cancer Surveillance Program (formerly under Loma Linda Univ. Medical Center)
11368 Mt. View, Ste.C
Loma Linda, CA  92354

Diesel Electroc Inc. (Dixie)
11552 E. Washington Blvd., Unit E,
Whittier, CA  90606

Dixtal Financial Services, Inc.
10712 South 1300 East
Sandy, UT  84094

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Eclipse Medical Imaging, Inc.
845 Cotting Court
Vacaville, CA  95688

Ecolab
29970 Technology Dr.
Murrieta, CA  92563

Electronic Design Solutions
1269 Pomona Road
Suite 109
Corona, CA  92880

Eversoft
707 West 16th Street
Long Beach, CA  90813

FastHealth Corporation
2330 University Blvd Ste 814
Tuscaloosa, AL  35401

First Financial
711 Kimberly Ave Suite 160
Placentia, CA  92870

Fitch Ratings
One State Street Plaza
New York, NY  10004

Freedom Imaging, Inc
1401 E Ball Road
Ste E & F
Anaheim, CA  92805

Fuji Medical Systems U.S.A. Inc.
6200 Phyllis Ave
Cypress, CA  90630

GE Healthcare Financial Services (Replaced by Key Equipment Finance Inc.)
1000 S McCaslin Blvd, Suite 110
Superior, Colorado 80027

Gemini Diversified Services, Inc.
4224 California St. #103
San Francisco, CA  94118

Genentech, Inc.
1 Antibody Way,
Oceanside, CA  92056-5701

Genesis Laboratories, Inc.
5750 Division St.
Riverside, CA  92506-3259

Global Healthcare Exchange, LLC
1315 Century Drive
Louisville, Co 80027

GlobalCare, Inc.
One Market St. Ste.3600
San Francisco, CA  94105

Hampton Inn and Suites of Hemet
3700 West Florida Ave
Hemet, CA  92545

Haney Affiliates, Inc. dba Doctor Diesel
74-854 Velie Way, Suite I
Palm Desert, CA  92260-1981

HASC (Healthcare Assoc. of S.C.)
(formerly Hospital Council of SC)
515 South Figueroa St #1300
Los Angeles CA  90071 3300

Haz Mat Trans Inc.
230 E. Dumas St.
San Bernardino, CA  92408

Healthcare Chaplains Ministry Association
(formerly Hospital Chaplains' Ministry of America)
377 E. Chapman Ave Ste 260
Placentia, CA  92870-5094

Healthcare Management Solutions, Inc.
924 D And RG Drive
Durango CO 81303

HealthStaff Training Institute, Inc.
1505 East 17th St. #122
Santa Ana, CA  92705

HealthTrust Purchasing Group, LP
155 Franklin Rd., Ste.400
Brentwood, TN  37027

Hemet Healthcare Surgery Center
Vinay Rao Administrator
301 N San Jacinto St Suite 1
Hemet, CA  92543

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Hemet Valley Medical Center Medical Staff
1117 E. Devenshire Ave.
Hemet, CA  92543

Herb Brar, M.D.
4000 14th St., Ste.310
Riverside, CA  92501

IBM Credit, LLC
C/O IBM Corp BK Corp
13800 Diplomat Dr
Dallas, TX  75234

Igoe & Company Incorporated dba Igoe
Administrative Services
16769 Bernardo Center Dr. #21
San Diego, CA  92128

Image Source
650 East Hospitality Lane, Ste.500
San Bernardino, CA  92408

Inland Empire Health Plan
303 E. Vanderbilt Way
San Bernardino, CA  92408

INS (International Network Services)
1600 Memorex Drive Suite 200
Santa Clara, CA  95050-2842

Integritas, Inc.
2600 Garden Rd., Ste.112
Monterey, CA  93940

Interstate Rehabilitation Services, Inc.
333 E Glen Oaks Blvd  Ste 204
Glendale, CA  91207

i-Sight (Customer Expressions Corp)
940 Belfast Road, Suite 201
Ottawa Ontario
K1G 4A2
Canada

iVillage Integrated Properties, Inc., a subsidiary
of iVillage Parenting Network, Inc.
9 Old King's Hwy South
Darien, CT  06820

