| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL S. WINSTEN (SBN 126554)<br>WINSTEN LAW GROUP<br>27201 Puerta Real, Suite 465<br>Mission Viejo, California 92691<br>Tel: (949) 429-3400<br>Fax: (949) 429-3500<br>E-Mail: mike@winsten.com<br><br>Attorneys for Creditors and Movants<br>DaVita Inc., and Renal Treatment<br>Center – California, Inc.<br><br>☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: VALLEY HEALTH SYSTEM, a California Local health Care District<br><br><br>Debtor(s). | CASE NO.: 6:07-18293 PC<br>CHAPTER: 9<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:**

1. Movant(s) Davita Inc., and Renal Treatment Center- California, Inc., has filed a motion entitled Motion for Order Determining Allowed Administrative Claim.

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. *(Check appropriate box below)*:

   ☑ The full motion is attached hereto; or
   ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. <u>**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**</u> Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an

additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: 12/13/2010

Respectfully submitted,

By: *Michael S. Winsten* (signature)
*Signature of Movant or Attorney for Movant*

Name: Michael S. Winsten
*Type Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010        Page 2        F 9013-1.2.NOTICE.NO.HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27201 Puerta Real, Suite 465, Mission Viejo, CA 92691

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/13/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
None.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 12/13/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/13/10 | Michelle Fujimoto | _Michelle Fujimoto_ |
|---|---|---|
| Date | Type Name | Signature |

## BY U.S. MAIL:

**District's Counsel**
Stutman, Treister & Glatt PC
Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Attn:  Gary E. Klausner, Esq.
        Marina Fineman, Esq.

**United States Bankruptcy Court**
Clerk of the Court
United States Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501

**The District**
Valley Health System
c/o Joel Bergenfeld
1117 East Devonshire Avenue
Hemet, CA 92453

**Counsel to the Former Committee and the Post-Effective Date Committee**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100
Attn:  Samuel R. Maizel, Esq.
        Jeffrey L. Kandel, Esq.

**United States Trustee**
United States Trustee
Office of the U.S. Trustee
3685 Main St., Ste. 300
Riverside, CA 92501
Attn:  Terri H. Andersen and
        Timothy J. Farris

## BY OVERNIGHT MAIL:

The Honorable Peter H. Carroll
US Bankruptcy Court – Riverside
3420 Twelfth Street
Riverside, CA 92501-3819