CHARLES D. AXELROD (STATE BAR NO. 39507)
GARY E. KLAUSNER (STATE BAR NO. 69077)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
NEETA MENON (STAT BAR NO. 254736)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

Chapter 9 Counsel for
Valley Health System

**FILED & ENTERED**

**JAN 28 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District<br><br>Debtor, | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**ORDER APPROVING STIPULATION CONTINUING DEADLINE FOR RESPONSES TO MOTION BY RENAL TREATMENT CENTER – CALIFORNIA, INC. FOR ORDER DETERMINING ALLOWED ADMINISTRATIVE CLAIM**<br><br>Continued Response Deadline:<br>DATE:   March 25, 2011 |

The Court, having read and considered the "Stipulation Continuing Deadline for Responses to Motion by Renal Treatment Center – California, Inc. for Order Determining Allowed Administrative Claim (the "Stipulation") entered into between Valley Health System (the "District"), on the one hand, and DaVita, Inc. and Renal Treatment Center – California, Inc. ("Movants"), on the other, and good cause appearing for approval thereof,

**IT IS HEREBY ORDERED** that:

1.   The Stipulation is approved.

546852v1

1    2.    The deadline by which any response to the Movants' "Motion for Order
2 Determining Allowed Administrative Claim" must be filed and served shall be continued to March
3 25, 2011.

6 Presented by:

8 */s/ H. Alexander Fisch*
CHARLES D. AXELROD
9 GARY E. KLAUSNER
H. Alexander Fisch
10 STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
11

12 Chapter 9 Counsel for VALLEY HEALTH SYSTEM

13                                    ###

DATED: January 28, 2011

_____
United States Bankruptcy Judge

2

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described **[Proposed] ORDER APPROVING STIPULATION CONTINUING DEADLINE FOR RESPONSES TO MOTION BY RENAL TREATMENT CENTER – CALIFORNIA, INC. FOR ORDER DETERMINING ALLOWED ADMINISTRATIVE CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On **January 27, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/27/2011 | Joanne B. Stern | */s/Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
546852v1

**F 9013-3.1**

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA 92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA 92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA 90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA 92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN 55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Atty for Both: Menifee Valley Community Medical Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA 92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA 90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA 92691

Primeshares
60 Madison Ave., 2nd Floor
New York, NY 10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn: Judy D. Thompson
301 South College St., #2300
Charlotte, NC 28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn: Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA 90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA 92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

| | | |
|---|---|---|
| Atty/ Siemens Financial Services Inc.<br>Uzzi O Raanan<br>Danning Gill et al LLP<br>2029 Century Park E, 3rd Fl.<br>Los Angeles, CA  90067-2904 | Attys/ Siemens Financial Services Inc.<br>Arlene N. Gelman & Stephanie Hor-Chen<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601 | Atty/ Valley Medical Staffing Inc.<br>Michael B. Conley<br>3685 Mount Diablo Blvd,. #351<br>Lafayette, CA  94549 |
| Owens & Minor, Inc.<br>Larry R. Whitley CBF<br>455 South Brea Canyon Road<br>City of Industry, CA  91789-3058 | Meline Industries, Inc.<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL  60060 | Atty/ Owens & Minor, Inc<br>Buchalter Nemer P.C.<br>Benjamin S. Seigel, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017 |
| Atty/ HRC Manor Care Inc.<br>Fredrick Borges, Glen Stebens, Dale Pomerantz<br>Beam, Brobeck, West, Borges & Rosa LLP<br>1301 Dove Street, #700<br>Newport Beach, CA  92660-2412 | Agent for GE Money Bank<br>Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Ave., Ste 1120<br>Miami, FL  33131-1605 | Atty/ Inland Empire Health Plan<br>Tin Kin Lee Esq.<br>Law Offices of Tin Kin Lee<br>55 S. Lake Ave., Ste 705<br>Pasadena, CA  91101 |
| Atty/ US Bank National Association<br>Jean B LeBlanc<br>McDermott Will & Emery LLP<br>2049 Century Park East, Ste. 3800<br>Los Angeles, CA  90067 | Atty/ US Bank National Assn. as Trustee<br>William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker<br>McDermott, Will Emery<br>227 West Monroe St., Ste. 5400<br>Chicago, IL  60606 | U.S. Bank National Association Corporate Trust Services<br>Attn: Keith Marshall<br>633 West Fifth St., 24th Floor<br>Los Angeles, CA  90071 |
| Universal Health Services<br>Robert E. Darby<br>Fulbright & Jaworski, LLP<br>555 South Flower St., 41st Floor<br>Los Angeles, CA  90071 | Atty/ Cardinal Health 110, Inc. et al<br>Greenberg Traurig LLP<br>Attn: S.L. Heyen/ J.K. Terry<br>1000 Louisiana, #1800<br>Houston, TX  77002 | Atty/ Scan Health<br>Karl E. Block, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste. 2200<br>Los Angeles, CA  90067 |
| Law Offices of Shawna S. Nazari<br>15303 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Atty/Prime Healthcare Management, Inc.<br>Albert L. Lewis, Jr./John Lloyd/ Edward J. Fazekas /Daniel P. Brunton, Esq./Lauren B. Ross, Esq.<br>Latham & Watkins LLP<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375 | Counsel for Save the Hospitals, Inc.; Prime Healthcare Services, Inc./ A. Lewis Jr./ J. Lloyd/ E. Fazekas<br>Marc Rappel/Heather Fowler/Nathan Smith<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071 |
| Atty/ US Bank National Association<br>Jason D. Strabo<br>McDermott Will & Emery LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA  90067 | Law Offices of Yolanda Flores-Burt<br>Yolanda Flores-Burt<br>780 North Euclid Street, Suite 201<br>Anaheim, CA 92801 | Attorney for Beckman Coulter<br>Jillan L. Nolan, Esq.<br>Bernstein Law Firm P<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 |
| Attorney for Beckman Coulter<br>Jennifer Witherell Crastz, Esq.<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Flr.<br>Encino, CA  91436 | | |

