FILED
NOV - 8 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ENTERED
NOV 08 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY HEALTH SYSTEM, a California Health Care District,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION FOR ORDER DISALLOWING CLAIMS WHICH HAVE BEEN SATISFIED OR RELEASED DURING THE CASE CASE AS IT RELATES TO CLAIM NO. 153-1 OF JESSICA FRANCES LOPEZ**<br><br>Date:  September 28, 2011<br>Time:  9:30 a.m.<br>Place: United States Bankruptcy Court<br>       Courtroom # 1539<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

Based upon the findings of fact and conclusions of law set forth in the court's Memorandum Decision of even date herewith, it is hereby

ORDERED that the motion of Valley Health System, a California Local Health Care District, for an order disallowing Claim No. 153-1 of Jessica Lopez is granted; and it is further

ORDERED that Claim No. 153-1 of Jessica Frances Lopez is disallowed.

Dated: November 8, 2011

PETER H. CARROLL
Chief Bankruptcy Judge