Jeffrey L. Kandel (CA Bar No. 115832)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jkandel@pszjlaw.com

Attorneys for Post-Effective Date Committee of Creditors
and Special Counsel to the Disbursing Agent

**FILED & ENTERED**

**JAN 11 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY HANDY   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor. | Case No.: 6:07-18293-PC<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION OF POST-EFFECTIVE DATE COMMITTEE OF CREDITORS AND DISBURSING AGENT FOR ORDER APPROVING AND AUTHORIZING (1) COMPROMISE AND SETTLEMENT WITH DEBTOR AND VHS PARTIES, (2) FINAL DISTRIBUTIONS, INCLUDING RESERVE FOR FINAL EXPENSES AND DISPOSITION OF REMAINING FUNDS, AND (3) DISSOLUTION OF POST-EFFECTIVE DATE COMMITTEE AND RELIEF OF POST-EFFECTIVE DATE COMMITTEE AND DISBURSINGAGENT FROM FURTHER DUTIES**<br><br>**Hearing:**<br>Date:    January 11, 2017<br>Time:   10:00 a.m. PST<br>Place:   Courtroom 201<br>            1415 State Street<br>            Santa Barbara, CA<br>Judge:  Honorable Peter Carroll |

Having reviewed and considered the *Motion Of Post-Effective Date Committee Of Creditors And Disbursing Agent For Order Approving And Authorizing (1) Compromise And Settlement With Debtor And VHS Parties, (2) Final Distributions, Including Reserve For Final Expenses And Disposition Of Remaining Funds, And (3) Dissolution Of Post-Effective Date Committee And Relief*

DOCS_LA:303185.1 89421/002

*Of Post-Effective Date Committee And Disbursing Agent From Further Duties* (the "Motion") filed by the Post-Effective Date Committee[1] and the Disbursing Agent in the above-captioned chapter 9 case, the memorandum of points and authorities and the declaration of the Ronald M. Winters in support thereof, and the record and pleadings on file in this Case; no opposition having been filed in connection with the Motion; good cause appearing therefore; and notice of the Motion having been sufficient,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted.

2. The Settlement between the Committee Parties and the VHS Parties with respect to allocation and distribution of the Final Proceeds and the Adjusted Claims Fund Balance is hereby approved, and the Committee Parties are authorized to take any and all action necessary to promptly implement the Settlement.

3. Each as proposed in the Motion, (a) the relief of the Committee Parties and their professionals from further duties and responsibilities in the Case, including Dissolution of the Post-Effective Date Committee, (a) the maintenance and usage of the Reserve for final expenses; (b) the disposition and distribution, six months following the Dissolution Date (or such earlier date as shall be designated by the Disbursing Agent), of the then-balance of the Reserve and of Unclaimed Property, and (c) the extensions of the terms of the Post-Effective Date Committee through March 31, 2017, and of the Disbursing Agent through July 31, 2017, are hereby approved.

####

Date: January 11, 2017

Peter H. Carroll
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:303185.1 89421/002