FILED & ENTERED

AUG 28 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY HANDY    DEPUTY CLERK

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY HEALTH SYSTEM,<br><br><br><br><br><br><br><br>Debtor. | Case No. 6:07-bk-18293-PC<br><br>Chapter 9<br><br>**ORDER ON COURT'S ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AGAINST PEGGY KIRTON, DIANA AGNELLO AND GREGORY G. PETERSEN, AND EACH OF THEM**<br><br>Date:  April 12, 2018<br>Time:  10:00 a.m.<br>Place: United States Bankruptcy Court<br>          Courtroom # 202<br>          1450 State Street<br>          Santa Barbara, CA 93101 |

Based upon the findings of fact and conclusions of law contained in the memorandum decision of even date herewith, it is

ORDERED that the Order to Show Cause Re: Civil Contempt against Peggy Kirton, Diana Agnello and Gregory G. Petersen, and Each of Them [Dkt. # 1439] entered on December 20, 2017, is vacated; and it is further

ORDERED that Peggy Kirton, Diana Agnello and Gregory G. Petersen are permanently enjoined from commencing or continuing any action, including but not limited to, lawsuits,

adversary proceedings, petitions for mandamus, or administrative proceedings, against VHS or the VHS Retirement Plan to enforce pre-petition claims against VHS based upon or arising out of the VHS Retirement Plan in violation of the discharge injunction provided for in the First Amended Plan for the Adjustment of Debts of Valley Health System Dated December 17, 2009 (as modified) and Order (i) Confirming First Amended Plan for Adjustment of Debts of Valley Health System Dated December 17, 2009, as Modified February 19, 2010, and (ii) Granting Judgment for Valley Health System in Each Challenge Action [Dkt. # 881] entered in the above referenced case on April 26, 2010; and it is further

ORDERED that the balance of the relief requested in the Motion of Debtor Valley Health System, A California Health Care District, for Issuance of an Order to Show Cause Re Civil Contempt Against Peggy Kirton, Diana Agnello and Gregory G. Petersen, and Each of Them [Dkt. # 1437] filed December 12, 2017, is denied.

###

Date: August 28, 2018

Peter H. Carroll
United States Bankruptcy Judge