Jacobus Consulting
29883 Santa Margarita Parkway
Ste 400
Rancho Santa Margarita, CA  92688

Jim Sloan, Inc., dba Barsa Consulting Group Inc.
2900 Westchester Ave.
Purchase, NY  10577

Johnson Hearing Aid Center
405 E Latham
Hemet, CA  92543

Kolli, M.D., Hemchand
1278 E. Latham Ave.
Hemet, CA  92543

Kodak Health Imaging
Eastman Kodak Company
Health Imaging Group
343 State Street
Rochester, NY  14650

Loma Linda University
11262 Campus St., B-128
Loma Linda, CA  92354

Los Angeles SMSA Limited Partnership,
dba Verizon Wireless, by AirTouch
Cellular (Lessee)
2801 Townsgate Rd Third floor
Thousand Oaks, CA  91361

LT HealthCare Audit Services
Attn Leslie Teffenhart
1057 E Imperial Hwy Ste 136
Placentia, CA  92870

McKesson Health Solutions, LLC
275 Grove Street Suite 1-110
Newton, MA  02466

Med One CapitAL  Funding LLC
10712 South 1300 East
Sandy, UT  84094

Med One CapitAL  Funding LLC
10712 South 1300 East
Salt Lake City, UT 84094

MedAssist Incorporated
6440 Reliable Parkway
Chicago,IL  60686

Medi, Inc. dba Medi.Com, Inc.,
(previously EdiComm &/or QMA -
Quality Medical  Adjudication)
13093 Collections Center Dr.
Chicago, IL  60693

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

| | | |
|---|---|---|
| Menifee Valley Medical Center Medical Staff<br>29875 Menifee Lakes Dr.<br>Menifee, CA 92585 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | Minnesota Mining and Manufacturing Company<br>(3M)<br>2807 Paysphere Circle<br>Chicago, IL 60674 |
| MSDSonline<br>350 North Orleans Ste.950<br>Chicago, IL 60654 | Mt. San Jacinto College District<br>1499 N. State St.<br>San Jacinto, CA 92583 | Muzak<br>1608 Palmyrita Ave.<br>Riverside, CA 92507 |
| NDC Health Corporation<br>NDC Plz<br>Atlanta, GA 30329 | Nossaman, LLP<br>915 L Street Ste. 1000<br>Sacramento, CA 95814 | Ortiz, Phillip J., DDS<br>40613 Via Diamante<br>Murrieta, CA 92562 |
| Pacific Alarm Service, Inc.<br>521 Wellwood Ave<br>Beaumont, CA 92223 | Pacific Companies, Inc.<br>151 Kalmus Dr., Ste.D101<br>COSTA MESA, CA 92626 | PacificEDI, Inc.<br>1120 Cherry Street<br>Suite 300<br>Seattle, WA 98104 |
| Park Place International<br>231283 Momentum Place<br>Chicago, IL 60689 | Parker Hill Associates, Inc.<br>160 Wikiup Dr. Ste.205<br>Santa Rosa, CA 95403 | Passport Health Communications, Inc.<br>800 West Sixth Street Suite 1800<br>Los Angeles, CA 90017 |
| Picture Perfect Beauty Service<br>475 W. Stetson ave PMB 232<br>Hemet, CA 92545 | Pinestar Technology, Inc.<br>400 Apgar Drive<br>Suite I<br>Somerset, NJ 08873-1154 | Policy Technologies International, Inc.<br>346 Grand Loop, Ste 200<br>Rexburg, ID 83440 |
| Premier Medical Transportation<br>1012 E. Cooley Dr., Suite G<br>Colton, CA 92324 | Press Ganey Associates, Inc.<br>1657 Commerce Drive<br>South Bend, IN 46628-1657 | Prestige Golf Care<br>31672 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| ProfessionAL Resources<br>5015 Canyon Crest, Ste 112<br>Riverside, CA 92507 | Quantros, Inc.<br>690 N. Mccarthy Blvd.<br>Ste 200<br>Milpitas, CA 95035 | R.F. MacDonald Co.<br>25920 Eden Landing Road<br>Hayward, CA 94545-3816 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Ramona Community Services Corp., dba
Ramona VNA & Hospice
Attn: Melanie Emter
890 W Stetson Ave #A
Hemet, CA  92543