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION CONTINUING DEADLINE FOR RESPONSES TO MOTION BY RENAL TREATMENT CENTER – CALIFORNIA, INC. FOR ORDER DETERMINING ALLOWED ADMINISTRATIVE CLAIM** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 27, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Attorneys for Debtor**
H. Alexander Fisch, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

**Attorney for DaVita, Inc. and Renal Treatment Center – California, Inc.**
Michael S. Winsten, Esq.
WINSTEN LAW GROUP
27201 Puerta Real, Suite 465
Mission Viejo, California 92691

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

⊠   Service information continued on attached page

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Andrew K Alper on behalf of Creditor Key Equipment Finance Inc.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Terri H Andersen on behalf of U.S. Trustee United States Trustee (RS)
terri.andersen@usdoj.gov

Kathryn M Barnes on behalf of Creditor c/o Kathryn Barnes Valley Medical Staffing, Inc.
kbarnes@thelen.com

Mark Bradshaw on behalf of Creditor Hemet Community Medical Group Inc
mbradshaw@shbllp.com

Michael E Busch on behalf of Creditor BETA Healthcare Group
michael.busch@fnf.com

Traci L Cotton on behalf of Creditor UT System obo UT MD Anderson Cancer Center
tcotton@utsystem.edu

Jennifer Witherell Crastz on behalf of Creditor Beckman Coulter, Inc.
jcrastz@hemar-rousso.com

Melissa Davis on behalf of Creditor KM Strategic Management LLC
mdavis@shbllp.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)
timothy.j.farris@usdoj.gov

H Alexander Fisch on behalf of Counter-Defendant Valley Health System
afisch@stutman.com

Roger F Friedman on behalf of Creditor Kali Chaudhuri
rfriedman@rutan.com

Mark S Horoupian on behalf of Interested Party Prime Healthcare Management LLC
mhoroupian@sulmeyerlaw.com

Allan H Ickowitz on behalf of Creditor Kaiser Foundation Hospitals
aickowitz@nossaman.com

Jeffrey L Kandel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
jkandel@pszjlaw.com

Sheri Kanesaka on behalf of Creditor Catholic Healthcare West
sheri.kanesaka@lw.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Q Scott Kaye on behalf of Creditor U.S. Bank, National Association, as trustee
qskaye@mwe.com

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

John W Kim on behalf of Creditor Kaiser Foundation Hospitals
jkim@nossaman.com

Stuart I Koenig on behalf of Creditor Blue Cross Of California
Skoenig@cmkllp.com

Jean LeBlanc on behalf of Creditor U.S. Bank, National Association, as trustee
jleblanc@mwe.com

Dana N Levitt on behalf of Creditor U.S. Bank, National Association, as trustee
dlevitt@mwe.com, WSmith@mwe.com

Michael S Lurey on behalf of Creditor Catholic Healthcare West
michael.lurey@lw.com, colleen.rico@lw.com

Samuel R Maizel on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
smaizel@pszjlaw.com, smaizel@pszjlaw.com

David J Mccarty on behalf of Counter-Claimant Aetna Health Management LLC
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

Uzzi O Raanan on behalf of Creditor Siemens Financial Services, Inc.
uor@dgdk.com

Christian L Raisner on behalf of Creditor Local 121 RN
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Christopher O Rivas on behalf of Creditor General Electric Capital Corporation
crivas@reedsmith.com

Stephanie M Seidl on behalf of Counter-Claimant Aetna Health Management LLC
sseidl@sheppardmullin.com

Leonard M Shulman on behalf of Creditor Hemet Community Medical Group Inc
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Healthcare Group
jerrys@psdslaw.com