Redwood Software, Inc.
3000 Aerial Center Pkway, Ste.115
Morrisville, NC  27560

Rialto ROP - San Bernardino County
Superintendent of Schools
601 N. E. Street
San Bernardino, CA  92415

Rise Interpreting, Inc.
3337 W. Florida Ave.  #131
Hemet, CA  92545

Riverside County Dept. of Public Social Services
11060 Magnolia Ave.
Riverside, CA  92505

Riverside Healthcare System, L.P.
(dba Riverside Community Hospital)
Attn: Tracey Fernandez
4445 Magnolia Ave.
Riverside, CA  92501

SafeGuard DentAL  & Vision (previously HealthNet DentAL  & Vision, previously Denti Care of California)
95 Enterprise Ste.200
Aliso Viejo, CA  92656

Safety NationAL  Casualty Corporation
1832 Schuetz Road
St. Louis, MO  63146

San Joaquin Valley College, Inc.
10641 Church St.
Rancho Cucamonga, CA  91730

Service Employees InternationAL  Union, United Health Care Workers-West
177 S. Commons Dr.
Aurora, IL  60504

Shattuck Hammond Partners  (a division of Morgan Keegan & Company, Inc.)
630 Fifth Ave, Suite 2950
New York, NY  10111.

Siemens Building Technologies, INc.
7850 Collections Center Dr
Chicago, IL  60693

Siemens Financial Services, Inc.
2809 Collection Center Drive
Chicago, Il  60693

Siemens Medical  Solutions Health Services Corp.
511 N. Dillon
San Jacinto, CA  92583

Sodexo America, LLC
1117 E. Devonshire Ave
Hemet, CA  92543

Softmed Systems, Inc.
5888 Collections Center Drive
Chicago, IL  60693

St. Jude Medical  S.C., Inc.
22400 Network Place
Chicago, IL  60673-1224

Stericycle
28161 N Keith Dr
Lake Forest, IL  60045

Sun Nuclear Corporation
425-A Pineda Ct.
Melbourne, FL  32940

Synergy Information Solutions, Inc.
44901 Village Court, Ste A
Palm Desert, CA  92260

Take A Break Service
525 N AndreasenDrive Suite S
Escondido, CA  92029

Tiscor
12250 Parkway Centre Dr.
Poway, CA  92064

Toshiba AmeriCA  Medical  Credit
9740 Irvine Boulevard
Irvine, CA  92618

Toshiba AmeriCA  Medical  Systems
15279 Alton Pkwy Ste.300
Irvine, CA  92618

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Touro University
1310 Johnson Ln, Mare Island
Vallejo, CA  94592

Trane Company
3600 Pammel Creek Rd.
La Crosse, WI  54601

Triage Consulting Group, Inc.
221 Main St., Ste 1100
San Francisco, CA  94105

Tristar Risk Management
100 Oceangate Suite 200
Long Beach, CA  90802

U.S. TelePacific Corp.
9166 Anaheim Pl.#100
Rancho Cucamonga, CA  91730

UEI (United Education Institute)
295 East Caroline St.
San Bernardino, CA  92408

UniFirst
700 South Etiwanda Ave
Ontario, CA  91761

UNUM Provident
655 N. Central Ave. Ste.900
Glendale, CA  91203

USDA-Forest Service
1400 Independence Ave., SW
Washington DC,  20250

Valley Health System
1117 E. Devonshire Ave.
Hemet, CA  92543

Valley Health Care Management Services, LLC;
Kali P. Chaudhuri, M.D.
1117 E. Devonshire Avenue
Hemet, CA  92543