Adam M Starr on behalf of Creditor Anaheim Memorial Hospital
starra@gtlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank, National Association, as trustee
jstrabo@mwe.com, briley@mwe.com

Derrick Talerico on behalf of Creditor SCAN Health Plan
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

Wayne R Terry on behalf of Creditor BANK OF THE WEST
wterry@hemar-rousso.com

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Universal Health Services
avaldez@fulbright.com

David M Wiseblood on behalf of Creditor c/o Christian L. SEIU-United Healthcare Workers West
dwiseblood@seyfarth.com

**III.  TO BE SERVED BY THE LODGING PARTY**

The Honorable Peter Carroll
USBC - Central District of California
3420 Twelfth Street
Courtroom No. 304
Riverside, CA  92501-3819

Valley Health System
1117 East Devonshire Avenue
Hemet, CA  92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.
Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA  90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA  92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Trustee for Bondholders
US Bank/ FAX: 651/495-3775
Attn: Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN  55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

Atty for Both: Menifee Valley Community Medical Group & Hemet Community Medical Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA  92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA  90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  92691

Primeshares
60 Madison Ave., 2nd Floor
New York, NY  10011-1600

Atty/Sodexho USA aka Sodexho Marriott Servs.
Poyner & Spruill LLP
Attn:  Judy D. Thompson
301 South College St., #2300
Charlotte, NC  28202

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn:  Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA  90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA  92506

546852v1

| In re: VALLEY HEALTH SYSTEM, | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-bk-18293-PC |

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA 92543

Atty/Southland Endoscopy
Davis & Wojcik
Attn: Joseph M. Wojcik
1105 East Florida Ave.
Hemet, CA 92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn: L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA 92610

IBM Credit LLC
Special Handling Group
Attn: Pamela Wilcox
4111 Northside Parkway
Atlanta, GA 30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn: Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Health Net
Attn: Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA 92647

Atty/ Siemens Financial Services Inc.
Uzzi O Raanan
Danning Gill et al LLP
2029 Century Park E, 3rd Fl.
Los Angeles, CA 90067-2904

Attys/ Siemens Financial Services Inc.
Arlene N. Gelman & Stephanie Hor-Chen
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Atty/ Valley Medical Staffing Inc.
Michael B. Conley
3685 Mount Diablo Blvd,. #351
Lafayette, CA 94549

Owens & Minor, Inc.
Larry R. Whitley CBF
455 South Brea Canyon Road
City of Industry, CA 91789-3058

Meline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

Atty/ Owens & Minor, Inc
Buchalter Nemer P.C.
Benjamin S. Seigel, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017

Atty/ HRC Manor Care Inc.
Fredrick Borges, Glen Stebens, Dale Pomerantz
Beam, Brobeck, West, Borges & Rosa LLP
1301 Dove Street, #700
Newport Beach, CA 92660-2412

Agent for GE Money Bank
Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave., Ste 1120
Miami, FL 33131-1605

Atty/ Inland Empire Health Plan
Tin Kin Lee Esq.
Law Offices of Tin Kin Lee
55 S. Lake Ave., Ste 705
Pasadena, CA 91101

Atty/ US Bank National Association
Jean B LeBlanc
McDermott Will & Emery LLP
2049 Century Park East, Ste. 3800
Los Angeles, CA 90067

Atty/ US Bank National Assn. as Trustee
William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker
McDermott, Will Emery
227 West Monroe St., Ste. 5400
Chicago, IL 60606

U.S. Bank National Association
Corporate Trust Services
Attn: Keith Marshall
633 West Fifth St., 24th Floor
Los Angeles, CA 90071

Universal Health Services
Robert E. Darby
Fulbright & Jaworski, LLP
555 South Flower St., 41st Floor
Los Angeles, CA 90071

Atty/ Cardinal Health 110, Inc. et al
Greenberg Traurig LLP
Attn: S.L. Heyen/ J.K. Terry
1000 Louisiana, #1800
Houston, TX 77002

Atty/ Scan Health
Karl E. Block, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067

Atty/Prime Healthcare Management, Inc./ Albert L. Lewis, Jr./John Lloyd/ Edward J. Fazekas
Daniel P. Brunton, Esq./Lauren B. Ross, Esq.
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

Counsel for Save the Hospitals, Inc.; Prime Healthcare Services, Inc./ A. Lewis Jr./ J. Lloyd/ E. Fazekas
Marc Rappel/Heather Fowler/Nathan Smith
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

Law Offices of Yolanda Flores-Burt
Yolanda Flores-Burt
780 North Euclid Street, Suite 201
Anaheim, CA 92801

546852v1

| | |
|---|---|
| In re: VALLEY HEALTH SYSTEM,<br><br>Debtor(s). | CHAPTER 9<br><br>CASE NUMBER 6:07-bk-18293-PC |

Law Offices of Shawna S. Nazari
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Atty/ US Bank National Association
Jason D. Strabo
McDermott Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067

546852v1