Varian Medical  Systems, Inc.
70140 Network Place
Chicago, IL  60673

Verizon California, Inc.
2801 Townsgate Rd Third floor
Thousand Oaks, CA  91361

Verizon Business Network Services, Inc.
2802 Townsgate Rd Third floor
Thousand Oaks, CA  91361

Verizon Business Network Services, Inc.
2803 Townsgate Rd Third Floor
Thousand Oaks, CA  91361

Verizon Business Network Services, Inc. (fka MCI Network Services, Inc. or MCI Financial Management Corp.)
2804 Townsgate Rd Third Floor
Thousand Oaks, CA  91361

Waste Management, Inc.
2421 W Peoria Ave
Phoenix, AZ 85029

Water One
5410 Gateway Plaza Dr
Benicia, CA  94510

Western Fire Co.
1401 Oakland Ave
Hemet, CA  92544

Worldapp/Dancik International
222 Forbes Rd Suite 400
Braintree, MA  02184

Wright Septic Tank Pumping Inc.
511 N. Dillon
San Jacinto, CA  92583

Xerox
465 N Halstead St suite 160
Pasadena, CA  91107

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re: VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

VHS Matrix List - Rejected
Document #538243
5965

Abbott Laboratories ISTAT
Abbott Labortories
P. Thompson D345 J23
200 Abbott Park Road
Abbott Park, IL  60061-6165

Achieve Healthcare Technologies
5501 Green Valley Dr. Ste 200
Minneapolis, MN  55437

Air Liquide Healthcare America Corp.
Air Liquide America Corp
Attn Gwendolyn Young Smithheart
Legal Department
2700 Post Oak Boulevard 21st Floor
Houston, TX  77056

Catalina Surgical Services, LLC
Attn Jeffrey Gerwin
6339 E Speedway Blvd, Suite 201
Tucson, AZ  85710

CTL Consulting, LLC
705B SE Melody Lane #347
Lee's Summit, MO  64063

Diablo Country Magazine-DCP
2520 Camino Diablo
Walnut Creek, CA  94597

Health Care Systems, Inc.
5755 Carmichael Parkway
Montgomery, AL  36117

Healthcare Revenue Management Group
27740 Jefferson Ave Ste 230
Temecula, CA  92590

Hill-Rom Capitation Agreement
Highway 45
Batesville, IN  47006 9167

IBM
1 New Orchard Road
Armonk, New York 10504-1722

Innerwireless, Inc. WaaS
1155 KAS Drive, Suite 200
Richardson TX 75081

Lynch Ambulance Services, Filyn
Corporation
2950 La Jolla Street
Anaheim, CA  92806

Mayo Medical Laboratories, Mayo Collaborative
Services, Inc., DBA
3050 Superior Dr NW
Rochester, MN  55905-1770

MEDRAD
One Medrad Drive
Indianola, PA  150510780

Nexus Integration Services
24971 Avenue Stanford
Valencia, CA  91355

Nexus Integration Services
5501 Green Valley Dr. Ste 200
Minneapolis, MN  55437

STS
800 Santa Clara Avenue
Fillmore, CA  93015

Med Engineering, LLC
15615 Alton Parkway Ste 450
Irvine, CA 92618

DaVita, Inc. dba Acute Dialysis Services
(formerly Renal Treatment Centers - California,
Inc. and  previously California Kidney Centers,
Total Renal)
27201 Puerta Real, Suite 465
Mission Viejo, CA 92691

Renal Treatment Centers - California, Inc.
Michael S Winsten Winsten Law Group
27201 Puerta Real, Suite 465
Mission Viejo, CA 92691

DaVita Canyon Springs Dialysis Center
4361 Latham Street
Ste 100
Riverside, Ca 92501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**

| In re:  VALLEY HEALTH SYSTEM, a California Local Health Care District, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Davita Diamond Valley Dialysis Center
3050 W. Florida Ave.
Hemet, CA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544800v1

**F 9013-3.1.PROOF.SERVICE**